## IN THE UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

Category 5 Management )
Group, LLC, )
        )
        Plaintiff, )
        )
vs. )    Case: 1:09-CV-00633
        )
National Casualty Insurance Company, )
Ace American Insurance Company, )
Colonel McCrary Trucking, Inc. )
        )
        Defendants. )

## **Motion to Remand**

COMES NOW the plaintiff, Category 5 Management Group, LLC (hereinafter "CAT 5"), in the above styled cause and moves this Honorable Court to remand this action to the Circuit Court of Mobile County, Alabama, on the grounds that this Court has no jurisdiction over this case which was removed to this Court by the defendants pursuant to 28 U.S.C. §§1332, 1441 and 1446. In summary, the defendant, Colonel McCrary Trucking, Inc.'s (hereinafter "CMT"), Notice of Removal was filed more than 30 days and more than one year from the date that it was put on notice of CAT 5's Cross Claim filed in the Circuit Court of Mobile County; consequently, CMT was prohibited from removing the case based upon the express provisions of 28 U.S.C. §1446(b). Further, since CMT could not remove the case by virtue of the 30 day and one year statutory limitation periods, it could not give its consent to removal of those claims asserted by CAT 5 against CMT's co-defendants, National Casualty Insurance Company (hereinafter "National Casualty") and Ace American Insurance Company (hereinafter "Ace"); thus, the

unanimity required for removal could not be met and, as a result, this case in its entirety should

remanded to state court.

## I.  Standard of Review

The defendants removed this case based upon alleged diversity jurisdiction. Subject

matter jurisdiction is a necessary prerequisite to the ability to maintain a removed action in

federal court. 28 U.S.C. §1447(c) provides that a case "should be remanded" if "at any time

before final judgment it appears that the District Court lacks subject matter jurisdiction."

> There are a number of basic legal principles regarding
> diversity-of-citizenship jurisdiction: that §1332 grants federal
> courts jurisdiction over cases between 'citizens of different
> states'; that the party seeking diversity jurisdiction has the burden
> of establishing jurisdiction by a preponderance of the evidence…;
> that diversity is determined when the suit is instituted, not when
> the cause of action arose,…; and that, for diversity jurisdiction to
> exist, there must be 'complete diversity,' that is, each defendant
> must be a citizen of a state different from that of each plaintiff.

McDonald v. Equitable Life Ins. Co. of Iowa, 13 F. Supp. 2d 1279, 1280 (M.D. Ala. 1998).

(Citations omitted.)

28 U.S.C. §1446(b) reads as follows:

> The notice of a removal of a civil action or proceeding
> shall be filed within thirty days after the receipt by the defendant,
> through service or otherwise, of a copy of the initial pleading
> setting forth the claim for relief upon which such action or
> proceeding is based, or within thirty days after the service of
> summons upon the defendant if such initial pleading has then
> been filed in court and is not required to be served on the
> defendant, whichever period is shorter.
>
> If the case stated by the initial pleading is not removable, a
> notice of removal maybe filed within thirty days after receipt by
> the defendant, through service or otherwise, of a copy of an
> amended pleading, motion, order or other paper from which it
> may first be ascertained that the case is one which is or has
> become removable, except that a case may not be removed on the

2

> basis of jurisdiction conferred by §1332 [diversity] of this title
> more that 1 year after commencement of the action. (Emphasis
> added.)

A case may not be removed on the basis of diversity jurisdiction more than one year after the

commencement of the action. Baylor v. District of Columbia, 838 F.Supp. 7 (D.D.C. 1993);

The removal statute's time requirement for timely filing notice of removal is not jurisdictional,

but is mandatory and must be strictly applied. Weaver v. Miller Elec. Mfg. Co., Inc., 616

F.Supp. 683 (S.D. Ala. 1985); Kerr v. Holland America-Line Westours, Inc., 794 F.Supp. 207

(E.D. Mich. 1992). Because CMT's Notice of Removal was not filed within thirty days of the

filing of the Motion for Leave to File Cross Claim, and, perhaps more importantly, beyond the

one year statutory period, this Court lacks jurisdiction to hear this case.

## II   Statement of Underlying facts

The facts of the underlying state court case are not unknown to this Court: this is the third

removal and Motion to Remand for this Court to consider arising out of the original state court

proceedings. The following statement of facts is taken *verbatim* from this Court's Order dated

December 19, 2007, granting remand as to the first removed action; although incorrect on one

factual allegation, this Order succinctly sets forth the underlying facts of the initial Complaint filed

in state court:

> On or about August 7, 2007, plaintiffs Celena L. Sprinkle
> (individually and as mother and next friend of her three-year old
> daughter, Breana F. Stewart) and Tracey Lee Stewart filed a
> Complaint in the Circuit Court of Mobile County, Alabama
> against defendants R.D. Construction, Inc., Colonel McCrary
> Trucking, LLC, and Joe Edward Johnson. The Complaint alleged
> exclusively state-law causes of action for various permutations of
> negligence and wantonness (including negligent and wanton
> hiring, training, supervision, and entrustment with respect to the
> corporate defendants) arising from an automobile accident on

3

Highway 59 in Baldwin County, Alabama on the afternoon of July 11, 2007. According to the Complaint, plaintiffs sustained injuries when their vehicle was struck by a truck that ran a red light. The Complaint alleges that defendant Johnson was the driver of the truck, that defendant R.D. Construction owned the truck that R.D. Construction employed Johnson, and that Johnson was driving on R.D. Construction's behalf at the time of the accident.

No specific monetary damages were claimed in the Complaint; however, plaintiffs seek compensatory and punitive damages, including an award of past and future medical costs, lost wages, pain and suffering, and the like. The injuries for which plaintiffs seek recompense include "a severe head injury" to plaintiff Sprinkle that is "believed at this time to be permanent," as well as "a severe spinal cord injury" to young Breana Stewart which has left her "paralyzed from her neck down." … Remand Order dated December 19, 2007, pp. 1-2; Case No.: 07-0713-WS-B.

The only point of clarification to the above has to do with the employment status of the individual defendant, Joe Edward Johnson: rather than an employee of R.D. Construction, discovery in the underlying case revealed that he was, in fact, an employee of CMT at the time of the accident.

On January 28, 2008, the plaintiffs in the underlying suit filed an Amended Complaint which added, among others, CAT 5 as a defendant. One of the plaintiffs' theories of liability against CAT 5 rested upon the existence of contract which CAT 5 had entered into with CMT for the removal of Hurricane Katrina debris in Louisiana. See Contract, Exhibit One. This contract was in force at the time of the accident giving rise to the plaintiffs' lawsuit. Plaintiffs claimed, in part, by virtue of the contractual relationship between CAT 5 and CMT that CAT 5, as principal, was legally responsible for the acts and/or omissions of CMT and its driver, Joe Edward Johnson.

4

This same contract (Exhibit 1) provided, in part, for CMT to indemnify and hold harmless CAT 5 for any liability arising out of CMT's performance of the contract. Pursuant to the indemnity provisions of this contract, written demand was made by CAT 5 on CMT [and CMT's insurance companies, National Casualty (primary) and Ace (excess)] for CMT to defend and indemnify CAT 5 for the claims asserted by the plaintiffs in the underlying case. CMT, National Casualty and Ace denied CAT 5's demands for defense and indemnity. Consequently, On September 26, 2008, CAT 5 filed a Motion for Leave to File Cross Claim against CMT for breach of contract based upon CMT's refusal to defend or indemnify CAT 5. The Motion for Leave, together with the proposed Cross Claim which was attached thereto, was electronically served on CMT through its counsel the same day, September 26, 2008. Thus, as of September 26, 2008, CMT was on notice of the claims asserted against it by CAT 5. Ultimately, the Motion for Leave was granted by the Circuit Court on October 9, 2008, and the Cross Claim was filed on November 6, 2008. CMT filed a motion to dismiss and answer to the Cross Claim on November 7, 2008, and proceeded to litigate the claims asserted against it by CAT 5 in state court. See Certified Copy of Case Action Summary, Exhibit 2.

On January 6, 2009, CAT 5 filed an Amended Cross Claim against CMT and added third party claims against National Casualty and Ace alleging breach of contract, third party beneficiary status, bad faith and negligence against those insurance companies. After filing answers to the Amended Cross Claim and Third Party Complaint, defendants CMT, National Casualty and Ace in July 2009 filed separate Motions to Sever the cross claim/third party claims from the underlying personal injury lawsuit. On September 18, 2009, the Circuit Court of Mobile County granted the Motions to Sever. On September 25, 2009, CAT 5 filed a Motion to Reconsider the Court's Orders granting the severances. Before the Motion to Reconsider was

heard or otherwise given an opportunity to be decided, the defendants, including CMT, removed

the case to this Court (National Casualty and Ace filed their removal notices on September 28,

2009; CMT filed its removal the following day, September 29, 2009).

At the time of removal, the plaintiffs' original claims against CMT and the Cross Claim

asserted by CAT 5 against CMT had both been pending for over one year (in the case of the

original Complaint, over two years); thus, the removal by CMT was in direct contravention of

the time limitations prescribed by 28 U.S.C. § 1446(b).

### III.   Colonel McCrary's Removal Violates the time limitations of 28 U.S.C §1446(b)

This case should be remanded back to state court because CMT's removal occurred more

than 30 days and more than one year from the date it was put on notice of the Cross Claim filed

by CAT 5. Although the Cross Claim was initially filed as an exhibit to CAT 5's Motion for

Leave to File, case authorities have held that this pleading is sufficient to put a defendant on

notice of the claim for purposes of calculating time deadlines for removal of cases to federal

court. See, generally, Michetti Pipe Stringing, Inc., Murphy Bros., Inc., 125 F.3d 1396 (11th Cir

1997)(Ala.); Webster v. Sunnyside Corp., 836 F.Supp. 629 (S.D. Iowa 1993); Comes v.

Microsoft Corp., 403 F.Supp.2d 897 (S.D. Iowa 2005) (The "30 day clock" begins to run when

the defendant was served with the motion for leave to amend the complaint and had notice of the

purported claims. Id., at 900.)  It should also be noted that under Alabama procedural rules,

given the posture of the underlying case, it was not necessary for CAT 5 to seek leave of court to

file the Cross Claim.  See, Rule 15, Alabama Rules of Civil Procedure.  Thus, the filing of the

Motion for Leave was merely a *pro forma* request.  Clearly, on September 26, 2008, CMT was

on notice of CAT 5's claims against it.  CMT's removal was not filed until September 29, 2009.

Further, CMT, upon receiving notice of CAT 5's claims, took no action to sever the Cross Claim or otherwise attempt removal to federal court even though, allegedly, diversity of citizenship existed at that time between it and CAT 5.  See Petition for Removal filed by CMT. Generally, defendants have a duty to inquire as to the removability of an action in order to be entitled to a tolling of the statutory time limitations.  See, Weaver v. Miller Elec. Mfg. Co., Inc., 616 F.Supp. 683 (S.D. Ala. 1985). Indeed, to the contrary, CMT evidenced intent to litigate these claims in state court by filing an Answer to the Cross Claim as well as other substantive pleadings. It was not until CAT 5 amended the Cross Claim to bring in, as third party defendants, National Casualty and Ace, that CMT first made any effort to position the underlying case for removal by filing a Motion to Sever and then only after National Casualty and Ace had filed their Motions to Sever. Failure to remove and litigating the case in state court operates as a waiver of removal.

As noted, CMT did not file its Notice of Removal until September 29, 2009, a year and three days beyond the date it was served with CAT 5's Cross Claim. Since CMT's removal was and is untimely under 28 U.S.C. §1446(b), CAT 5's claims against CMT should be remanded to state court.

### IV.   The Removal by National Casualty and Ace American Lacks unanimity

In order for a case to be removed to federal court all defendants must agree to the removal. Russell Corp. v. American Home Assurance Co., 264 F.3d 1040 (11th Cir. 2001) (Ala.). This is otherwise known as the unanimity requirement. Here, because CMT's removal was untimely, it could not, as a matter of law, give its consent to the removals filed by National Casualty and Ace; hence, since there cannot be unanimity among the defendants, the claims

against National Casualty and Ace should also be remanded to State Court. See, Air Starter Components, Inc. v. Molina, 442 F. Supp. 2d 374 (S.D. Tex. 2006) (which held: if the first-served defendant does not timely remove, a subsequently added or served defendant cannot remove because that defendant cannot fulfill the unanimity requirement.) Likewise, as here, the defendants cannot satisfy the unanimity requirement due to CMT's failure to remove the case within the 30 day or one year time limitation under 28 U.S.C 1446(b); consequently, the entire case should be remanded to the Circuit Court of Mobile County.

### V. Alternatively, this Court should abstain from exercising jurisdiction over the claims against National Casualty and Ace

Assuming the Court agrees that CMT's removal was untimely under either the 30 day or one year limitation periods, or both, and that CAT 5's claims against Colonel McCrary are to remanded to state court, and, further, should this Court disagree for some reason that unanimity in this case is not required, this Court should nevertheless abstain from exercising jurisdiction over National Casualty and Ace because, upon remand of the claims against CMT, there will be a parallel state court action involving the same or similar issues as would be presented in a case remaining in federal court against National Casualty and Ace .

CAT 5's claims against National Casualty and Ace are, in part, for breach of their respective insurance policies with CMT under which CAT 5 claims third party beneficiary status. In addition, CAT 5 is claiming that it is, itself, an insured under the applicable insurance policies. See, CAT 5's Amended Cross Claim/Third Party Claim. Nevertheless, CAT 5's claims against National Casualty and Ace are derivative, in part, to its claims against CMT by virtue of the existence of an "insured contract" as that term is defined under the applicable insurance policies. The "insured contract" at issue is the contract for services entered into between CMT and CAT

5. See, Exhibit 1. It is the existence of this contract between CAT 5 and CMT which forms the basis for CAT 5's claims for coverage not only as a third party beneficiary of the insurance policies between CMT and its insurance companies but also for CAT 5's claims for direct coverage under those two policies.

Thus, should this Court agree that CMT's removal was untimely, this Court should also refrain from exercising jurisdiction over any remaining claims against National Casualty and Ace American under the abstention doctrine laid out by Colorado River Water Conservation Dist. vs. United States, 424 U.S. 800, 96 S. Ct. 1236, 47 L. Ed. 2d 483 (1976).

Under the Colorado River case, courts use a six factor balancing test in order to determine whether or not to sustain from exercising jurisdiction. Those six factors are: 1) one of the courts has assumed jurisdiction over property; 2) inconvenience by proceeding in the federal forum; 3) the potential for piecemeal adjudication; 4) the order in which the forum obtained jurisdiction and the relative progress of each; 5) whether state or federal law will apply; and, 6) the state court's ability to protect the parties' rights. See, American Bankers Ins. Co. of Fla. v. First State Ins. Co., 891 F.2d 882, 884 (11th Cir. 1990).

Here, prior to removal, the state court assumed jurisdiction over the case and is a court competent jurisdiction to resolve the issues between the parties; it would be extremely inconvenient to proceed against CMT in state court while a separate case would be proceeding in federal court against CMT's insurers; the potential for piecemeal adjudication is very high in this situation in that both cases will turn on the existence and operation of the contract between CMT and CAT 5; state court had jurisdiction over these claims initially, and is intimately familiar with the underlying facts and procedural status of the case which would place the Circuit Judge in a much better position to resolve the disputes; it is undisputed that state law will apply to the issues

in this case, i.e., there is no federal question involved here.  State court is eminently able to protect all of the parties' rights should the entire case be remanded back to the Circuit Court of Mobile County.

It should be noted that the underlying case originated in August 2007 with the filing of the original Complaint in the underlying case in state court.  Since then the parties and the court have engaged in vigorous discovery and motion practice.  The case was removed to federal court twice and was twice remanded.  Hearings as to discovery disputes and substantive motions were conducted.  Settlements were reached and approved by the court.  One of those settlement hearings involved the *pro tanto* settlement of the plaintiffs' claims against CMT and Joe Edward Johnson which was entered into over the objection of CAT 5 and which forms the basis of one of CAT 5's claims in this case, to wit: that National Casualty and Ace engaged in bad faith by their refusal to include CAT 5 as a party to be released in the settlement with the plaintiffs.  In short, the state court judge is intimately familiar with the underlying facts, parties and issues involved and is positioned to resolve the dispute in its entirety as opposed to a possible piecemeal adjudication should all claims not be remanded to state court.

Because the state court is in a better position to resolve the disputes of all parties, should the claims against CMT be remanded, this Court should abstain from exercising jurisdiction over the remaining claims against National Casualty and Ace.

### Conclusion

This case should be remanded back to state court by the failure of Colonel McCrary to remove the case within a year's time. 28 U.S.C. § 1446(b) prohibits federal courts from exercising jurisdiction over diversity cases pending in state court for over one year. The claims against Colonel McCrary asserted by Category 5 existed for more than one year. The claims of

the plaintiffs against CMT existed for over two years prior to removal. This Court is precluded from exercising jurisdiction over Colonel McCrary for this reason. Since Colonel McCrary could not consent to a removal the removal lacks unanimity among the defendants and, as a result, the entire case should be remanded to state court.

Respectfully submitted,

*/s/ Charles J. Potts*
CHARLES J. POTTS (POT007)
E-mail: cjp@killionpotts.com
Attorney for Plaintiff
Category 5 Management Group,LLC

OF COUNSEL:

KILLION POTTS, PC
Post Office Box 1883
Mobile, Alabama 36633
(251) 432-4600

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2009, the foregoing Motion to Remand was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Kevin F. Masterson, Esq.                          Edgar M. Elliott, IV, Esq.
Masterson & Newell, LLC                          John W. Johnson, Esq.
Post Office Box 2067                               Christian & Small, LLP
Mobile, AL 36652                                  505 20th Street North, Suite 1800
                                                  Birmingham, AL 35203

11

Rik S. Tozzi, Esq.
M. Warren Butler, Esq.
Scott M. Salter, Esq.
Michael T. Scivley, Esq.
Starnes & Atchison LLP
Seventh Floor, 100 Brookwood Place
Post Office Box 598512
Birmingham, AL 35259-8512

Cooper C. Thurber, Esq.
Lyons, Pipes & Cook PC
Post Office Box 2727
Mobile, AL 36652-2727

_/s/ Charles J. Potts_ _____

## Case Action Summary - 02CV200790095000

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 08/07/2007 | 2:04:47 | EFILE | COMPLAINT - SUMMONS | |
| 08/07/2007 | 2:05:56 | EFILE | COMPLAINT E-FILED. | HOR021 |
| 08/07/2007 | 4:08:50 | FILE | FILED THIS DATE: 08/07/2007          (AV01) | AJA |
| 08/07/2007 | 4:08:51 | ASSJ | ASSIGNED TO JUDGE: JAMES C WOOD          (AV01) | AJA |
| 08/07/2007 | 4:08:52 | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 08/07/2007 | 4:08:53 | TDMN | BENCH/NON-JURY TRIAL REQUESTED          (AV01) | AJA |
| 08/07/2007 | 4:08:54 | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 08/07/2007 | 4:08:55 | ORIG | ORIGIN: INITIAL FILING | AJA |
| 08/07/2007 | 4:08:57 | PART | SPRINKLE CELENA L MS. ADDED AS C001          (AV02) | AJA |
| 08/07/2007 | 4:08:58 | ATTY | LISTED AS ATTORNEY FOR C001: HORNSBY CLAY  (AV02) | AJA |
| 08/07/2007 | 4:09:07 | PART | STEWART BREANA F. MS. ADDED AS C002          (AV02) | AJA |
| 08/07/2007 | 4:09:08 | ATTY | LISTED AS ATTORNEY FOR C002: HORNSBY CLAY  (AV02) | AJA |
| 08/07/2007 | 4:09:14 | PART | STEWART TRACEY LEE MS. ADDED AS C003          (AV02) | AJA |
| 08/07/2007 | 4:09:15 | ATTY | LISTED AS ATTORNEY FOR C003: HORNSBY CLAY  (AV02) | AJA |
| 08/07/2007 | 4:09:20 | PART | R. D. CONSTRUCTION, INC. ADDED AS D001          (AV02) | AJA |
| 08/07/2007 | 4:09:21 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 08/07/2007 | 4:09:22 | SUMM | CERTIFIED MAI ISSUED: 08/07/2007 TO D001          (AV02) | AJA |
| 08/07/2007 | 4:09:27 | PART | COLONEL MCCRARY TRUCKING, LLC ADDED AS D002 (AV02) | AJA |
| 08/07/2007 | 4:09:28 | ATTY | LISTED AS ATTORNEY FOR D002: PRO SE          (AV02) | AJA |
| 08/07/2007 | 4:09:29 | SUMM | CERTIFIED MAI ISSUED: 08/07/2007 TO D002          (AV02) | AJA |
| 08/07/2007 | 4:09:34 | PART | JOHNSON JOE EDWARD ADDED AS D003          (AV02) | AJA |
| 08/07/2007 | 4:09:35 | ATTY | LISTED AS ATTORNEY FOR D003: PRO SE          (AV02) | AJA |
| 08/07/2007 | 4:09:36 | SUMM | PROCESS SERVE ISSUED: 08/07/2007 TO D003  (AV02) | AJA |
| 08/13/2007 | 11:02:19 | STYL | CELENA L SPRINKLE MS. ET AL V. R. D. CONSTRUCTION, | LEG |
| 08/13/2007 | 11:02:20 | DAT4 | SET FOR: CERT TO BE FILED ON 05/02/2008 AT 0830A | LEG |
| 08/13/2007 | 11:02:21 | TRAC | CASE ASSIGNED TO: FAST          TRACK          (AV01) | LEG |
| 08/13/2007 | 11:02:22 | STYL | INC. ET AL          (AV01) | LEG |
| 08/13/2007 | 11:02:35 | SUMM | CERTIFIED MAI ISSUED: 08/13/2007 TO D001          (AV02) | LEG |
| 08/13/2007 | 11:02:51 | SUMM | CERTIFIED MAI ISSUED: 08/13/2007 TO D002          (AV02) | LEG |
| 08/30/2007 | 3:12:24 | DAT2 | SET FOR: DEFENDANT NOT SERVED ON 10/05/2007 AT 083 | ANM |
| 08/30/2007 | 3:23:43 | EADD | SERVICE RETURN - TRANSMITTAL | |
| 08/30/2007 | 4:35:08 | RETU | RETURN OF NOT FOUND ON 08/29/2007 FOR D002  (AV02) | AJA |
| 09/02/2007 | 2:11:14 | EALIA | ALIAS SUMMONS E-FILED | HOR021 |
| 09/02/2007 | 2:11:41 | EALIA | ALIAS SUMMONS - SUMMONS | |
| 09/02/2007 | 2:26:42 | D001 | ADDR1 CHANGED FROM: 1040 CROWN POINTE PARKWAY | AJA |
| 09/02/2007 | 2:26:43 | D001 | ADDR2 CHANGED FROM: ATTN:DANIEL I. MACINTYRE(AV02) | AJA |
| 09/02/2007 | 2:26:44 | D001 | ADDR CITY CHANGED FROM: ATLANTA          (AV02) | AJA |
| 09/02/2007 | 2:26:45 | REIS | REISSUE OF PROCESS SERV ON 09/02/2007 FOR D001 | AJA |
| 09/02/2007 | 2:26:48 | D002 | ADDR1 CHANGED FROM: DANIEL I. MACINTYRE          (AV02) | AJA |
| 09/02/2007 | 2:26:49 | D002 | ADDR2 CHANGED FROM: 1040 CROWN POINTE PARKWAY | AJA |
| 09/02/2007 | 2:26:50 | REIS | REISSUE OF PROCESS SERV ON 09/02/2007 FOR D002 | AJA |
| 09/04/2007 | 8:22:56 | EALIA | ALIAS SUMMONS E-FILED | HOR021 |
| 09/04/2007 | 8:23:25 | EALIA | ALIAS SUMMONS - SUMMONS | |
| 09/04/2007 | 11:08:12 | D001 | ADDR1 CHANGED FROM: 221 HAWICK LANE          (AV02) | AJA |
| 09/04/2007 | 11:08:13 | D001 | ADDR CITY CHANGED FROM: MCDONOUGH          (AV02) | AJA |
| 09/04/2007 | 11:08:14 | REIS | REISSUE OF PROCESS SERV ON 09/04/2007 FOR D001 | AJA |
| 09/04/2007 | 11:08:19 | D002 | ADDR2 CHANGED FROM: 3525 PIEDMONT RD., BLDG.(AV02) | AJA |
| 09/04/2007 | 11:08:20 | REIS | REISSUE OF PROCESS SERV ON 09/04/2007 FOR D002 | AJA |
| 09/04/2007 | 2:12:33 | EMOT | C001-C002-C003-OTHER - MOTION TO ORDER DEFENDANTS TO PRESERVE RECORDS FILED. | HOR021 |
| 09/04/2007 | 2:13:09 | EMOT | MOTION - TRANSMITTAL | HOR021 |
| 09/04/2007 | 2:17:24 | EMOT | C001-C002-C003-OTHER - MOTION TO REQUIRE PARTIES TO BATE-STAMP DOCUMENTS & RELATE THEM TO SPECIFIC REQUESTS FILED. | HOR021 |
| 09/04/2007 | 2:19:57 | EMOT | MOTION - TRANSMITTAL | HOR021 |

EXHIBIT 1

| 09/04/2007 | 2:21:33 | EMOT | C001-C002-C003-OTHER - MOTION FOR ORDER TO REDUCE THE 15 DAY WAITING PERIOD TO SERVE A NON-PARTY SUBPOENA FILED. | HOR021 |
|---|---|---|---|---|
| 09/04/2007 | 2:24:59 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR021 |
| 09/04/2007 | 2:25:36 | EDISC | DISCOVERY - TRANSMITTAL | HOR021 |
| 09/04/2007 | 2:26:39 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR021 |
| 09/04/2007 | 2:27:06 | EMOT | MOTION - TRANSMITTAL | HOR021 |
| 09/04/2007 | 2:27:34 | EDISC | DISCOVERY - TRANSMITTAL | HOR021 |
| 09/04/2007 | 2:30:28 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR021 |
| 09/04/2007 | 2:30:36 | EDISC | DISCOVERY - TRANSMITTAL | HOR021 |
| 09/04/2007 | 2:33:40 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR021 |
| 09/04/2007 | 2:33:53 | EDISC | DISCOVERY - TRANSMITTAL | HOR021 |
| 09/04/2007 | 2:43:34 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR021 |
| 09/04/2007 | 2:44:53 | EDISC | DISCOVERY - TRANSMITTAL | HOR021 |
| 09/04/2007 | 2:45:05 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR021 |
| 09/04/2007 | 2:45:41 | EDISC | DISCOVERY - TRANSMITTAL | HOR021 |
| 09/04/2007 | 2:46:57 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR021 |
| 09/04/2007 | 2:47:23 | EDISC | DISCOVERY - TRANSMITTAL | HOR021 |
| 09/04/2007 | 2:48:20 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR021 |
| 09/04/2007 | 2:50:51 | EDISC | DISCOVERY - TRANSMITTAL | HOR021 |
| 09/05/2007 | 7:19:40 | EMOT | C001-C002-C003-OTHER /DOCKETED | CHL |
| 09/05/2007 | 7:19:56 | EMOT | C001-C002-C003-OTHER /DOCKETED | CHL |
| 09/05/2007 | 7:20:08 | EMOT | C001-C002-C003-OTHER /DOCKETED | CHL |
| 09/05/2007 | 9:43:55 | EALIA | ALIAS SUMMONS E-FILED | HOR021 |
| 09/05/2007 | 9:44:17 | EALIA | ALIAS SUMMONS - SUMMONS | |
| 09/05/2007 | 11:10:38 | JEMOT | ORDER GENERATED FOR OTHER | JCW |
| 09/05/2007 | 11:11:16 | JEMOT | ORDER - TRANSMITTAL | JCW |
| 09/05/2007 | 1:22:03 | REIS | REISSUE OF CERTIFIED MA ON 09/05/2007 FOR D001 | AJA |
| 09/05/2007 | 1:22:09 | D002 | ADDR2 CHANGED FROM: 2750 MORELAND AVENUE SE (AV02) | AJA |
| 09/05/2007 | 1:22:10 | REIS | REISSUE OF CERTIFIED MA ON 09/05/2007 FOR D002 | AJA |
| 09/06/2007 | 2:46:06 | DAT3 | SET FOR: DEFENDANT NOT SERVED ON 10/12/2007 AT 083 | ANM |
| 09/06/2007 | 2:56:50 | RETU | RETURN OF UNCLAIM CERT ON 09/06/2007 FOR D001 | AJA |
| 09/06/2007 | 3:06:48 | EADD | SERVICE RETURN - TRANSMITTAL | |
| 09/07/2007 | 12:24:55 | REIS | REISSUE OF CERTIFIED MA ON 09/07/2007 FOR D001 | RUP |
| 09/07/2007 | 12:25:04 | REIS | REISSUE OF CERTIFIED MA ON 09/07/2007 FOR D002 | RUP |
| 09/17/2007 | 8:24:04 | EADD | SERVICE RETURN - TRANSMITTAL | |
| 09/17/2007 | 8:24:07 | EADD | SERVICE RETURN - TRANSMITTAL | |
| 09/17/2007 | 10:38:38 | SERC | SERVICE OF CERTIFIED MAI ON 09/12/2007 FOR D002 | AJA |
| 09/17/2007 | 10:38:44 | SERC | SERVICE OF CERTIFIED MAI ON 09/12/2007 FOR D001 | AJA |
| 10/05/2007 | 2:17:17 | EDISC | NOTICE OF DISCOVERY E-FILED. | HER048 |
| 10/05/2007 | 2:17:47 | EDISC | DISCOVERY - TRANSMITTAL | HER048 |
| 12/31/2007 | 3:17:49 | EAMEN | AMENDED COMPLAINT E-FILED. | MOR007 |
| 12/31/2007 | 4:02:20 | PART | CERES ENVIRONMENTAL SERVICES, INC./DAVID MCINTYRE | AJA |
| 12/31/2007 | 4:02:21 | SUMM | CERTIFIED MAI ISSUED: 12/31/2007 TO D004   (AV02) | AJA |
| 12/31/2007 | 4:02:26 | PART | YOUNG'S GENERAL CONTRACTING, INC./DENNIS J. YOUNG | AJA |
| 12/31/2007 | 4:02:27 | SUMM | CERTIFIED MAI ISSUED: 12/31/2007 TO D005   (AV02) | AJA |
| 12/31/2007 | 4:02:32 | PART | NEWLEAF DISASTER MANAGEMENT/BRIAN KINGSOLVER ADDED | AJA |
| 12/31/2007 | 4:02:33 | SUMM | CERTIFIED MAI ISSUED: 12/31/2007 TO D006   (AV02) | AJA |
| 12/31/2007 | 4:02:38 | PART | CATEGORY 5 MANAGEMENT GROUP, LLC/ELIZABETH SIMS AD | AJA |
| 12/31/2007 | 4:02:39 | SUMM | CERTIFIED MAI ISSUED: 12/31/2007 TO D007   (AV02) | AJA |
| 12/31/2007 | 4:22:16 | EAMEN | COMPLAINT - SUMMONS | |
| 01/02/2008 | 11:42:58 | ATTY | LISTED AS ATTORNEY FOR D001: THURBER COOPER C | SHC |
| 01/02/2008 | 11:42:59 | ANSW | ANSWER OF REMOVAL ON 10/05/2007 FOR D001   (AV02) | SHC |
| 01/02/2008 | 11:43:00 | ATTY | LISTED AS ATTORNEY FOR D001: HERNDON KATHERINE AM | SHC |
| 01/02/2008 | 11:44:10 | ATTY | LISTED AS ATTORNEY FOR D002: THURBER COOPER C | SHC |
| 01/02/2008 | 11:44:11 | ANSW | ANSWER OF REMOVAL ON 10/05/2007 FOR D002   (AV02) | SHC |

| 01/02/2008 | 11:44:12 | ATTY | LISTED AS ATTORNEY FOR D002: HERNDON KATHERINE AM | SHC |
|---|---|---|---|---|
| 01/02/2008 | 11:46:05 | ATTY | LISTED AS ATTORNEY FOR C001: MORRIS LARRY W (AV02) | SHC |
| 01/02/2008 | 11:46:28 | ATTY | LISTED AS ATTORNEY FOR C002: MORRIS LARRY W (AV02) | SHC |
| 01/02/2008 | 11:46:45 | ATTY | LISTED AS ATTORNEY FOR C003: MORRIS LARRY W (AV02) | SHC |
| 01/02/2008 | 11:47:31 | ANSW | ANSWER OF COMP DENIED ON 10/11/2007 FOR D001(AV02) | SHC |
| 01/02/2008 | 11:47:45 | ANSW | ANSWER OF COMP DENIED ON 10/11/2007 FOR D002(AV02) | SHC |
| 01/04/2008 | 11:05:31 | SUMM | CERTIFIED MAI ISSUED: 01/04/2008 TO D004   (AV02) | RUP |
| 01/04/2008 | 11:05:59 | SUMM | CERTIFIED MAI ISSUED: 01/04/2008 TO D005   (AV02) | RUP |
| 01/04/2008 | 11:06:24 | SUMM | CERTIFIED MAI ISSUED: 01/04/2008 TO D006   (AV02) | RUP |
| 01/04/2008 | 11:11:03 | SUMM | CERTIFIED MAI ISSUED: 01/04/2008 TO D007   (AV02) | RUP |
| 01/04/2008 | 3:50:28 | ENOTA | NOTICE OF APPEARANCE E-FILED | HOR026 |
| 01/04/2008 | 3:50:35 | ATTY | LISTED AS ATTORNEY FOR C001: NELSON EMILY H (AV02) | AJA |
| 01/04/2008 | 4:48:46 | ENOTA | MISCELLANEOUS - TRANSMITTAL | HOR026 |
| 01/07/2008 | 1:24:10 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 01/07/2008 | 1:28:30 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 01/07/2008 | 1:31:20 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 01/07/2008 | 1:33:38 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 01/07/2008 | 1:45:22 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 01/07/2008 | 1:49:28 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 01/07/2008 | 1:50:42 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 01/07/2008 | 1:53:06 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 01/07/2008 | 1:53:33 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 01/07/2008 | 1:55:15 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 01/07/2008 | 1:57:02 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 01/07/2008 | 2:09:20 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 01/07/2008 | 2:22:16 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 01/07/2008 | 2:30:31 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 01/07/2008 | 2:41:27 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 01/07/2008 | 2:44:15 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 01/15/2008 | 11:53:33 | SERC | SERVICE OF CERTIFIED MAI ON 01/10/2008 FOR D004 | AJA |
| 01/15/2008 | 12:54:38 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 01/16/2008 | 8:20:42 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 01/16/2008 | 2:19:41 | SERC | SERVICE OF CERTIFIED MAI ON 01/11/2008 FOR D005 | AJA |
| 01/28/2008 | 10:45:54 | EAMEN | AMENDED COMPLAINT E-FILED. | HOR026 |
| 01/28/2008 | 10:55:30 | PART | NEWLEAF DISASTER MANAGEMENT, DOROTHY SIMS - MANAGE | AJA |
| 01/28/2008 | 10:55:31 | SUMM | CERTIFIED MAI ISSUED: 01/28/2008 TO D008   (AV02) | AJA |
| 01/28/2008 | 11:08:46 | EAMEN | COMPLAINT - SUMMONS | |
| 01/29/2008 | 4:23:08 | SERC | ERROR OF SERVICE ON  01/26/2008 FOR D008 | RUP |
| 01/29/2008 | 6:31:56 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 01/30/2008 | 9:18:33 | SERC | SERVICE OF CERTIFIED MAIL  ON 01262008 FOR D006 | RUP |
| 01/31/2008 | 9:46:17 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 01/31/2008 | 10:17:17 | SERC | SERVICE OF CERTIFIED MAI ON 01/28/2008 FOR D007 | AJA |
| 01/31/2008 | 4:58:57 | EANSW | D001 - COMPLAINT DENIED E-FILED. | HER048 |
| 01/31/2008 | 4:58:57 | EANSW | D002 - COMPLAINT DENIED E-FILED. | HER048 |
| 01/31/2008 | 5:00:54 | ANSW | ANSWER OF COMP DENIED ON 01/31/2008 FOR D001(AV02) | AJA |
| 01/31/2008 | 5:01:00 | ANSW | ANSWER OF COMP DENIED ON 01/31/2008 FOR D002(AV02) | AJA |
| 01/31/2008 | 5:37:59 | EANSW | ANSWER - TRANSMITTAL | HER048 |
| 02/06/2008 | 4:17:35 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 02/06/2008 | 4:46:46 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 02/08/2008 | 2:23:22 | EDISC | NOTICE OF DISCOVERY E-FILED. | SUL013 |
| 02/08/2008 | 2:24:26 | EDISC | DISCOVERY - TRANSMITTAL | SUL013 |
| 02/08/2008 | 2:43:39 | EANSW | D005 - COMPLAINT DENIED E-FILED. | SUL013 |
| 02/08/2008 | 2:48:02 | EANSW | ANSWER - TRANSMITTAL | SUL013 |
| 02/08/2008 | 3:00:40 | ATTY | LISTED AS ATTORNEY FOR D005: SULLIVAN CARROLL H | AJA |

| | | | | |
|---|---|---|---|---|
| 02/08/2008 | 3:00:41 | ANSW | ANSWER OF COMP DENIED ON 02/08/2008 FOR D005(AV02) | AJA |
| 02/11/2008 | 6:01:12 | EMOT | D004-EXTENSION OF TIME FILED. | DAN023 |
| 02/11/2008 | 6:24:23 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 02/12/2008 | 7:35:15 | EMOT | D004-EXTENSION OF TIME /DOCKETED | CHL |
| 02/12/2008 | 7:38:35 | ATTY | LISTED AS ATTORNEY FOR D004: DANIELS C WILLIAM JR | AJA |
| 02/12/2008 | 4:32:37 | EDISC | NOTICE OF DISCOVERY E-FILED. | SUL013 |
| 02/12/2008 | 5:02:30 | EDISC | DISCOVERY - TRANSMITTAL | SUL013 |
| 02/13/2008 | 12:08:50 | JEORDE | ORDER GENERATED FOR EXTENSION OF TIME | JCW |
| 02/13/2008 | 12:17:20 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 02/19/2008 | 5:43:43 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) FILED. | DAN023 |
| 02/19/2008 | 5:44:11 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 02/19/2008 | 5:52:22 | EMOT | D004-AFFIDAVIT IN SUPPORT OF MOTION FILED. | DAN023 |
| 02/19/2008 | 5:52:45 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 02/19/2008 | 6:02:03 | EMOT | D004-BRIEF FILED. | DAN023 |
| 02/19/2008 | 6:04:00 | EMOT | D004-BRIEF FILED. | DAN023 |
| 02/20/2008 | 7:23:36 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 02/20/2008 | 9:35:06 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 02/20/2008 | 12:14:20 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 02/20/2008 | 12:40:18 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 02/20/2008 | 2:43:56 | JEMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /SET FOR 03/14/2008 8:30:00 AM, LOCATION = 6300 | JCW |
| 02/20/2008 | 2:47:18 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 02/20/2008 | 3:17:34 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 02/20/2008 | 3:25:01 | EMOT | C001-COMPEL FILED. | HOR026 |
| 02/20/2008 | 3:56:31 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 02/20/2008 | 3:59:45 | JEMOT | SET FOR HEARING - TRANSMITTAL | JCW |
| 02/20/2008 | 4:27:29 | EMOT | C001-COMPEL /DOCKETED | CHL |
| 02/20/2008 | 4:27:51 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 02/20/2008 | 4:37:53 | DAT3 | SET FOR: RULE 12 DISMISSAL ON 03/14/2008 AT 0830A | CHL |
| 02/20/2008 | 5:37:39 | EMOT | D001-D002-AFFIDAVIT IN OPPOSITION TO MOTION FILED. | HER048 |
| 02/20/2008 | 6:02:29 | EMOT | MOTION - TRANSMITTAL | HER048 |
| 02/21/2008 | 7:34:07 | EMOT | D001-D002-COMPEL /DOCKETED | CHL |
| 02/21/2008 | 7:34:16 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 02/25/2008 | 12:30:41 | ENOTA | NOTICE OF APPEARANCE E-FILED | KIT008 |
| 02/25/2008 | 12:30:48 | ATTY | LISTED AS ATTORNEY FOR C001: KITTRELL WILLIAM BRA | AJA |
| 02/25/2008 | 12:30:54 | EMOT | MISCELLANEOUS - TRANSMITTAL | KIT008 |
| 02/25/2008 | 12:31:00 | ATTY | LISTED AS ATTORNEY FOR C002: KITTRELL WILLIAM BRA | AJA |
| 02/25/2008 | 12:31:06 | ATTY | LISTED AS ATTORNEY FOR C003: KITTRELL WILLIAM BRA | AJA |
| 02/25/2008 | 3:49:54 | EMOT | D004-EXTENSION OF TIME FILED. | DAN023 |
| 02/25/2008 | 4:29:22 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 02/26/2008 | 7:16:35 | EMOT | D004-EXTENSION OF TIME /DOCKETED | CHL |
| 02/26/2008 | 11:13:48 | JEORDE | ORDER GENERATED FOR EXTENSION OF TIME | JCW |
| 02/26/2008 | 11:17:46 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 02/27/2008 | 4:53:28 | EDISC | NOTICE OF DISCOVERY E-FILED. | HER048 |
| 02/27/2008 | 4:57:51 | EMOT | D004-OTHER - REQUEST TO ISSUE LETTERS ROGATORY FILED. | DAN023 |
| 02/27/2008 | 4:58:45 | EMOT | C001-STAY FILED. | HOR026 |
| 02/27/2008 | 5:33:32 | EMOT | D004-OTHER - REQUEST TO ISSUE LETTERS ROGATORY FILED. | DAN023 |
| 02/27/2008 | 6:14:35 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 02/27/2008 | 6:23:03 | EDISC | DISCOVERY - TRANSMITTAL | HER048 |
| 02/27/2008 | 6:26:50 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 02/27/2008 | 6:39:30 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 02/28/2008 | 7:43:00 | EMOT | D004-OTHER /DOCKETED | CHL |
| 02/28/2008 | 7:43:14 | EMOT | C001-STAY /DOCKETED | CHL |
| 02/28/2008 | 7:43:28 | EMOT | D004-OTHER /DOCKETED | CHL |
| 02/28/2008 | 10:07:01 | ATTY | LISTED AS ATTORNEY FOR C001: KITTRELL BRAXTON L J | CHL |

| 02/28/2008 | 10:23:06 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
|---|---|---|---|---|
| 02/28/2008 | 10:23:59 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 02/28/2008 | 10:30:38 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 02/28/2008 | 10:44:49 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 02/28/2008 | 11:37:12 | JEORDE | ORDER GENERATED FOR OTHER - REQUEST TO ISSUE LETTERS ROGATORY | JCW |
| 02/28/2008 | 11:48:39 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 02/29/2008 | 11:54:20 | EMOT | C001-C002-C003-MORE DEFINITE STATEMENT FILED. | MOR007 |
| 02/29/2008 | 11:54:37 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 02/29/2008 | 12:51:52 | EMOT | C001-C002-C003-MORE DEFINITE STATEMENT /DOCKETED | CHL |
| 02/29/2008 | 2:18:20 | DAT3 | SET FOR: RULE 12 DISMISSAL ON 03/07/2008 AT 0830A | CHL |
| 02/29/2008 | 2:51:27 | JEMOT | C001-C002-C003-MORE DEFINITE STATEMENT /SET FOR 03/07/2008 8:30:00 AM, LOCATION = COURTROOM 6300 | JCW |
| 02/29/2008 | 2:59:20 | JEMOT | SET FOR HEARING - TRANSMITTAL | JCW |
| 03/03/2008 | 2:12:38 | JEMOT | C001-STAY /SET FOR 03/14/2008 8:30:00 AM, LOCATION = 6300 | JCW |
| 03/03/2008 | 2:14:43 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 03/03/2008 | 3:36:08 | JEMOT | SET FOR HEARING - TRANSMITTAL | JCW |
| 03/03/2008 | 3:38:56 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/03/2008 | 4:17:51 | DAT3 | SET FOR: PRESERVE EVIDENCE ON 03/14/2008 AT 0830A | CHL |
| 03/04/2008 | 1:24:20 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 03/04/2008 | 1:24:51 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 03/04/2008 | 5:14:24 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 03/04/2008 | 5:19:03 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 03/04/2008 | 5:53:32 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 03/04/2008 | 6:05:23 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 03/05/2008 | 3:15:22 | EMOT | D004-CONTINUE FILED. | DAN023 |
| 03/05/2008 | 3:40:47 | EMOT | D004-CONTINUE /DOCKETED | CHL |
| 03/05/2008 | 3:41:09 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 03/05/2008 | 4:41:26 | PRTY | PARTY ADDED X001  ALA DEPT OF PUBLIC SAFETY(AW21) | LAA |
| 03/05/2008 | 4:41:27 | ISSD | PARTY X001 ISSUED DATE: 03052008  TYPE: SHERIFF | LAA |
| 03/05/2008 | 5:42:07 | EMOT | D001-D002-CONTINUE FILED. | HER048 |
| 03/05/2008 | 5:49:11 | EMOT | MOTION - TRANSMITTAL | HER048 |
| 03/06/2008 | 7:08:59 | EMOT | D001-D002-CONTINUE /DOCKETED | CHL |
| 03/06/2008 | 7:44:00 | EMOT | D004-OTHER - NOTICE OF FILING ORDERS FILED. | DAN023 |
| 03/06/2008 | 7:44:24 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 03/06/2008 | 10:01:38 | EMOT | D004-OTHER /DOCKETED | CHL |
| 03/06/2008 | 11:55:03 | JEORDE | ORDER GENERATED FOR CONTINUE | JCW |
| 03/06/2008 | 12:25:23 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/06/2008 | 2:19:46 | JEORDE | ORDER GENERATED FOR CONTINUE | JCW |
| 03/06/2008 | 2:45:58 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/07/2008 | 4:38:19 | EMOT | D004-PROTECTIVE ORDER FILED. | DAN023 |
| 03/10/2008 | 8:24:32 | EMOT | D004-PROTECTIVE ORDER /DOCKETED | CHL |
| 03/10/2008 | 4:39:16 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 03/10/2008 | 6:21:58 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 03/10/2008 | 7:25:06 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 03/11/2008 | 1:21:46 | JEMOT | D004-PROTECTIVE ORDER /SET FOR 03/28/2008 8:30:00 AM, LOCATION = 6300 | JCW |
| 03/11/2008 | 1:22:29 | JEMOT | SET FOR HEARING - TRANSMITTAL | JCW |
| 03/11/2008 | 1:26:25 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 03/11/2008 | 1:27:17 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/11/2008 | 1:37:53 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 03/11/2008 | 1:43:42 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/11/2008 | 2:37:14 | EMOT | C001-AFFIDAVIT IN OPPOSITION TO MOTION FILED. | HOR026 |
| 03/11/2008 | 2:38:05 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 03/11/2008 | 2:49:46 | EMOT | C001-AFFIDAVIT IN OPPOSITION TO MOTION FILED. | HOR026 |
| 03/11/2008 | 2:56:57 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 03/11/2008 | 3:20:56 | EMOT | C001-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | SHC |

| 03/11/2008 | 3:27:38 | STAT | CASE ASSIGNED STATUS OF: DISPOSED        (AV01) | SHC |
|---|---|---|---|---|
| 03/11/2008 | 3:27:39 | DISP | DISPOSED ON: 03/11/2008 BY (DISM W/PREDJ)  (AV01) | SHC |
| 03/11/2008 | 3:27:40 | CACJ | COURT ACTION JUDGE: JAMES C WOOD        (AV01) | SHC |
| 03/11/2008 | 3:27:41 | PDIS | C001 DISPOSED BY (DISM W/PREDJ) ON 03/11/2008 | SHC |
| 03/11/2008 | 3:27:42 | PDIS | C002 DISPOSED BY (DISM W/PREDJ) ON 03/11/2008 | SHC |
| 03/11/2008 | 3:27:43 | PDIS | C003 DISPOSED BY (DISM W/PREDJ) ON 03/11/2008 | SHC |
| 03/11/2008 | 3:27:44 | PDIS | D001 DISPOSED BY (DISM W/PREDJ) ON 03/11/2008 | SHC |
| 03/11/2008 | 3:27:45 | PDIS | D002 DISPOSED BY (DISM W/PREDJ) ON 03/11/2008 | SHC |
| 03/11/2008 | 3:27:46 | PDIS | D003 DISPOSED BY (DISM W/PREDJ) ON 03/11/2008 | SHC |
| 03/11/2008 | 3:27:47 | PDIS | D005 DISPOSED BY (DISM W/PREDJ) ON 03/11/2008 | SHC |
| 03/11/2008 | 3:27:48 | PDIS | D006 DISPOSED BY (DISM W/PREDJ) ON 03/11/2008 | SHC |
| 03/11/2008 | 3:27:49 | PDIS | D004 DISPOSED BY (DISM W/PREDJ) ON 03/11/2008 | SHC |
| 03/11/2008 | 3:27:50 | PDIS | D007 DISPOSED BY (DISM W/PREDJ) ON 03/11/2008 | SHC |
| 03/11/2008 | 3:27:51 | PDIS | D008 DISPOSED BY (DISM W/PREDJ) ON 03/11/2008 | SHC |
| 03/11/2008 | 3:39:21 | DAT2 | SET FOR: PROTECTIVE ORDER ON 03/28/2008 AT 0830A | SHC |
| 03/11/2008 | 3:39:32 | STAT | CASE ASSIGNED STATUS OF: ACTIVE        (AV01) | SHC |
| 03/11/2008 | 3:39:33 | VDCA | COURT ACTION ENTRY REVISED        (AV01) | SHC |
| 03/11/2008 | 3:39:47 | VDCA | C001 COURT ACTION ENTRY REVISED        (AV02) | SHC |
| 03/11/2008 | 3:39:56 | VDCA | C002 COURT ACTION ENTRY REVISED        (AV02) | SHC |
| 03/11/2008 | 3:40:07 | VDCA | C003 COURT ACTION ENTRY REVISED        (AV02) | SHC |
| 03/11/2008 | 3:40:19 | VDCA | D001 COURT ACTION ENTRY REVISED        (AV02) | SHC |
| 03/11/2008 | 3:40:27 | VDCA | D002 COURT ACTION ENTRY REVISED        (AV02) | SHC |
| 03/11/2008 | 3:40:34 | VDCA | D003 COURT ACTION ENTRY REVISED        (AV02) | SHC |
| 03/11/2008 | 3:40:52 | VDCA | D005 COURT ACTION ENTRY REVISED        (AV02) | SHC |
| 03/11/2008 | 3:41:02 | VDCA | D006 COURT ACTION ENTRY REVISED        (AV02) | SHC |
| 03/11/2008 | 3:41:13 | VDCA | D007 COURT ACTION ENTRY REVISED        (AV02) | SHC |
| 03/11/2008 | 3:41:21 | VDCA | D008 COURT ACTION ENTRY REVISED        (AV02) | SHC |
| 03/12/2008 | 8:21:19 | EMOT | C001-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | RUP |
| 03/12/2008 | 8:21:39 | EMOT | C001-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | DID |
| 03/12/2008 | 8:58:30 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 03/12/2008 | 8:58:51 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/12/2008 | 9:51:31 | VDCA | D004 COURT ACTION ENTRY REVISED        (AV02) | SHC |
| 03/12/2008 | 11:12:20 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 03/12/2008 | 11:15:52 | EMOT | D004-AFFIDAVIT IN SUPPORT OF MOTION FILED. | DAN023 |
| 03/12/2008 | 11:19:33 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 03/12/2008 | 11:40:49 | EMOT | C001-RESPONSE IN OPPOSITION OF MOTION FILED. | HOR026 |
| 03/12/2008 | 12:28:45 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 03/12/2008 | 12:46:37 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 03/12/2008 | 1:58:04 | EMOT | D004-OTHER /DOCKETED | DID |
| 03/12/2008 | 1:58:34 | EMOT | C001-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | DID |
| 03/12/2008 | 2:00:12 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | DID |
| 03/12/2008 | 5:01:10 | EMOT | D004-AFFIDAVIT IN SUPPORT OF MOTION FILED. | DAN023 |
| 03/12/2008 | 5:02:52 | EMOT | D004-AFFIDAVIT IN SUPPORT OF MOTION FILED. | DAN023 |
| 03/12/2008 | 5:04:52 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 03/12/2008 | 5:06:11 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 03/12/2008 | 6:20:50 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 03/12/2008 | 6:23:15 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 03/12/2008 | 6:56:50 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 03/12/2008 | 8:00:26 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 03/12/2008 | 8:20:24 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | RUP |
| 03/13/2008 | 8:23:36 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | RUP |
| 03/13/2008 | 8:30:22 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | DID |
| 03/13/2008 | 5:45:20 | EMOT | D004-AFFIDAVIT IN SUPPORT OF MOTION FILED. | DAN023 |
| 03/13/2008 | 6:44:10 | EMOT | D004-BRIEF FILED. | DAN023 |

| 03/13/2008 | 6:47:59 | EMOT | MOTION - TRANSMITTAL | DAN023 |
|---|---|---|---|---|
| 03/13/2008 | 7:10:31 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 03/14/2008 | 8:24:21 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | DID |
| 03/14/2008 | 8:26:10 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | DID |
| 03/18/2008 | 11:08:52 | SERC | SERVICE OF SERVED PERSON   ON 03112008 FOR X001 (A | ANM |
| 03/18/2008 | 11:23:48 | PRTY | PARTY ADDED  X002  ALA DEPT OF PUBLIC SAFETY(AW21) | LAA |
| 03/18/2008 | 11:23:49 | ISSD | PARTY X002 ISSUED DATE: 03182008  TYPE: PROCESS SE | LAA |
| 03/18/2008 | 11:30:11 | EAMEN | AMENDED COMPLAINT E-FILED. | MOR007 |
| 03/18/2008 | 11:31:40 | PART | AUGUILLARD CONSTRUCTION COMPANY ADDED AS D009 | AJA |
| 03/18/2008 | 11:31:41 | SUMM | CERTIFIED MAI ISSUED: 03/18/2008 TO D009   (AV02) | AJA |
| 03/18/2008 | 12:33:18 | EAMEN | COMPLAINT - SUMMONS | |
| 03/19/2008 | 9:10:21 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 03/19/2008 | 9:10:56 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/19/2008 | 3:23:08 | DAT3 | SET FOR: ALL PENDING MOTIONS  ON 04/11/2008 AT 083 | CHL |
| 03/20/2008 | 4:19:32 | SUMM | CERTIFIED MAI ISSUED: 03/20/2008 TO D009   (AV02) | RUP |
| 03/24/2008 | 5:30:05 | EDISC | NOTICE OF DISCOVERY E-FILED. | HER048 |
| 03/24/2008 | 5:37:37 | EDISC | NOTICE OF DISCOVERY E-FILED. | HER048 |
| 03/24/2008 | 5:53:22 | EDISC | DISCOVERY - TRANSMITTAL | HER048 |
| 03/24/2008 | 6:28:56 | EDISC | DISCOVERY - TRANSMITTAL | HER048 |
| 03/25/2008 | 2:59:09 | EMOT | C001-C002-C003-DEFAULT JUDGMENT ($50.00) FILED. | MOR007 |
| 03/25/2008 | 3:02:51 | EMOT | C001-C002-C003-DEFAULT JUDGMENT ($50.00) FILED. | MOR007 |
| 03/25/2008 | 3:30:25 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 03/25/2008 | 3:40:15 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 03/25/2008 | 4:19:08 | EMOT | C001-C002-C003-DEFAULT JUDGMENT ($50.00) /DOCKETED | CHL |
| 03/25/2008 | 4:19:59 | EMOT | C001-C002-C003-DEFAULT JUDGMENT ($50.00) /DOCKETED | CHL |
| 03/26/2008 | 9:09:02 | EAMEN | AMENDED COMPLAINT E-FILED. | MOR007 |
| 03/26/2008 | 9:09:30 | EAMEN | COMPLAINT - SUMMONS | |
| 03/26/2008 | 10:35:42 | PART | WORLEY'S TREE SERVICE, INC. ADDED AS D010  (AV02) | AJA |
| 03/26/2008 | 10:35:43 | SUMM | CERTIFIED MAI ISSUED: 03/26/2008 TO D010   (AV02) | AJA |
| 03/26/2008 | 10:44:29 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 03/26/2008 | 10:57:00 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/27/2008 | 9:38:30 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 03/27/2008 | 9:38:55 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/27/2008 | 4:50:36 | EMOT | C001-OTHER - MOTION TO SUBSTITUTE PLAINTIFF FILED. | HOR026 |
| 03/27/2008 | 5:20:44 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 03/28/2008 | 7:30:47 | EMOT | C001-OTHER /DOCKETED | CHL |
| 03/28/2008 | 10:41:40 | JEORDE | ORDER E-FILED - ORDER - ORDER | JA |
| 03/28/2008 | 10:46:46 | JEORDE | ORDER E-FILED - ORDER - ORDER | JA |
| 03/28/2008 | 10:54:08 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/28/2008 | 10:58:43 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/28/2008 | 1:36:03 | JEORDE | ORDER GENERATED FOR OTHER - MOTION TO SUBSTITUTE PLAINTIFF | JCW |
| 03/28/2008 | 1:36:32 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/28/2008 | 3:03:29 | C001 | ADDR1 CHANGED FROM: 15241 SHIPP ROAD     (AV02) | CHL |
| 03/28/2008 | 3:39:10 | C002 | ADDR1 CHANGED FROM: 15241 SHIPP ROAD     (AV02) | CHL |
| 03/28/2008 | 3:40:41 | C001 | ADDR1 CHANGED FROM: FOR CELENA A SPRINKLE  (AV02) | CHL |
| 03/28/2008 | 3:41:37 | PART | STEWART PATRICIA GUARDIAN/CONSERVATOR FOR ADDED AS | CHL |
| 03/28/2008 | 3:41:38 | ATTY | LISTED AS ATTORNEY FOR C004: HORNSBY CLAY  (AV02) | CHL |
| 03/28/2008 | 3:41:39 | ATTY | LISTED AS ATTORNEY FOR C004: MORRIS LARRY W (AV02) | CHL |
| 03/28/2008 | 3:41:40 | ATTY | LISTED AS ATTORNEY FOR C004: NELSON EMILY H (AV02) | CHL |
| 03/28/2008 | 3:41:41 | ATTY | LISTED AS ATTORNEY FOR C004: KITTRELL WILLIAM BRA | CHL |
| 03/28/2008 | 3:41:42 | ATTY | LISTED AS ATTORNEY FOR C004: KITTRELL BRAXTON L J | CHL |
| 03/28/2008 | 3:42:13 | STYL | CELENA L SPRINKLE ET AL VS R D CONSTRUCTION INC ET | CHL |
| 03/28/2008 | 3:42:14 | STYL | AL                        (AV01) | CHL |
| 03/28/2008 | 3:47:27 | EANSW | D001 - COMPLAINT DENIED E-FILED. | HER048 |

| 03/28/2008 | 3:47:28 | EANSW | D002 - COMPLAINT DENIED E-FILED. | HER048 |
|---|---|---|---|---|
| 03/28/2008 | 3:50:21 | ANSW | ANSWER OF COMP DENIED ON 03/28/2008 FOR D001(AV02) | AJA |
| 03/28/2008 | 4:25:43 | EANSW | ANSWER - TRANSMITTAL | HER048 |
| 03/28/2008 | 5:01:30 | EDISC | NOTICE OF DISCOVERY E-FILED. | SUL013 |
| 03/28/2008 | 5:52:04 | EDISC | DISCOVERY - TRANSMITTAL | SUL013 |
| 03/31/2008 | 11:16:33 | JEORDE | ORDER GENERATED FOR MOTN TO DIS. PURS. TO RULE 12(B) | JCW |
| 03/31/2008 | 11:16:56 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/31/2008 | 11:33:28 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 03/31/2008 | 11:42:51 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/31/2008 | 11:52:41 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 03/31/2008 | 11:53:26 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 03/31/2008 | 2:20:55 | SUMM | CERTIFIED MAI ISSUED: 03/31/2008 TO D010   (AV02) | RUP |
| 03/31/2008 | 4:43:51 | EMOT | D004-SUPPLEMENT TO PENDING MOTION FILED. | DAN023 |
| 03/31/2008 | 6:15:21 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/01/2008 | 7:58:20 | EMOT | D004-SUPPLEMENT TO PENDING MOTION /DOCKETED | CHL |
| 04/01/2008 | 11:11:47 | JEORDE | ORDER GENERATED FOR OTHER - REQUEST TO ISSUE LETTERS ROGATORY | JCW |
| 04/01/2008 | 1:31:17 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 04/02/2008 | 2:04:17 | ENOTA | NOTICE OF APPEARANCE E-FILED | MAS021 |
| 04/02/2008 | 2:04:33 | ENOTA | MISCELLANEOUS - TRANSMITTAL | MAS021 |
| 04/02/2008 | 2:04:39 | ATTY | LISTED AS ATTORNEY FOR D006: MASTERSON KEVIN FRAN | AJA |
| 04/02/2008 | 2:04:51 | ATTY | LISTED AS ATTORNEY FOR D007: MASTERSON KEVIN FRAN | AJA |
| 04/02/2008 | 2:07:16 | ENOTA | NOTICE OF APPEARANCE E-FILED | MAS021 |
| 04/02/2008 | 2:08:26 | ENOTA | MISCELLANEOUS - TRANSMITTAL | MAS021 |
| 04/02/2008 | 2:45:19 | EMOT | D004-AFFIDAVIT IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/02/2008 | 2:46:52 | EMOT | D004-AFFIDAVIT IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/02/2008 | 2:48:40 | EMOT | D004-AFFIDAVIT IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/02/2008 | 3:02:27 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/02/2008 | 3:07:09 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/02/2008 | 3:25:58 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/03/2008 | 7:30:01 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 04/03/2008 | 10:02:24 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 04/03/2008 | 10:39:47 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 04/03/2008 | 12:12:39 | EMOT | C001-OTHER - NOTICE OF INTENT TO SERVE SUBPOENA  FILED. | HOR026 |
| 04/03/2008 | 12:23:29 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 04/03/2008 | 2:10:36 | EMOT | D004-OTHER - NONPARTY SUBPOENA VIA LETTERS ROGATORY FILED. | DAN023 |
| 04/03/2008 | 2:14:17 | EMOT | D004-OTHER - REQUEST TO ISSUE LETTERS ROGATORY FOR NONPARTY SUBPOENA FILED. | DAN023 |
| 04/03/2008 | 2:18:05 | EMOT | D004-OTHER - REQUEST TO ISSUE LETTERS ROGATORY FOR NONPARTY SUBPOENA FILED. | DAN023 |
| 04/03/2008 | 2:20:19 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/03/2008 | 2:22:23 | EMOT | D004-OTHER - REQUEST TO ISSUE LETTERS ROGATORY FOR NONPARTY SUBPOENA FILED. | DAN023 |
| 04/03/2008 | 2:27:29 | EMOT | D004-OTHER - REQUEST TO ISSUE LETTERS ROGATORY FOR DEPOSITION SUBPOENA DUCES TECUM FILED. | DAN023 |
| 04/03/2008 | 2:44:25 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/03/2008 | 2:45:17 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/03/2008 | 3:00:22 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/03/2008 | 3:05:56 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/03/2008 | 3:55:14 | EMOT | D004-OTHER /DOCKETED | CHL |
| 04/03/2008 | 3:55:26 | EMOT | D004-OTHER /DOCKETED | CHL |
| 04/03/2008 | 3:55:43 | EMOT | D004-OTHER /DOCKETED | CHL |
| 04/03/2008 | 3:55:52 | EMOT | D004-OTHER /DOCKETED | CHL |
| 04/03/2008 | 3:56:05 | EMOT | D004-OTHER /DOCKETED | CHL |
| 04/03/2008 | 3:56:50 | EMOT | C001-OTHER /FLAGGED | CHL |
| 04/03/2008 | 3:56:55 | EMOT | C001-OTHER / REJECTION NOTICE SENT TO FILER. | CHL |
| 04/03/2008 | 6:01:16 | EANSW | D001 - COMPLAINT DENIED E-FILED. | HER048 |
| 04/03/2008 | 6:01:17 | EANSW | D002 - COMPLAINT DENIED E-FILED. | HER048 |
| 04/03/2008 | 6:34:43 | EANSW | ANSWER - TRANSMITTAL | HER048 |

| 04/04/2008 | 2:12:49 | ANSW | ANSWER OF COMP DENIED ON 04/03/2008 FOR D001(AV02) | AJA |
|---|---|---|---|---|
| 04/04/2008 | 9:56:08 | ENOTA | NOTICE OF APPEARANCE E-FILED | COL100 |
| 04/04/2008 | 9:56:16 | ATTY | LISTED AS ATTORNEY FOR D003: COLLIER DANNY J JR | AJA |
| 04/04/2008 | 9:56:37 | ENOTA | MISCELLANEOUS - TRANSMITTAL | COL100 |
| 04/07/2008 | 1:12:02 | JEORDE | ORDER E-FILED - ORDER - ORDER | JA |
| 04/07/2008 | 1:12:42 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 04/07/2008 | 2:06:09 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 04/07/2008 | 2:14:04 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 04/07/2008 | 2:21:35 | SERC | SERVICE OF CERTIFIED MAI ON 04/02/2008 FOR D009 | AJA |
| 04/07/2008 | 2:32:35 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 04/07/2008 | 4:20:00 | ATTY | LISTED AS ATTORNEY FOR D006: HALL MATTHEW BRUCE | CHL |
| 04/07/2008 | 4:20:20 | ATTY | LISTED AS ATTORNEY FOR D007: HALL MATTHEW BRUCE | CHL |
| 04/07/2008 | 4:23:13 | EMOT | C001-C002-C003-C004-OTHER - OBJECTION TO APRIL 3, 2008 REQUEST FOR ISSUANCE OF LETTERS ROGATORY FILED. | MOR007 |
| 04/07/2008 | 4:45:56 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 04/07/2008 | 5:28:39 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 04/07/2008 | 6:09:27 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 04/08/2008 | 9:11:24 | SERC | SERVICE OF PROCESS SERVE ON 03/19/2008 FOR D003 | AJA |
| 04/08/2008 | 9:12:06 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 04/08/2008 | 9:26:31 | EMOT | C001-C002-C003-C004-OTHER /DOCKETED | CHL |
| 04/08/2008 | 11:25:42 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 04/08/2008 | 11:26:32 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 04/08/2008 | 3:33:01 | EDISC | NOTICE OF DISCOVERY E-FILED. | HER048 |
| 04/08/2008 | 3:44:30 | ENOTA | NOTICE OF APPEARANCE E-FILED | DAN023 |
| 04/08/2008 | 3:46:37 | EDISC | DISCOVERY - TRANSMITTAL | HER048 |
| 04/08/2008 | 3:53:07 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/08/2008 | 3:55:38 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/08/2008 | 3:57:45 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/08/2008 | 3:59:55 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/08/2008 | 4:18:09 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 04/08/2008 | 4:33:11 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/08/2008 | 4:33:41 | ENOTA | MISCELLANEOUS - TRANSMITTAL | DAN023 |
| 04/08/2008 | 4:37:55 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/08/2008 | 4:39:36 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/08/2008 | 4:48:12 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/09/2008 | 7:47:11 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 04/09/2008 | 10:10:34 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 04/09/2008 | 2:03:51 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 04/09/2008 | 2:53:19 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/09/2008 | 3:12:17 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/09/2008 | 3:35:43 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 04/09/2008 | 3:52:13 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 04/09/2008 | 4:23:09 | EMOT | C001-C002-C003-C004-RESPONSE IN OPPOSITION OF MOTION FILED. | MOR007 |
| 04/09/2008 | 4:29:25 | EMOT | C001-C002-C003-C004-RESPONSE IN OPPOSITION OF MOTION FILED. | MOR007 |
| 04/09/2008 | 4:32:16 | EMOT | C001-C002-C003-C004-SUPPLEMENT TO PENDING MOTION /DOCKETED | CHL |
| 04/09/2008 | 4:32:30 | EMOT | C001-C002-C003-C004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 04/09/2008 | 4:49:32 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 04/09/2008 | 5:01:04 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 04/09/2008 | 5:43:28 | EMOT | D004-OTHER - REQUEST TO ISSUE LETTERS ROGATORY FILED. | DAN023 |
| 04/09/2008 | 6:29:01 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/10/2008 | 7:28:19 | EMOT | D004-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | CHL |
| 04/10/2008 | 7:28:41 | EMOT | D004-OTHER /DOCKETED | CHL |
| 04/10/2008 | 10:35:00 | EMOT | C001-C002-C003-C004-STRIKE FILED. | MOR007 |
| 04/10/2008 | 10:35:29 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 04/10/2008 | 12:19:52 | EMOT | C001-C002-C003-C004-STRIKE /DOCKETED | CHL |

| 04/10/2008 | 1:26:19 | JEMOT | D004-OTHER /SET FOR 05/09/2008 8:30:00 AM, LOCATION = 6300 | JCW |
|---|---|---|---|---|
| 04/10/2008 | 1:27:02 | JEMOT | SET FOR HEARING - TRANSMITTAL | JCW |
| 04/10/2008 | 1:35:18 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 04/10/2008 | 1:42:44 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 04/10/2008 | 2:24:38 | EMOT | D004-COMPEL FILED. | DAN023 |
| 04/10/2008 | 2:52:55 | EMOT | D004-COMPEL /DOCKETED | CHL |
| 04/10/2008 | 2:54:20 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/10/2008 | 5:02:19 | EDISC | NOTICE OF DISCOVERY E-FILED. | HER048 |
| 04/10/2008 | 5:11:28 | EANSW | D002 - AMENDED ANSWER E-FILED. | HER048 |
| 04/10/2008 | 5:11:29 | EANSW | D001 - AMENDED ANSWER E-FILED. | HER048 |
| 04/10/2008 | 5:13:03 | ANSW | ANSWER OF COUNTER CLAIM ON 04/10/2008 FOR D001 | AJA |
| 04/10/2008 | 6:15:03 | EDISC | DISCOVERY - TRANSMITTAL | HER048 |
| 04/10/2008 | 6:31:05 | EANSW | ANSWER - TRANSMITTAL | HER048 |
| 04/10/2008 | 11:25:38 | ANSW | ANSWER OF COMP DENIED ON 04/03/2008 FOR D002(AV02) | AJA |
| 04/10/2008 | 11:25:44 | ANSW | ANSWER OF COMP DENIED ON 03/28/2008 FOR D002(AV02) | AJA |
| 04/10/2008 | 11:25:50 | ANSW | ANSWER OF COUNTER CLAIM ON 04/10/2008 FOR D002 | AJA |
| 04/11/2008 | 11:25:20 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. | JA |
| 04/11/2008 | 11:29:16 | JEORDE | ORDER E-FILED - ORDER - ORDER | JA |
| 04/11/2008 | 11:44:14 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 04/11/2008 | 11:47:36 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 04/14/2008 | 2:36:39 | EMOT | D004-WITHDRAW FILED. | DAN023 |
| 04/14/2008 | 3:01:18 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/14/2008 | 3:49:52 | EMOT | C001-OTHER - PLAINTIFF'S OBJECTION TO APRIL 9, 2008 REQUEST OF DEFENDANT CERES FOR LETTERS ROGATORY TO COLORADO  FILED. | HOR026 |
| 04/14/2008 | 4:18:40 | EMOT | C001-OTHER /DOCKETED | SHC |
| 04/14/2008 | 4:19:05 | EMOT | D004-WITHDRAW /DOCKETED | SHC |
| 04/14/2008 | 4:54:18 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 04/14/2008 | 6:26:04 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 04/14/2008 | 7:13:09 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 04/17/2008 | 12:50:51 | EMOT | C001-DEPOSITION FILED. | HOR026 |
| 04/17/2008 | 12:51:16 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 04/17/2008 | 2:01:43 | EMOT | C001-DEPOSITION /FLAGGED | CHL |
| 04/17/2008 | 2:01:48 | EMOT | C001-DEPOSITION / REJECTION NOTICE SENT TO FILER. | CHL |
| 04/17/2008 | 2:04:38 | JEORDE | ORDER GENERATED FOR DEPOSITION | JCW |
| 04/17/2008 | 2:09:37 | EMOT | C001-EXTENSION OF TIME FILED. | HOR026 |
| 04/17/2008 | 2:15:51 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 04/17/2008 | 2:17:42 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 04/18/2008 | 7:35:52 | EMOT | C001-EXTENSION OF TIME /DOCKETED | CHL |
| 04/18/2008 | 4:06:13 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 04/18/2008 | 5:33:25 | | DISCOVERY - TRANSMITTAL | |
| 04/18/2008 | 7:30:50 | EMOT | D003-OTHER - NOTICE OF REMOVAL TO U.S. DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA  FILED. | COL100 |
| 04/18/2008 | 11:11:47 | | MOTION - TRANSMITTAL | |
| 04/21/2008 | 7:48:45 | EMOT | D003-OTHER /DOCKETED | CHL |
| 04/21/2008 | 7:51:20 | JEORDE | ORDER GENERATED FOR OTHER - NOTICE OF REMOVAL TO U.S. DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA | JCW |
| 04/21/2008 | 7:54:55 | | ORDER - TRANSMITTAL | |
| 04/21/2008 | 7:56:19 | STAT | CASE ASSIGNED STATUS OF: DISPOSED        (AV01) | CHL |
| 04/21/2008 | 7:56:20 | DISP | DISPOSED ON: 04/21/2008 BY (RMVL FED COURT) (AV01) | CHL |
| 04/21/2008 | 7:56:21 | CACJ | COURT ACTION JUDGE: JAMES C WOOD        (AV01) | CHL |
| 04/21/2008 | 7:56:22 | PDIS | C001 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
| 04/21/2008 | 7:56:23 | PDIS | C002 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
| 04/21/2008 | 7:56:24 | PDIS | C003 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
| 04/21/2008 | 7:56:25 | PDIS | C004 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
| 04/21/2008 | 7:56:26 | PDIS | D002 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
| 04/21/2008 | 7:56:27 | PDIS | D004 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |

| 04/21/2008 | 7:56:28 | PDIS | D001 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
|---|---|---|---|---|
| 04/21/2008 | 7:56:29 | PDIS | D003 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
| 04/21/2008 | 7:56:30 | PDIS | D005 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
| 04/21/2008 | 7:56:31 | PDIS | D006 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
| 04/21/2008 | 7:56:32 | PDIS | D007 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
| 04/21/2008 | 7:56:33 | PDIS | D008 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
| 04/21/2008 | 7:56:34 | PDIS | D009 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
| 04/21/2008 | 7:56:35 | PDIS | D010 DISPOSED BY (RMVL FED COURT) ON 04/21/2008 | CHL |
| 04/21/2008 | 2:16:46 | SERC | SERVICE OF CERTIFIED MAI ON 04/16/2008 FOR D010 | AJA |
| 04/21/2008 | 3:54:55 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 07/11/2008 | 3:34:36 | STAT | CASE ASSIGNED STATUS OF: ACTIVE         (AV01) | SHC |
| 07/11/2008 | 3:34:37 | VDCA | COURT ACTION ENTRY REVISED         (AV01) | SHC |
| 07/11/2008 | 3:34:46 | VDCA | C001 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:34:58 | VDCA | C002 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:35:06 | VDCA | C003 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:35:13 | VDCA | C004 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:35:25 | VDCA | D001 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:35:31 | VDCA | D002 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:35:40 | VDCA | D003 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:35:47 | VDCA | D004 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:35:57 | VDCA | D005 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:36:04 | VDCA | D006 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:36:23 | VDCA | D007 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:36:31 | VDCA | D008 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:36:41 | VDCA | D009 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:36:48 | VDCA | D010 COURT ACTION ENTRY REVISED         (AV02) | SHC |
| 07/11/2008 | 3:38:22 | ATTY | LISTED AS ATTORNEY FOR C001: HARRIS WILLIAM GAY | SHC |
| 07/11/2008 | 3:39:08 | ATTY | LISTED AS ATTORNEY FOR C002: HARRIS WILLIAM GAY | SHC |
| 07/11/2008 | 3:40:50 | ATTY | LISTED AS ATTORNEY FOR C002: NELSON EMILY H (AV02) | SHC |
| 07/11/2008 | 3:40:51 | ATTY | LISTED AS ATTORNEY FOR C002: KITTRELL BRAXTON L J | SHC |
| 07/11/2008 | 3:41:43 | ATTY | LISTED AS ATTORNEY FOR C003: NELSON EMILY H (AV02) | SHC |
| 07/11/2008 | 3:41:44 | ATTY | LISTED AS ATTORNEY FOR C003: HARRIS WILLIAM GAY | SHC |
| 07/11/2008 | 3:41:45 | ATTY | LISTED AS ATTORNEY FOR C003: KITTRELL BRAXTON L J | SHC |
| 07/11/2008 | 3:42:15 | ATTY | LISTED AS ATTORNEY FOR C004: HARRIS WILLIAM GAY | SHC |
| 07/11/2008 | 3:43:33 | ATTY | LISTED AS ATTORNEY FOR D003: RAINEY L BRATTON III | SHC |
| 07/11/2008 | 3:46:19 | ATTY | LISTED AS ATTORNEY FOR D008: MASTERSON KEVIN FRAN | SHC |
| 07/11/2008 | 3:46:20 | ATTY | LISTED AS ATTORNEY FOR D008: HALL MATTHEW BRUCE | SHC |
| 07/11/2008 | 3:47:19 | ATTY | LISTED AS ATTORNEY FOR D009: UPCHURCH MICHAEL E | SHC |
| 07/11/2008 | 3:47:20 | ATTY | LISTED AS ATTORNEY FOR D009: ROBINSON JAY NICKLOS | SHC |
| 07/11/2008 | 3:47:57 | ATTY | LISTED AS ATTORNEY FOR D010: SULLIVAN CARROLL H | SHC |
| 07/11/2008 | 3:48:39 | ANSW | ANSWER OF COMP DENIED ON 04/18/2008 FOR D009(AV02) | SHC |
| 07/11/2008 | 3:49:17 | ANSW | ANSWER OF COMP DENIED ON 04/23/2008 FOR D010(AV02) | SHC |
| 07/11/2008 | 3:49:43 | ANSW | ANSWER OF COMP DENIED ON 04/23/2008 FOR D007(AV02) | SHC |
| 07/11/2008 | 3:52:17 | TEXT | CASE REMANDED BACK FROM US DISTRICT COURT | SHC |
| 07/11/2008 | 4:10:41 | ANSW | ANSWER OF COMP DENIED ON 01/31/2008 FOR D001(AV02) | SHC |
| 07/11/2008 | 4:11:02 | ANSW | ANSWER OF COMP DENIED ON 01/31/2008 FOR D002(AV02) | SHC |
| 07/14/2008 | 4:55:34 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 07/14/2008 | 5:23:34 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 07/16/2008 | 5:55:38 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 07/16/2008 | 6:18:42 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 07/17/2008 | 8:13:46 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 07/17/2008 | 8:14:02 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 07/18/2008 | 2:41:59 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 07/18/2008 | 3:23:56 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |

| | | | | |
|---|---|---|---|---|
| 07/18/2008 | 4:45:49 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 07/18/2008 | 5:24:22 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 07/23/2008 | 3:09:44 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 07/23/2008 | 4:05:52 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 07/24/2008 | 9:53:36 | PRTY | PARTY ADDED X003  NORTH BALDWIN HOSPITAL  (AW21) | NOC |
| 07/24/2008 | 9:53:37 | ISSD | PARTY X003 ISSUED DATE: 07242008 TYPE: PROCESS SE | NOC |
| 07/24/2008 | 9:53:41 | PRTY | PARTY ADDED X004  NORTH BALDWIN HOSPITAL  (AW21) | NOC |
| 07/24/2008 | 9:53:42 | ISSD | PARTY X004 ISSUED DATE: 07242008 TYPE: PROCESS SE | NOC |
| 07/28/2008 | 3:39:07 | PRTY | PARTY ADDED X005  ALA DEPT FORENSIC SCIENCES | NOC |
| 07/28/2008 | 3:39:08 | ISSD | PARTY X005 ISSUED DATE: 07282008 TYPE: PROCESS SE | NOC |
| 08/04/2008 | 3:53:15 | EMOT | C001-COMPEL FILED. | HOR026 |
| 08/04/2008 | 4:31:54 | EMOT | C001-COMPEL /DOCKETED | CHL |
| 08/04/2008 | 5:11:33 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 08/05/2008 | 1:12:20 | JEORDE | ORDER GENERATED FOR COMPEL - RENDERED & ENTERED: 8/5/2008 1:12:15 PM - ORDER | JCW |
| 08/05/2008 | 1:25:35 | JEORDE | ORDER E-FILED - ORDER - ORDER - RENDERED & ENTERED: 8/5/2008 1:25:31 PM | JA |
| 08/05/2008 | 2:10:28 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 08/05/2008 | 2:38:44 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 08/05/2008 | 4:14:48 | EMOT | D001-D002-OTHER - MOTION FOR LEAVE TO SERVE SUBPOENA ON NON-PARTY FOR PSYCHOLOGICAL TREATMENT RECORDS FILED. | THU002 |
| 08/05/2008 | 6:32:53 | EMOT | MOTION - TRANSMITTAL | THU002 |
| 08/06/2008 | 5:33:48 | EMOT | D001-D002-OTHER /DOCKETED | CHL |
| 08/06/2008 | 11:23:54 | EMOT | D004-EXTENSION OF TIME FILED. | DAN023 |
| 08/06/2008 | 11:43:13 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 08/06/2008 | 12:07:09 | EMOT | D004-EXTENSION OF TIME /DOCKETED | CHL |
| 08/06/2008 | 4:50:52 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 08/06/2008 | 6:26:20 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 08/07/2008 | 9:11:45 | ENOTA | NOTICE OF APPEARANCE E-FILED | BAX001 |
| 08/07/2008 | 9:13:20 | ENOTA | NOTICE OF APPEARANCE E-FILED | DIL005 |
| 08/07/2008 | 9:18:46 | ENOTA | MISCELLANEOUS - TRANSMITTAL | BAX001 |
| 08/07/2008 | 9:21:05 | ENOTA | MISCELLANEOUS - TRANSMITTAL | DIL005 |
| 08/07/2008 | 9:26:04 | ATTY | LISTED AS ATTORNEY FOR D004: BAXLEY WILLIAM J | AJA |
| 08/07/2008 | 9:26:16 | ATTY | LISTED AS ATTORNEY FOR D004: DILLARD JOEL E (AV02) | AJA |
| 08/08/2008 | 11:25:58 | EMOT | D003-STAY FILED. | COL100 |
| 08/08/2008 | 1:56:00 | JEORDE | ORDER GENERATED FOR EXTENSION OF TIME - RENDERED & ENTERED: 8/8/2008 1:55:58 PM - ORDER | JCW |
| 08/08/2008 | 1:56:59 | JEORDE | ORDER GENERATED FOR OTHER - PLAINTIFF'S OBJECTION TO APRIL 9, 2008 REQUEST OF DEFENDANT CERES FOR LETTERS ROGATORY TO COLORADO - RENDERED & ENTERED: 8/8/2008 1:56:54 PM - ORDER | JCW |
| 08/08/2008 | 1:58:28 | EMOT | D003-STAY /DOCKETED | CHL |
| 08/08/2008 | 2:55:08 | JEORDE | ORDER E-FILED - ORDER - ORDER - RENDERED & ENTERED: 8/8/2008 2:54:59 PM | JA |
| 08/08/2008 | 3:04:40 | EMOT | MOTION - TRANSMITTAL | COL100 |
| 08/08/2008 | 3:06:31 | JEORDE | ORDER E-FILED - ORDER - ORDER - RENDERED & ENTERED: 8/8/2008 3:06:26 PM | JA |
| 08/08/2008 | 4:38:12 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 08/08/2008 | 5:48:58 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 08/08/2008 | 6:23:34 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 08/08/2008 | 6:48:41 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 08/08/2008 | 7:21:49 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 08/08/2008 | 8:12:05 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 08/08/2008 | 9:49:38 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 08/08/2008 | 10:34:46 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 08/11/2008 | 9:06:56 | JEORDE | ORDER E-FILED - ORDER - ORDER - RENDERED & ENTERED: 8/11/2008 9:06:54 AM | JA |
| 08/11/2008 | 9:07:38 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 08/11/2008 | 1:59:52 | JEMOT | D003-STAY /SET FOR 08/29/2008 8:30:00 AM, LOCATION = 6300 | JCW |
| 08/11/2008 | 2:07:15 | JEMOT | SET FOR HEARING - TRANSMITTAL | JCW |
| 08/11/2008 | 3:07:58 | PRTY | PARTY ADDED X006  USA MEDICAL CENTER    (AW21) | NOC |
| 08/11/2008 | 3:07:59 | ISSD | PARTY X006 ISSUED DATE: 08112008 TYPE: SHERIFF | NOC |
| 08/11/2008 | 3:08:22 | PRTY | PARTY ADDED X007  DEVANEY JAMES O  MD    (AW21) | NOC |

| | | | | |
|---|---|---|---|---|
| 08/11/2008 | 3:08:23 | ISSD | PARTY X007 ISSUED DATE: 08112008  TYPE: SHERIFF | NOC |
| 08/11/2008 | 3:59:40 | DAT3 | SET FOR: MOTION TO STAY ON 08/29/2008 AT 0830A | CHL |
| 08/12/2008 | 8:00:17 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 08/12/2008 | 8:00:27 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 08/15/2008 | 1:56:58 | SERC | SERVICE OF PROCESS SERVER  ON 07292008 FOR X003 (A | NOC |
| 08/15/2008 | 1:56:59 | SERC | SERVICE OF PROCESS SERVER  ON 07292008 FOR X005 (A | NOC |
| 08/15/2008 | 1:57:00 | SERC | SERVICE OF PROCESS SERVER  ON 07292008 FOR X004 (A | NOC |
| 08/18/2008 | 11:30:34 | EDISC | NOTICE OF DISCOVERY E-FILED. | MAS021 |
| 08/18/2008 | 4:09:11 | SERC | SERVICE OF SERVED PERSON  ON 08122008 FOR X006 (A | LAA |
| 08/18/2008 | 9:16:56 | EDISC | DISCOVERY - TRANSMITTAL | MAS021 |
| 08/19/2008 | 11:23:52 | EANSW | D004 - COMPLAINT DENIED E-FILED. | DAN023 |
| 08/19/2008 | 11:26:36 | ANSW | ANSWER OF COMP DENIED ON 08/19/2008 FOR D004(AV02) | AJA |
| 08/19/2008 | 12:20:44 | EANSW | ANSWER - TRANSMITTAL | DAN023 |
| 08/22/2008 | 1:14:03 | JEMOT | D004-EXTENSION OF TIME /SET FOR 09/05/2008 8:30:00 AM, LOCATION = 6300 | JCW |
| 08/22/2008 | 1:14:42 | JEMOT | SET FOR HEARING - TRANSMITTAL | JCW |
| 08/22/2008 | 4:23:14 | SERC | SERVICE OF SERVED PERSON  ON 08152008 FOR X007 (A | LAA |
| 08/26/2008 | 8:36:58 | EMOT | D004-OTHER - NOTICE TO COURT THAT PENDING MOTION IS MOOT FILED. | DAN023 |
| 08/26/2008 | 8:37:13 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 08/26/2008 | 10:58:29 | EMOT | D004-OTHER /DOCKETED | CHL |
| 08/27/2008 | 3:52:09 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 08/27/2008 | 3:52:33 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 08/28/2008 | 1:45:53 | JEORDE | ORDER E-FILED - ORDER - ORDER - RENDERED & ENTERED: 8/28/2008 1:45:52 PM | JA |
| 08/28/2008 | 1:46:07 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 08/29/2008 | 2:36:09 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. - RENDERED & ENTERED: 8/29/2008 2:36:09 PM | JA |
| 08/29/2008 | 2:36:42 | JEORDE | ORDER - TRANSMITTAL | CAG |
| 08/29/2008 | 3:06:19 | ASSJ | ASSIGNED TO JUDGE: JOSEPH S. JOHNSTON     (AV01) | CHL |
| 09/02/2008 | 4:37:32 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 09/02/2008 | 4:37:47 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 09/04/2008 | 10:45:09 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 09/04/2008 | 10:45:47 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 09/05/2008 | 3:28:12 | EDISC | NOTICE OF DISCOVERY E-FILED. | SUL013 |
| 09/05/2008 | 3:28:48 | EDISC | DISCOVERY - TRANSMITTAL | SUL013 |
| 09/08/2008 | 1:49:16 | EDISC | NOTICE OF DISCOVERY E-FILED. | SUL013 |
| 09/08/2008 | 1:49:54 | EDISC | DISCOVERY - TRANSMITTAL | SUL013 |
| 09/09/2008 | 1:13:43 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 09/09/2008 | 1:14:19 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 09/09/2008 | 3:45:23 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 09/09/2008 | 3:45:43 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 09/10/2008 | 9:57:20 | PRTY | PARTY ADDED  X008  WKRG TV 5          (AW21) | LAA |
| 09/10/2008 | 9:57:21 | ISSD | PARTY X008 ISSUED DATE: 09102008  TYPE: SHERIFF | LAA |
| 09/12/2008 | 1:08:12 | EDISC | NOTICE OF DISCOVERY E-FILED. | MAS021 |
| 09/12/2008 | 1:08:27 | EDISC | DISCOVERY - TRANSMITTAL | MAS021 |
| 09/12/2008 | 1:09:43 | EDISC | NOTICE OF DISCOVERY E-FILED. | MAS021 |
| 09/12/2008 | 1:10:10 | EDISC | DISCOVERY - TRANSMITTAL | MAS021 |
| 09/15/2008 | 9:10:54 | EDISC | NOTICE OF DISCOVERY E-FILED. | UPC004 |
| 09/15/2008 | 9:11:20 | EDISC | DISCOVERY - TRANSMITTAL | UPC004 |
| 09/15/2008 | 3:57:17 | JEORDE | ORDER E-FILED - ORDER - ORDER APPOINTING GAL AS TO CELENA SPRINKLE - RENDERED & ENTERED: 9/15/2008 3:57:17 PM | JA |
| 09/15/2008 | 3:57:33 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/15/2008 | 3:58:15 | JEORDE | ORDER E-FILED - ORDER - ORDER APPOINTING GAL AS TO BREANA SPRINKLE - RENDERED & ENTERED: 9/15/2008 3:58:14 PM | JA |
| 09/15/2008 | 3:58:48 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/15/2008 | 4:06:32 | EMOT | C001-COMPEL FILED. | HOR026 |
| 09/15/2008 | 4:07:03 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 09/16/2008 | 8:16:55 | EMOT | C001-COMPEL /DOCKETED | RUP |

| Date | Time | Code | Description | ID |
|------|------|------|-------------|-----|
| 09/16/2008 | 1:21:18 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 09/16/2008 | 1:21:48 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 09/18/2008 | 1:38:37 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 09/18/2008 | 1:39:14 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 09/19/2008 | 8:43:19 | SERC | SERVICE OF SERVED PERSON   ON 09162008 FOR X008 (A | LAA |
| 09/22/2008 | 11:44:23 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. - RENDERED & ENTERED: 9/22/2008 11:44:23 AM | JA |
| 09/22/2008 | 11:45:08 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/23/2008 | 11:58:45 | EMOT | D004-COMPEL FILED. | DAN023 |
| 09/23/2008 | 11:59:17 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/24/2008 | 8:12:37 | EMOT | D004-COMPEL /DOCKETED | RUP |
| 09/25/2008 | 2:17:18 | EDISC | NOTICE OF DISCOVERY E-FILED. | UPC004 |
| 09/25/2008 | 2:17:48 | EDISC | DISCOVERY - TRANSMITTAL | UPC004 |
| 09/26/2008 | 7:27:48 | EMOT | D004-PROTECTIVE ORDER FILED. | DAN023 |
| 09/26/2008 | 7:28:29 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/26/2008 | 8:16:33 | EMOT | D004-PROTECTIVE ORDER /DOCKETED | RUP |
| 09/26/2008 | 10:31:03 | EMOT | C001-PROTECTIVE ORDER FILED. | HOR026 |
| 09/26/2008 | 10:31:34 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 09/26/2008 | 12:48:36 | EDISC | NOTICE OF DISCOVERY E-FILED. | MAS021 |
| 09/26/2008 | 12:49:15 | EDISC | DISCOVERY - TRANSMITTAL | MAS021 |
| 09/26/2008 | 12:50:53 | EDISC | NOTICE OF DISCOVERY E-FILED. | MAS021 |
| 09/26/2008 | 12:51:19 | EDISC | DISCOVERY - TRANSMITTAL | MAS021 |
| 09/26/2008 | 2:14:56 | EMOT | D004-PROTECTIVE ORDER FILED. | DAN023 |
| 09/26/2008 | 2:15:33 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/26/2008 | 4:17:09 | EMOT | D007-OTHER - MOTION FOR LEAVE TO FILE CROSS-CLAIM FILED. | MAS021 |
| 09/26/2008 | 4:17:44 | EMOT | MOTION - TRANSMITTAL | MAS021 |
| 09/29/2008 | 7:32:32 | EMOT | D004-OTHER - CROSS-CLAIM FILED. | DAN023 |
| 09/29/2008 | 7:33:12 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/29/2008 | 8:10:06 | EMOT | D004-OTHER /FLAGGED | RUP |
| 09/29/2008 | 8:10:11 | EMOT | D004-OTHER / REJECTION NOTICE SENT TO FILER. | RUP |
| 09/29/2008 | 8:10:27 | EMOT | D007-OTHER /DOCKETED | RUP |
| 09/29/2008 | 8:10:41 | EMOT | D004-PROTECTIVE ORDER /DOCKETED | RUP |
| 09/29/2008 | 8:11:08 | EMOT | C001-PROTECTIVE ORDER /DOCKETED | RUP |
| 09/29/2008 | 9:57:46 | EMOT | C001-DISBURSE FUNDS FILED. | HOR026 |
| 09/29/2008 | 9:58:32 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 09/29/2008 | 11:53:04 | JEORDE | ORDER GENERATED FOR PROTECTIVE ORDER - RENDERED & ENTERED: 9/29/2008 11:53:04 AM - ORDER | JSJ |
| 09/29/2008 | 11:53:24 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/29/2008 | 12:00:55 | JEMOT | D004-EXTENSION OF TIME /MOOT | JSJ |
| 09/29/2008 | 12:01:13 | JEMOT | DISPOSED - TRANSMITTAL | JSJ |
| 09/29/2008 | 12:01:17 | JEMOT | D004-OTHER /NO ACTION | JSJ |
| 09/29/2008 | 12:01:50 | JEMOT | C001-PROTECTIVE ORDER /NO ACTION | JSJ |
| 09/29/2008 | 12:02:23 | JEMOT | D004-PROTECTIVE ORDER /NO ACTION | JSJ |
| 09/29/2008 | 4:02:40 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. - RENDERED & ENTERED: 9/29/2008 4:02:39 PM | JA |
| 09/29/2008 | 4:03:13 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/30/2008 | 8:09:16 | EMOT | C001-DISBURSE FUNDS /DOCKETED | RUP |
| 10/03/2008 | 9:42:29 | ERRO | C001 DISPOSED BY (DISM W/PREDJ) ON 10/03/2008 | RUP |
| 10/03/2008 | 9:42:38 | ERRO | C002 DISPOSED BY (DISM W/PREDJ) ON 10/03/2008 | RUP |
| 10/03/2008 | 9:44:26 | GNOT | GENERAL NOTICE SENT TO: 0000 | RUP |
| 10/03/2008 | 10:27:33 | PART | DAVID & PATRICIA STEWART AS GUARDIAN/CONSERVATOR | CHC |
| 10/03/2008 | 10:27:34 | PDIS | O001 DISPOSED BY (OTHER) ON 10/03/2008      (AV02) | CHC |
| 10/03/2008 | 10:28:05 | O001 | ADDR1 CHANGED FROM: OF FAITH STEWART | CHC |
| 10/03/2008 | 10:29:46 | PART | DAVID & PATRICIA STEWART AS GUARDIAN/CONSERVATOR | CHC |
| 10/03/2008 | 10:29:47 | PDIS | O002 DISPOSED BY (OTHER) ON 10/03/2008      (AV02) | CHC |
| 10/03/2008 | 10:51:02 | JEMOT | C001-DISBURSE FUNDS /DISPOSED BY SEPARATE ORDER | JSJ |
| 10/03/2008 | 10:53:03 | JEORDE | ORDER E-FILED - ORDER - CONSENT JUDGMENT AND ORDER APPROVING PRO TANTO & PRO AMI - RENDERED & ENTERED: 10/3/2008 10:53:02 AM | JA |

| 10/03/2008 | 10:53:28 | JEORDE | ORDER - TRANSMITTAL | JSJ |
|---|---|---|---|---|
| 10/03/2008 | 11:08:42 | PART | MORRIS, HAYNES & HORNSBY ATTORNEYS ADDED AS O003 | CHC |
| 10/03/2008 | 2:40:11 | VDCA | C001 COURT ACTION ENTRY REVISED          (AV02) | CHL |
| 10/03/2008 | 2:40:20 | VDCA | C002 COURT ACTION ENTRY REVISED          (AV02) | CHL |
| 10/03/2008 | 2:41:30 | ERRO | D001 DISPOSED BY (OTHER) ON 10/03/2008          (AV02) | RUP |
| 10/03/2008 | 2:42:08 | ERRO | D002 DISPOSED BY (OTHER) ON 10/03/2008          (AV02) | RUP |
| 10/03/2008 | 2:46:45 | ERRO | D003 DISPOSED BY (OTHER) ON 10/03/2008          (AV02) | RUP |
| 10/03/2008 | 2:46:50 | JEORDE | ORDER E-FILED - ORDER - ORDER AMENDING PRO AMI WITH USAA AS TO NAME OF MINOR CHILD - RENDERED & ENTERED: 10/3/2008 2:46:50 PM | JA |
| 10/03/2008 | 2:49:43 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 10/07/2008 | 1:22:36 | JEORDE | ORDER E-FILED - ORDER - AMENDED CONSENT JUDGMENT/PRO AMI ORDER - RENDERED & ENTERED: 10/7/2008 1:22:36 PM | JA |
| 10/07/2008 | 1:22:56 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 10/07/2008 | 2:09:21 | JEORDE | ORDER E-FILED - ORDER - SIGNED AMENDED ORDER FOR PRO AMI SETTLEMENT - RENDERED & ENTERED: 10/7/2008 2:09:21 PM | JA |
| 10/07/2008 | 2:10:48 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 10/07/2008 | 4:01:01 | PART | WILLIAM G HARRIS, ESQ ADDED AS O004          (AV02) | COR |
| 10/07/2008 | 4:01:02 | PDIS | O004 DISPOSED BY (OTHER) ON 10/07/2008          (AV02) | COR |
| 10/07/2008 | 4:02:42 | PART | MEDICAID ADDED AS O005          (AV02) | COR |
| 10/07/2008 | 4:02:43 | PDIS | O005 DISPOSED BY (OTHER) ON 10/07/2008          (AV02) | COR |
| 10/07/2008 | 4:05:25 | PDIS | O003 DISPOSED BY (OTHER) ON 10/07/2008          (AV02) | COR |
| 10/07/2008 | 4:05:26 | INDX | INDEX FLAG CHANGED FROM: Y TO: N          (AV02) | COR |
| 10/07/2008 | 4:07:23 | PART | FLORIDA INSTITUTE FOR NEUROLOGIC REHABILITATION AD | COR |
| 10/07/2008 | 4:07:24 | PDIS | O006 DISPOSED BY (OTHER) ON 10/07/2008          (AV02) | COR |
| 10/07/2008 | 4:07:53 | PART | CJ SYSTEMS/GULF COAST MEDEVAC ADDED AS O007 (AV02) | COR |
| 10/07/2008 | 4:07:54 | PDIS | O007 DISPOSED BY (OTHER) ON 10/07/2008          (AV02) | COR |
| 10/07/2008 | 4:08:09 | PART | RADIOLOGIST, PC ADDED AS O008          (AV02) | COR |
| 10/07/2008 | 4:08:10 | PDIS | O008 DISPOSED BY (OTHER) ON 10/07/2008          (AV02) | COR |
| 10/07/2008 | 4:08:19 | PART | TRAVIS PAUL, MD ADDED AS O009          (AV02) | COR |
| 10/07/2008 | 4:08:20 | PDIS | O009 DISPOSED BY (OTHER) ON 10/07/2008          (AV02) | COR |
| 10/07/2008 | 4:08:54 | PART | NORTH BALDWIN HOSPITAL INFIRMARY ADDED AS O010 | COR |
| 10/07/2008 | 4:08:55 | PDIS | O010 DISPOSED BY (OTHER) ON 10/07/2008          (AV02) | COR |
| 10/07/2008 | 4:09:18 | PART | USA WOMEN'S & CHILDREN ADDED AS O011          (AV02) | COR |
| 10/07/2008 | 4:09:19 | PDIS | O011 DISPOSED BY (OTHER) ON 10/07/2008          (AV02) | COR |
| 10/07/2008 | 4:09:31 | PART | USA PHYSICIANS ADDED AS O012          (AV02) | COR |
| 10/07/2008 | 4:09:32 | PDIS | O012 DISPOSED BY (OTHER) ON 10/07/2008          (AV02) | COR |
| 10/07/2008 | 4:09:46 | PART | J BRADLEY HASSELL, MD ADDED AS O013          (AV02) | COR |
| 10/07/2008 | 4:09:47 | PDIS | O013 DISPOSED BY (OTHER) ON 10/07/2008          (AV02) | COR |
| 10/07/2008 | 4:11:56 | PART | DAVID & PATRICIA STEWART AS GUARDIAN/CONSERVATOR | COR |
| 10/07/2008 | 4:11:57 | PDIS | O014 DISPOSED BY (OTHER) ON 10/03/2008          (AV02) | COR |
| 10/09/2008 | 11:31:48 | EMOT | D003-MOTN TO DIS. PURS. TO RULE 12(B) FILED. | COL100 |
| 10/09/2008 | 11:32:40 | EMOT | MOTION - TRANSMITTAL | COL100 |
| 10/09/2008 | 2:54:15 | JEORDE | ORDER GENERATED FOR OTHER - MOTION FOR LEAVE TO FILE CROSS-CLAIM - RENDERED & ENTERED: 10/9/2008 2:54:14 PM - ORDER | JSJ |
| 10/09/2008 | 2:54:46 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 10/09/2008 | 2:54:49 | JEMOT | D004-OTHER /NO ACTION | JSJ |
| 10/09/2008 | 3:38:39 | VDCA | D001 COURT ACTION ENTRY REVISED          (AV02) | LEG |
| 10/09/2008 | 3:38:46 | VDCA | D002 COURT ACTION ENTRY REVISED          (AV02) | LEG |
| 10/09/2008 | 3:38:52 | VDCA | D003 COURT ACTION ENTRY REVISED          (AV02) | LEG |
| 10/10/2008 | 8:37:40 | EMOT | D003-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | RUP |
| 10/13/2008 | 1:43:07 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 10/13/2008 | 1:43:57 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 10/15/2008 | 2:15:17 | JEORDE | ORDER GENERATED FOR MOTN TO DIS. PURS. TO RULE 12(B) - RENDERED & ENTERED: 10/15/2008 2:15:17 PM - ORDER | JSJ |
| 10/15/2008 | 2:15:48 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 10/15/2008 | 2:32:46 | PDIS | D001 DISPOSED BY (DISM W/PREDJ) ON 10/15/2008 | RUP |
| 10/15/2008 | 2:32:47 | PDIS | D002 DISPOSED BY (DISM W/PREDJ) ON 10/15/2008 | RUP |

| 10/15/2008 | 2:32:55 | PDIS | D003 DISPOSED BY (DISM W/PREDJ) ON 10/15/2008 | RUP |
|---|---|---|---|---|
| 10/16/2008 | 2:30:37 | EDISC | NOTICE OF DISCOVERY E-FILED. | UPC004 |
| 10/16/2008 | 2:31:14 | EDISC | DISCOVERY - TRANSMITTAL | UPC004 |
| 10/17/2008 | 9:55:08 | EMOT | D004-OTHER - RESPONSE TO JOINT MOTION TO DISMISS FILED. | DAN023 |
| 10/17/2008 | 9:56:00 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 10/17/2008 | 12:23:45 | EMOT | D004-OTHER /DOCKETED | SHC |
| 10/20/2008 | 2:39:24 | EMOT | D007-AFFIDAVIT IN OPPOSITION TO MOTION FILED. | MAS021 |
| 10/20/2008 | 2:39:57 | EMOT | MOTION - TRANSMITTAL | MAS021 |
| 10/20/2008 | 4:37:14 | EMOT | D003-WITHDRAW FILED. | RAI006 |
| 10/20/2008 | 4:38:01 | EMOT | MOTION - TRANSMITTAL | RAI006 |
| 10/21/2008 | 9:05:50 | EMOT | D003-WITHDRAW /DOCKETED | RUP |
| 10/21/2008 | 9:08:05 | EMOT | D007-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | RUP |
| 10/28/2008 | 11:03:27 | EMOT | D002-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) FILED. | THU002 |
| 10/28/2008 | 11:04:20 | EMOT | MOTION - TRANSMITTAL | THU002 |
| 10/29/2008 | 8:13:03 | EMOT | D002-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | RUP |
| 10/29/2008 | 2:42:55 | EDISC | NOTICE OF DISCOVERY E-FILED. | UPC004 |
| 10/29/2008 | 2:44:03 | EDISC | DISCOVERY - TRANSMITTAL | UPC004 |
| 10/29/2008 | 2:44:24 | EDISC | NOTICE OF DISCOVERY E-FILED. | UPC004 |
| 10/29/2008 | 2:45:10 | EDISC | DISCOVERY - TRANSMITTAL | UPC004 |
| 11/05/2008 | 11:01:53 | EMOT | D009-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) FILED. | UPC004 |
| 11/05/2008 | 12:46:44 | EMOT | MOTION - TRANSMITTAL | UPC004 |
| 11/06/2008 | 8:10:04 | EMOT | D009-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | RUP |
| 11/06/2008 | 10:12:19 | EANSW | D007 - CROSS-CLAIM E-FILED. | MAS021 |
| 11/06/2008 | 10:12:53 | EANSW | ANSWER - TRANSMITTAL | MAS021 |
| 11/06/2008 | 10:14:22 | ANSW | ANSWER OF COUNTER CLAIM ON 11/06/2008 FOR D007 | AJA |
| 11/07/2008 | 2:22:57 | EMOT | D002-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) FILED. | THU002 |
| 11/07/2008 | 2:23:27 | EMOT | MOTION - TRANSMITTAL | THU002 |
| 11/10/2008 | 8:08:39 | EMOT | D002-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | RUP |
| 11/11/2008 | 12:39:16 | EMOT | D002-WITHDRAW FILED. | THU002 |
| 11/11/2008 | 12:39:58 | EMOT | MOTION - TRANSMITTAL | THU002 |
| 11/11/2008 | 2:26:52 | ENOTA | NOTICE OF APPEARANCE E-FILED | GER023 |
| 11/11/2008 | 2:27:39 | ENOTA | MISCELLANEOUS - TRANSMITTAL | GER023 |
| 11/11/2008 | 2:31:23 | ATTY | LISTED AS ATTORNEY FOR D002: GERHEIM JORDAN (AV02) | AJA |
| 11/12/2008 | 8:10:38 | ATTY | LISTED AS ATTORNEY FOR D002: GERHEIM JORDAN (AV02) | RUP |
| 11/12/2008 | 8:12:30 | EMOT | D002-WITHDRAW /DOCKETED | RUP |
| 11/21/2008 | 3:38:03 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 11/21/2008 | 3:40:54 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 11/21/2008 | 3:41:34 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 11/21/2008 | 3:41:34 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 11/21/2008 | 3:51:11 | EMOT | D010-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) FILED. | SUL013 |
| 11/21/2008 | 4:39:45 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 11/24/2008 | 8:23:49 | EMOT | D010-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | RUP |
| 12/04/2008 | 4:18:06 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 12/04/2008 | 4:18:43 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 12/05/2008 | 4:13:45 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 12/05/2008 | 4:14:27 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 12/19/2008 | 1:39:35 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 12/19/2008 | 1:39:59 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 12/22/2008 | 1:29:43 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 12/22/2008 | 1:30:22 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 01/06/2009 | 9:51:19 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. - RENDERED & ENTERED: 1/6/2009 9:51:18 AM | JA |
| 01/06/2009 | 9:52:21 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 01/06/2009 | 11:33:20 | EMOT | C001-OTHER - REQUEST TO ISSUE LETTERS ROGATORY TO THE CIRCUIT COURT OF TENNESSEE FOR SHELBY COUNTY, MEMPHIS DIST. FILED. | HOR026 |
| 01/06/2009 | 11:34:07 | EMOT | MOTION - TRANSMITTAL | HOR026 |

| 01/06/2009 | 3:29:45 | EANSW | D007 - CROSS-CLAIM AND THIRD PARTY COMPLAINT E-FILED. | POT007 |
|---|---|---|---|---|
| 01/06/2009 | 3:30:30 | EANSW | ANSWER - TRANSMITTAL | POT007 |
| 01/06/2009 | 3:30:31 | EANSW | ANSWER - SUMMONS | POT007 |
| 01/06/2009 | 8:56:19 | TDMJ | JURY TRIAL REQUESTED          (AV01) | AJA |
| 01/06/2009 | 8:56:20 | ATTY | LISTED AS ATTORNEY FOR D007: POTTS CHARLES J(AV02) | AJA |
| 01/06/2009 | 8:56:21 | ANSW | ANSWER OF COUNTER CLAIM ON 01/06/2009 FOR D007 | AJA |
| 01/07/2009 | 8:11:44 | EMOT | C001-OTHER /DOCKETED | RUP |
| 01/07/2009 | 9:51:38 | PART | NATIONAL CASUALTY INSURANCE COMPANY ADDED AS T001 | AJA |
| 01/07/2009 | 9:51:39 | SUMM | CERTIFIED MAI ISSUED: 01/06/2009 TO T001    (AV02) | AJA |
| 01/07/2009 | 9:51:40 | ATTY | LISTED AS ATTORNEY FOR T001: PRO SE     (AV02) | AJA |
| 01/07/2009 | 9:51:56 | PART | ACE AMERICAN INSURANCE ADDED AS T002     (AV02) | AJA |
| 01/07/2009 | 9:51:57 | ATTY | LISTED AS ATTORNEY FOR T002: PRO SE     (AV02) | AJA |
| 01/07/2009 | 9:51:58 | SUMM | CERTIFIED MAI ISSUED: 01/06/2009 TO T002    (AV02) | AJA |
| 01/07/2009 | 11:21:00 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. - RENDERED & ENTERED: 1/7/2009 11:21:00 AM | JA |
| 01/07/2009 | 11:21:52 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 01/09/2009 | 9:57:37 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. - RENDERED & ENTERED: 1/9/2009 9:57:37 AM | JA |
| 01/09/2009 | 9:58:15 | JEORDE | ORDER - TRANSMITTAL | JCW |
| 01/13/2009 | 9:25:59 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 01/13/2009 | 9:26:31 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 01/13/2009 | 11:48:36 | JEMOT | C001-COMPEL /NO ACTION | JSJ |
| 01/13/2009 | 11:50:52 | JEMOT | C001-C002-C003-DEFAULT JUDGMENT ($50.00) /NO ACTION | JSJ |
| 01/13/2009 | 11:51:06 | JEMOT | C001-C002-C003-DEFAULT JUDGMENT ($50.00) /NO ACTION | JSJ |
| 01/13/2009 | 11:52:58 | JEMOT | D004-OTHER /NO ACTION | JSJ |
| 01/13/2009 | 11:54:07 | JEMOT | C001-OTHER /NO ACTION | JSJ |
| 01/13/2009 | 11:58:54 | JEMOT | C001-C002-C003-MORE DEFINITE STATEMENT /NO ACTION | JSJ |
| 01/13/2009 | 12:48:09 | SUMM | CERTIFIED MAI ISSUED: 01/13/2009 TO T001     (AV02) | RUP |
| 01/13/2009 | 12:48:20 | SUMM | CERTIFIED MAI ISSUED: 01/13/2009 TO T002    (AV02) | RUP |
| 01/13/2009 | 1:11:28 | JEMOT | C001-STAY /NO ACTION | JSJ |
| 01/13/2009 | 1:32:04 | JEMOT | D004-OTHER /NO ACTION | JSJ |
| 01/15/2009 | 3:16:48 | JEORDE | ORDER GENERATED FOR WITHDRAW - RENDERED & ENTERED: 1/15/2009 3:16:47 PM - ORDER | JA |
| 01/15/2009 | 3:17:29 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 01/15/2009 | 3:26:43 | JEORDE | ORDER GENERATED FOR WITHDRAW - RENDERED & ENTERED: 1/15/2009 3:26:43 PM - ORDER | JA |
| 01/15/2009 | 3:27:37 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 01/20/2009 | 8:41:04 | EMOT | D004-OTHER - OBJECTION TO PLAINTIFFS' REQUEST FOR LETTERS ROGATORY FILED. | DAN023 |
| 01/20/2009 | 8:41:43 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 01/20/2009 | 2:28:07 | EDISC | NOTICE OF DISCOVERY E-FILED. | SUL013 |
| 01/20/2009 | 2:28:34 | EDISC | DISCOVERY - TRANSMITTAL | SUL013 |
| 01/21/2009 | 8:06:19 | EMOT | D004-OTHER /DOCKETED | RUP |
| 01/21/2009 | 10:02:23 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 01/21/2009 | 12:26:52 | SERC | SERVICE OF CERTIFIED MAI ON 01/16/2009 FOR T002 | AJA |
| 01/23/2009 | 3:00:41 | JEMOT | D003-STAY /MOOT | JSJ |
| 01/23/2009 | 3:01:38 | JEMOT | DISPOSED - TRANSMITTAL | JSJ |
| 01/23/2009 | 3:09:43 | JEMOT | D004-WITHDRAW /NO ACTION | JSJ |
| 01/23/2009 | 3:16:08 | JEMOT | D004-OTHER /DISPOSED BY SEPARATE ORDER | JSJ |
| 01/26/2009 | 4:24:23 | SERC | SERVICE OF CERTIFIED MAI ON 01/21/2009 FOR T001 | AJA |
| 01/26/2009 | 4:32:33 | ESERC | SERVICE RETURN - TRANSMITTAL | |
| 01/27/2009 | 1:16:13 | EMOT | D004-RESPONSE IN OPPOSITION OF MOTION FILED. | DAN023 |
| 01/27/2009 | 1:16:54 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 01/27/2009 | 1:56:22 | JEORDE | ORDER GENERATED FOR OTHER - MOTION TO ORDER DEFENDANTS TO PRESERVE RECORDS - RENDERED & ENTERED: 1/27/2009 1:56:22 PM - ORDER | JA |
| 01/27/2009 | 1:57:12 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:01:26 | JEORDE | ORDER GENERATED FOR OTHER - MOTION TO REQUIRE PARTIES TO BATE-STAMP DOCUMENTS & RELATE THEM TO SPECIFIC REQUESTS - RENDERED & ENTERED: 1/27/2009 2:01:26 PM - ORDER | JA |
| 01/27/2009 | 2:01:56 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:02:12 | JEMOT | D004-PROTECTIVE ORDER /NO ACTION | JSJ |

| Date | Time | User | Description | Code |
|---|---|---|---|---|
| 01/27/2009 | 2:14:08 | JEMOT | D004-OTHER /MOOT | JSJ |
| 01/27/2009 | 2:14:23 | JEMOT | D004-OTHER /MOOT | JSJ |
| 01/27/2009 | 2:14:45 | JEMOT | D004-OTHER /MOOT | JSJ |
| 01/27/2009 | 2:15:01 | JEMOT | DISPOSED - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:15:09 | JEMOT | DISPOSED - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:15:21 | JEMOT | C001-C002-C003-C004-OTHER /NO ACTION | JSJ |
| 01/27/2009 | 2:15:22 | JEMOT | DISPOSED - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:15:53 | JEMOT | D004-OTHER /MOOT | JSJ |
| 01/27/2009 | 2:16:51 | JEMOT | DISPOSED - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:16:53 | JEORDE | ORDER GENERATED FOR STRIKE - RENDERED & ENTERED: 1/27/2009 2:16:53 PM - ORDER | JA |
| 01/27/2009 | 2:17:15 | JEMOT | D004-COMPEL /MOOT | JSJ |
| 01/27/2009 | 2:17:47 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:17:50 | JEMOT | D001-D002-OTHER /MOOT | JSJ |
| 01/27/2009 | 2:18:06 | JEMOT | DISPOSED - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:19:35 | JEMOT | DISPOSED - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:25:41 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. - RENDERED & ENTERED: 1/27/2009 2:25:41 PM | JA |
| 01/27/2009 | 2:26:14 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:33:01 | JEORDE | ORDER E-FILED - ORDER - ORDER E-FILED. - RENDERED & ENTERED: 1/27/2009 2:33:01 PM | JA |
| 01/27/2009 | 2:33:41 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:39:13 | JEMOT | D002-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /SET FOR 02/13/2009 9:00:00 AM, LOCATION = 6600 | JSJ |
| 01/27/2009 | 2:39:43 | JEMOT | D009-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /SET FOR 02/06/2009 9:00:00 AM, LOCATION = 6600 | JSJ |
| 01/27/2009 | 2:39:50 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:40:14 | JEMOT | D002-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /SET FOR 02/13/2009 9:00:00 AM, LOCATION = 6600 | JSJ |
| 01/27/2009 | 2:40:44 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:40:46 | JEMOT | D010-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /SET FOR 02/26/2009 9:00:00 AM, LOCATION = 6600 | JSJ |
| 01/27/2009 | 2:42:00 | JEMOT | D010-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /SET FOR 02/06/2009 9:00:00 AM, LOCATION = 6600 | JSJ |
| 01/27/2009 | 2:42:14 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:42:53 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:42:58 | JEMOT | C001-OTHER /SET FOR 02/13/2009 9:00:00 AM, LOCATION = 6600 | JSJ |
| 01/27/2009 | 2:43:38 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:44:46 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 01/27/2009 | 2:57:00 | JEORDE | ORDER E-FILED - ORDER - ORDER SETTING TRIAL DATE - RENDERED & ENTERED: 1/27/2009 2:57:00 PM | JA |
| 01/27/2009 | 2:57:33 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 01/28/2009 | 8:13:41 | EMOT | D004-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | RUP |
| 01/29/2009 | 11:29:22 | EMOT | D009-OTHER - MOTION TO DENY PLAINTIFFS' REQUEST TO PONEPONE HEARING FILED. | UPC004 |
| 01/29/2009 | 11:30:16 | EMOT | MOTION - TRANSMITTAL | UPC004 |
| 01/30/2009 | 8:20:36 | EMOT | D009-OTHER /DOCKETED | RUP |
| 01/30/2009 | 12:50:23 | EMOT | D010-OTHER - MOTION TO DENY PLAINTIFFS' REQUEST TO POSTPONE HEARING FILED. | SUL013 |
| 01/30/2009 | 12:50:51 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 02/02/2009 | 8:20:10 | EMOT | D010-OTHER /DOCKETED | RUP |
| 02/02/2009 | 11:06:52 | EDISC | NOTICE OF DISCOVERY E-FILED. | UPC004 |
| 02/02/2009 | 11:07:24 | EDISC | DISCOVERY - TRANSMITTAL | UPC004 |
| 02/02/2009 | 12:07:39 | JEORDE | ORDER E-FILED - ORDER - ORDER WITHDRAWING NOTICE OF COURT SETTING AS TO WORLEY HEARING - RENDERED & ENTERED: 2/2/2009 12:07:39 PM | JA |
| 02/02/2009 | 12:08:10 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 02/02/2009 | 12:14:43 | JEORDE | ORDER GENERATED FOR OTHER - MOTION TO DENY PLAINTIFFS' REQUEST TO PONEPONE HEARING - RENDERED & ENTERED: 2/2/2009 12:14:43 PM - ORDER | JA |
| 02/02/2009 | 12:15:15 | JEMOT | D010-OTHER /DISPOSED BY SEPARATE ORDER | JSJ |
| 02/02/2009 | 12:15:26 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 02/04/2009 | 5:46:46 | EMOT | C001-RESPONSE IN OPPOSITION OF MOTION FILED. | HOR026 |
| 02/04/2009 | 5:47:41 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 02/04/2009 | 6:03:50 | EMOT | C001-RESPONSE IN OPPOSITION OF MOTION FILED. | HOR026 |
| 02/04/2009 | 6:04:36 | EMOT | MOTION - TRANSMITTAL | HOR026 |

| 02/05/2009 | 8:12:01 | EMOT | C001-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | RUP |
|---|---|---|---|---|
| 02/05/2009 | 8:16:54 | EMOT | C001-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | RUP |
| 02/05/2009 | 12:00:36 | EMOT | D009-OTHER - REPLY TO PLAINTIFF'S RESPONSE TO AUGUILLARD'S MOTION TO DISMISS FILED. | UPC004 |
| 02/05/2009 | 12:01:08 | EMOT | MOTION - TRANSMITTAL | UPC004 |
| 02/05/2009 | 3:21:16 | EMOT | D010-OTHER - REPLY TO PLAINTIFFS' RESPONSE TO WORLEY'S MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT FILED. | SUL013 |
| 02/05/2009 | 3:22:10 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 02/05/2009 | 3:25:01 | EMOT | D010-OTHER - RECORD EXCERPTS IN REPLY TO PLAINTIFFS' RESPONSE ON PERSONAL JURISDICTION ISSUES FILED. | SUL013 |
| 02/05/2009 | 3:25:54 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 02/05/2009 | 3:43:25 | EMOT | D010-OTHER - MOTION TO EXCLUDE FILED. | SUL013 |
| 02/05/2009 | 3:43:58 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 02/05/2009 | 4:28:43 | EMOT | D009-OTHER - MOTION TO EXCLUDE FILED. | UPC004 |
| 02/05/2009 | 4:29:39 | EMOT | MOTION - TRANSMITTAL | UPC004 |
| 02/05/2009 | 5:22:01 | EDISC | NOTICE OF DISCOVERY E-FILED. | UPC004 |
| 02/05/2009 | 5:22:44 | EDISC | DISCOVERY - TRANSMITTAL | UPC004 |
| 02/06/2009 | 8:11:50 | EMOT | D009-OTHER /DOCKETED | RUP |
| 02/06/2009 | 8:12:03 | EMOT | D010-OTHER /DOCKETED | RUP |
| 02/06/2009 | 8:12:28 | EMOT | D010-OTHER /DOCKETED | RUP |
| 02/06/2009 | 8:12:51 | EMOT | D010-OTHER /DOCKETED | RUP |
| 02/06/2009 | 8:13:02 | EMOT | D009-OTHER /DOCKETED | RUP |
| 02/06/2009 | 8:41:46 | EMOT | D010-OTHER - ADDITIONAL RECORD EXCERPTS IN REPLY TO PLAINTIFFS' RESPONSE ON PERSONAL JURISDICTIONAL ISSUES FILED. | SUL013 |
| 02/06/2009 | 8:42:18 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 02/09/2009 | 8:10:36 | EMOT | D010-OTHER /DOCKETED | RUP |
| 02/12/2009 | 3:24:04 | JEORDE | ORDER E-FILED - ORDER - ORDER RESETTING MOTION DOCKET DATE - RENDERED & ENTERED: 2/12/2009 3:24:03 PM | JA |
| 02/12/2009 | 3:38:30 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 02/13/2009 | 10:23:08 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 02/13/2009 | 10:23:50 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 02/20/2009 | 10:01:40 | JEORDE | ORDER E-FILED - ORDER - ORDER MOOTING OBJECTION TO LETTERS ROGATORY - RENDERED & ENTERED: 2/20/2009 10:01:40 AM | JA |
| 02/20/2009 | 10:02:14 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 02/20/2009 | 1:49:43 | EANSW | T001 - ANSWER TO CROSS-CLAIM E-FILED. | ELL016 |
| 02/20/2009 | 1:52:40 | EORD | E-ORDER FLAG SET TO "N"          (AV01) | AJA |
| 02/20/2009 | 1:52:41 | ATTY | LISTED AS ATTORNEY FOR T001: ELLIOTT EDGAR M IV | AJA |
| 02/20/2009 | 1:52:42 | ANSW | ANSWER OF COUNTER CLAIM ON 02/20/2009 FOR T001 | AJA |
| 02/20/2009 | 1:52:43 | ATTY | LISTED AS ATTORNEY FOR T001: JOHNSON JOHN W II | AJA |
| 02/20/2009 | 1:58:06 | EANSW | ANSWER - TRANSMITTAL | ELL016 |
| 02/26/2009 | 1:42:05 | DAT1 | SET FOR: TRIAL - JURY ON 09/28/2009 AT 0900A(AV01) | CHL |
| 02/26/2009 | 3:17:30 | JEORDE | ORDER E-FILED - ORDER - JOINT SCHEDULING ORDER - RENDERED & ENTERED: 2/26/2009 3:17:30 PM | JA |
| 02/26/2009 | 3:18:19 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 02/27/2009 | 12:32:17 | EMISC | RULE 26 EXPERT DISCLOSURE E-FILED | HOR026 |
| 02/27/2009 | 12:33:07 | EMISC | MISCELLANEOUS - TRANSMITTAL | HOR026 |
| 02/27/2009 | 2:27:05 | EMOT | T001-SEVER FILED. | ELL016 |
| 02/27/2009 | 2:27:36 | EMOT | MOTION - TRANSMITTAL | ELL016 |
| 02/27/2009 | 2:32:58 | EMOT | D002-RESPONSE IN OPPOSITION OF MOTION FILED. | GER023 |
| 02/27/2009 | 2:33:39 | EMOT | MOTION - TRANSMITTAL | GER023 |
| 03/02/2009 | 8:14:09 | EMOT | T001-SEVER /DOCKETED | RUP |
| 03/02/2009 | 8:25:59 | EMOT | D002-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | RUP |
| 03/02/2009 | 2:56:34 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 03/02/2009 | 2:57:08 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 03/03/2009 | 8:08:32 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 03/03/2009 | 8:09:08 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 03/04/2009 | 1:12:46 | JEORDE | ORDER E-FILED - ORDER - ORDER DENYING MTN TO DISMISS AS TO WORLEY AND AUGILLARD - RENDERED & ENTERED: 3/4/2009 1:12:46 PM | JA |
| 03/04/2009 | 1:21:15 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 03/09/2009 | 1:15:47 | EMOT | D002-SEVER FILED. | GER023 |

| 03/09/2009 | 1:16:37 | EMOT | MOTION - TRANSMITTAL | GER023 |
|---|---|---|---|---|
| 03/10/2009 | 8:12:19 | EMOT | D002-SEVER /DOCKETED | RUP |
| 03/11/2009 | 12:11:34 | ENOTA | NOTICE OF APPEARANCE E-FILED | BOW024 |
| 03/11/2009 | 12:13:14 | ENOTA | MISCELLANEOUS - TRANSMITTAL | BOW024 |
| 03/11/2009 | 12:14:08 | ATTY | LISTED AS ATTORNEY FOR D004: BOWRON EDWARD G(AV02) | AJA |
| 03/11/2009 | 12:19:11 | EMOT | D004-OTHER - SURREPLY FILED. | BOW024 |
| 03/11/2009 | 12:20:16 | EMOT | MOTION - TRANSMITTAL | BOW024 |
| 03/11/2009 | 5:18:34 | EMOT | D005-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) FILED. | SUL013 |
| 03/11/2009 | 5:19:11 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 03/11/2009 | 6:06:48 | EMOT | D004-OTHER - DEFENDANT CERES SURREPLY TO COL. MCCRARY FILED. | DAN023 |
| 03/11/2009 | 6:07:45 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 03/12/2009 | 8:07:27 | EMOT | D004-OTHER /DOCKETED | RUP |
| 03/12/2009 | 8:12:15 | EMOT | D005-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | RUP |
| 03/12/2009 | 8:13:03 | EMOT | D004-OTHER /DOCKETED | RUP |
| 03/12/2009 | 3:55:02 | EMOT | D007-RESPONSE TO MOTION FILED. | POT007 |
| 03/12/2009 | 3:56:05 | EMOT | MOTION - TRANSMITTAL | POT007 |
| 03/13/2009 | 8:17:18 | EMOT | D007-OTHER /DOCKETED | RUP |
| 03/13/2009 | 10:01:21 | EMOT | C001-OTHER - MOTION FOR COURT TO ISSUE CHECK FILED. | HOR026 |
| 03/13/2009 | 10:02:05 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 03/13/2009 | 4:28:39 | JEORDE | ORDER E-FILED - ORDER - ORDER DENYING DFT'S MTN TO DISMISS CAT 5'S CROSS CLAIM - RENDERED & ENTERED: 3/13/2009 4:28:39 PM | JA |
| 03/13/2009 | 4:29:45 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 03/16/2009 | 8:22:22 | EMOT | C001-OTHER /DOCKETED | RUP |
| 03/16/2009 | 10:22:00 | JEORDE | ORDER GENERATED FOR OTHER - MOTION FOR COURT TO ISSUE CHECK - RENDERED & ENTERED: 3/16/2009 10:22:00 AM - ORDER | JA |
| 03/16/2009 | 10:22:58 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 03/17/2009 | 10:45:06 | EMOT | D007-RESPONSE TO MOTION FILED. | POT007 |
| 03/17/2009 | 10:46:16 | EMOT | MOTION - TRANSMITTAL | POT007 |
| 03/17/2009 | 11:18:59 | EDISC | NOTICE OF DISCOVERY E-FILED. | BOW024 |
| 03/17/2009 | 11:20:02 | EDISC | DISCOVERY - TRANSMITTAL | BOW024 |
| 03/18/2009 | 8:28:10 | EMOT | D007-SEVER /DOCKETED | RUP |
| 03/19/2009 | 1:37:44 | JEMOT | D009-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /NO ACTION | JA |
| 03/19/2009 | 4:14:12 | EANSW | C001- ANSWER TO CROSS-CLAIM E-FILED. | TOZ001 |
| 03/19/2009 | 4:15:13 | EANSW | ANSWER - TRANSMITTAL | TOZ001 |
| 03/19/2009 | 4:18:12 | ANSW | ANSWER OF COUNTER CLAIM ON 03/19/2009 FOR C001 | AJA |
| 03/20/2009 | 9:06:58 | JEORDE | ORDER E-FILED - ORDER - ORDER DENYING DFT MCCRARY'S MTN TO DIMSISS/SJK - RENDERED & ENTERED: 3/20/2009 9:06:58 AM | JA |
| 03/20/2009 | 9:07:37 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 03/23/2009 | 4:41:26 | EDISC | NOTICE OF DISCOVERY E-FILED. | BOW024 |
| 03/23/2009 | 4:42:06 | EDISC | DISCOVERY - TRANSMITTAL | BOW024 |
| 03/25/2009 | 11:13:44 | JEORDE | ORDER E-FILED - ORDER - ORDER SETTING HEARING ON MOTION DOCKET - RENDERED & ENTERED: 3/28/2009 11:13:44 AM | JA |
| 03/25/2009 | 11:14:56 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 03/25/2009 | 11:16:16 | JEMOT | T001-SEVER /SET FOR 5/1/2009 9:00:00 AM, LOCATION = 6600 | JA |
| 03/25/2009 | 11:17:19 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 03/25/2009 | 11:21:45 | JEMOT | D002-SEVER /SET FOR 5/1/2009 9:00:00 AM, LOCATION = 6600 | JA |
| 03/25/2009 | 11:22:08 | JEMOT | D005-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /SET FOR 5/1/2009 9:00:00 AM, LOCATION = 6600 | JA |
| 03/25/2009 | 11:22:53 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 03/25/2009 | 11:23:20 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 03/25/2009 | 12:41:28 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 03/25/2009 | 12:42:12 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 03/30/2009 | 1:11:33 | EMOT | D010-STAY FILED. | SUL013 |
| 03/30/2009 | 1:12:27 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 03/30/2009 | 4:57:33 | EMOT | D009-STAY FILED. | UPC004 |
| 03/30/2009 | 4:58:19 | EMOT | MOTION - TRANSMITTAL | UPC004 |
| 03/31/2009 | 11:44:04 | EMOT | D009-STAY /DOCKETED | RUP |

| 03/31/2009 | 11:44:20 | EMOT | D010-STAY /DOCKETED | RUP |
|---|---|---|---|---|
| 04/07/2009 | 1:44:51 | EMOT | C001-RESPONSE IN OPPOSITION OF MOTION FILED. | HOR026 |
| 04/07/2009 | 1:46:54 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 04/08/2009 | 8:34:31 | EMOT | C001-STAY /DOCKETED | RUP |
| 04/08/2009 | 1:34:15 | EMOT | D006-SUMMARY JUDGMENT FILED. | MAS021 |
| 04/08/2009 | 1:35:04 | EMOT | MOTION - TRANSMITTAL | MAS021 |
| 04/09/2009 | 9:41:48 | EMOT | D006-SUMMARY JUDGMENT /DOCKETED | RUP |
| 04/10/2009 | 11:09:59 | EMOT | D009-OTHER - RESPONSE TO PLAINTIFFS' OPPOSITION TO MOTION TO STAY FILED. | UPC004 |
| 04/10/2009 | 11:11:02 | EMOT | MOTION - TRANSMITTAL | UPC004 |
| 04/10/2009 | 11:15:00 | EMOT | D009-OTHER /DOCKETED | CHL |
| 04/10/2009 | 4:57:23 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 04/10/2009 | 4:58:02 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 04/13/2009 | 1:08:43 | JEORDE | ORDER GENERATED FOR STAY - RENDERED & ENTERED: 4/13/2009 1:08:42 PM - ORDER | JA |
| 04/13/2009 | 1:09:30 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 04/13/2009 | 1:11:55 | JEORDE | ORDER GENERATED FOR STAY - RENDERED & ENTERED: 4/13/2009 1:11:55 PM - ORDER | JA |
| 04/13/2009 | 1:12:50 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 04/13/2009 | 2:13:46 | EMOT | C001-OTHER - OBJECTION TO STEVE SCHOONER'S DEPO NOTICE FILED. | HOR026 |
| 04/13/2009 | 2:14:46 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 04/13/2009 | 2:20:34 | EMOT | C001-OTHER /DOCKETED | SHC |
| 04/13/2009 | 2:37:11 | EMOT | D010-REPLY TO RESPONSE TO MOTION FILED. | SUL013 |
| 04/13/2009 | 2:38:10 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 04/13/2009 | 4:20:57 | EMOT | D010-STAY /DOCKETED | CHL |
| 04/20/2009 | 1:26:29 | EDISC | NOTICE OF DISCOVERY E-FILED. | BOW024 |
| 04/20/2009 | 1:27:10 | EDISC | DISCOVERY - TRANSMITTAL | BOW024 |
| 04/20/2009 | 2:32:48 | JEMOT | C001-OTHER /NO ACTION | JA |
| 04/20/2009 | 2:39:23 | JEMOT | D006-SUMMARY JUDGMENT /SET FOR 5/15/2009 9:00:00 AM, LOCATION = 6600 | JA |
| 04/20/2009 | 2:40:27 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 04/24/2009 | 1:30:44 | EMOT | C001-COMPEL FILED. | HOR026 |
| 04/24/2009 | 1:31:54 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 04/24/2009 | 2:16:34 | EMOT | C001-COMPEL FILED. | HOR026 |
| 04/24/2009 | 2:17:28 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 04/28/2009 | 8:20:57 | EMOT | C001-COMPEL /DOCKETED | RUP |
| 04/28/2009 | 8:21:11 | EMOT | C001-COMPEL /DOCKETED | RUP |
| 04/28/2009 | 5:26:55 | EMOT | D004-SUMMARY JUDGMENT FILED. | DAN023 |
| 04/28/2009 | 5:27:48 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/28/2009 | 5:34:37 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/28/2009 | 5:35:47 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/28/2009 | 5:41:00 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/28/2009 | 5:41:49 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/28/2009 | 5:46:31 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/28/2009 | 5:47:12 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/28/2009 | 5:50:49 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/28/2009 | 5:51:52 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/28/2009 | 5:54:45 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/28/2009 | 5:55:30 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/28/2009 | 5:57:21 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 04/28/2009 | 5:57:57 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 04/29/2009 | 8:16:03 | EMOT | D004-SUMMARY JUDGMENT /DOCKETED | RUP |
| 04/29/2009 | 8:16:53 | EMOT | D004-SUMMARY JUDGMENT /DOCKETED | RUP |
| 04/29/2009 | 8:17:25 | EMOT | D004-SUMMARY JUDGMENT /DOCKETED | RUP |
| 04/29/2009 | 8:17:39 | EMOT | D004-SUMMARY JUDGMENT /DOCKETED | RUP |
| 04/29/2009 | 8:17:51 | EMOT | D004-SUMMARY JUDGMENT /DOCKETED | RUP |
| 04/29/2009 | 8:18:03 | EMOT | D004-SUMMARY JUDGMENT /DOCKETED | RUP |
| 04/29/2009 | 8:18:16 | EMOT | D004-SUMMARY JUDGMENT /DOCKETED | RUP |

| 04/29/2009 | 12:27:23 | EMOT | D005-OTHER - ADDITIONAL RECORD EXCERPTS IN SUPPORT OF YOUNG'S MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT FILED. | SUL013 |
| 04/29/2009 | 12:28:31 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 04/29/2009 | 5:15:22 | EMOT | C001-C002-C003-C004-RESPONSE IN OPPOSITION OF MOTION FILED. | MOR007 |
| 04/29/2009 | 5:16:05 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 04/29/2009 | 5:50:57 | EMOT | C001-C002-C003-C004-RESPONSE IN OPPOSITION OF MOTION FILED. | MOR007 |
| 04/29/2009 | 5:51:56 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 04/30/2009 | 8:14:12 | EMOT | D005-OTHER /DOCKETED | RUP |
| 04/30/2009 | 8:14:37 | EMOT | C001-C002-C003-C004-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | RUP |
| 04/30/2009 | 8:15:00 | EMOT | C001-C002-C003-C004-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | RUP |
| 04/30/2009 | 1:37:41 | JEORDE | ORDER E-FILED - ORDER - ORDER STAYING ACTION PENDING DISPOSITION OF PETITION FOR WRIT OF MANDAMUS - RENDERED & ENTERED: 4/30/2009 1:37:41 PM | JA |
| 04/30/2009 | 1:38:32 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 06/08/2009 | 2:44:17 | ATTY | LISTED AS ATTORNEY FOR T002: TOZZI RIK STANFORD | RUP |
| 06/08/2009 | 2:44:18 | ANSW | ANSWER OF COMP DENIED ON 03/19/2009 FOR T002(AV02) | RUP |
| 06/08/2009 | 2:44:19 | EORD | T002 E-ORDER FLAG SET TO "N"        (AV02) | RUP |
| 06/10/2009 | 1:06:23 | ENOTA | NOTICE OF APPEARANCE E-FILED | SCI003 |
| 06/10/2009 | 1:07:12 | ENOTA | MISCELLANEOUS - TRANSMITTAL | SCI003 |
| 06/10/2009 | 1:07:35 | ATTY | LISTED AS ATTORNEY FOR T002: SCIVLEY MICHAEL THOM | AJA |
| 06/22/2009 | 11:20:11 | EMOT | C001-OTHER - PLAINTIFFS MOTION TO DISMISS WORLEY'S TREE SERVICE, INC. WITHOUT PREJUDICE FILED. | HOR026 |
| 06/22/2009 | 11:20:42 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 06/22/2009 | 11:34:02 | EMOT | C001-OTHER - PLAINTIFFS MOTION TO DISMISS AUGUILLARD CONSTRUCTION CO., INC. WITHOUT PREJUDICE FILED. | HOR026 |
| 06/22/2009 | 11:34:35 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 06/22/2009 | 1:01:22 | EMOT | C001-OTHER /DOCKETED | CHL |
| 06/22/2009 | 1:01:31 | EMOT | C001-OTHER /DOCKETED | CHL |
| 07/01/2009 | 8:55:35 | JEORDE | ORDER GENERATED FOR OTHER - PLAINTIFFS MOTION TO DISMISS WORLEY'S TREE SERVICE, INC. WITHOUT PREJUDICE - RENDERED & ENTERED: 7/1/2009 8:55:35 AM - ORDER | JA |
| 07/01/2009 | 9:00:43 | JEORDE | ORDER GENERATED FOR OTHER - PLAINTIFFS MOTION TO DISMISS AUGUILLARD CONSTRUCTION CO., INC. WITHOUT PREJUDICE - RENDERED & ENTERED: 7/1/2009 9:00:43 AM - ORDER | JA |
| 07/01/2009 | 9:46:43 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 07/01/2009 | 9:49:52 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 07/01/2009 | 11:43:56 | EORD | D010 E-ORDER FLAG SET TO "Y"        (AV02) | RUP |
| 07/01/2009 | 11:43:57 | PDIS | D010 DISPOSED BY (DISM W/O PREJ) ON 07/01/2009 | RUP |
| 07/01/2009 | 11:48:39 | EORD | D009 E-ORDER FLAG SET TO "Y"        (AV02) | RUP |
| 07/01/2009 | 11:48:40 | PDIS | D009 DISPOSED BY (DISM W/O PREJ) ON 07/01/2009 | RUP |
| 07/01/2009 | 2:39:28 | D004 | D004 NAME CHANGED FROM: CERES ENVIRONMENTAL SERVIC | RUP |
| 07/01/2009 | 2:39:29 | D004 | D004 ADDR1 CHANGED FROM: 3825 85TH AVENUE NORTH | RUP |
| 07/01/2009 | 2:39:30 | EORD | D004 E-ORDER FLAG SET TO "N"        (AV02) | RUP |
| 07/01/2009 | 2:40:03 | D005 | D005 NAME CHANGED FROM: YOUNG'S GENERAL CONTRACTIN | RUP |
| 07/01/2009 | 2:40:04 | D005 | D005 ADDR1 CHANGED FROM: 5100 HIGHWAY PP   (AV02) | RUP |
| 07/01/2009 | 2:40:05 | EORD | D005 E-ORDER FLAG SET TO "N"        (AV02) | RUP |
| 07/01/2009 | 2:40:13 | D005 | D005 ADDR1 CHANGED FROM: DENNIS J YOUNG    (AV02) | RUP |
| 07/01/2009 | 2:40:54 | D006 | D006 NAME CHANGED FROM: NEWLEAF DISASTER MANAGEMEN | RUP |
| 07/01/2009 | 2:40:55 | D006 | D006 ADDR1 CHANGED FROM: 101 CALLE DE SATIAGO | RUP |
| 07/01/2009 | 2:40:56 | EORD | D006 E-ORDER FLAG SET TO "N"        (AV02) | RUP |
| 07/01/2009 | 2:41:29 | D007 | D007 NAME CHANGED FROM: CATEGORY 5 MANAGEMENT GROU | RUP |
| 07/01/2009 | 2:41:30 | EORD | D007 E-ORDER FLAG SET TO "N"        (AV02) | RUP |
| 07/01/2009 | 2:41:31 | D007 | D007 ADDR1 CHANGED FROM: 101 E. CALLE DE SANTIAGO | RUP |
| 07/06/2009 | 2:44:12 | JEMOT | C001-COMPEL /SET FOR 7/31/2009 9:00:00 AM, LOCATION = 6600 | JA |
| 07/06/2009 | 2:44:33 | JEMOT | D004-SUMMARY JUDGMENT /SET FOR 7/31/2009 9:00:00 AM, LOCATION = 6600 | JA |
| 07/06/2009 | 2:44:45 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 07/06/2009 | 2:45:31 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 07/06/2009 | 2:47:37 | JEORDE | ORDER E-FILED - ORDER - ORDER SETTING HEARING ON PENDING MOTIONS - RENDERED & ENTERED: 7/6/2009 2:47:37 PM | JA |
| 07/06/2009 | 2:49:39 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 07/08/2009 | 8:49:18 | DOCK | NOTICE SENT: 07/08/2009 HORNSBY CLAY | CHL |

| 07/08/2009 | 8:49:21 | DOCK | NOTICE SENT: 07/08/2009 MORRIS LARRY W | CHL |
|---|---|---|---|---|
| 07/08/2009 | 8:49:24 | DOCK | NOTICE SENT: 07/08/2009 NELSON EMILY H | CHL |
| 07/08/2009 | 8:49:27 | DOCK | NOTICE SENT: 07/08/2009 KITTRELL WILLIAM BRADFOR | CHL |
| 07/08/2009 | 8:49:30 | DOCK | NOTICE SENT: 07/08/2009 KITTRELL BRAXTON L JR | CHL |
| 07/08/2009 | 8:49:33 | DOCK | NOTICE SENT: 07/08/2009 HARRIS WILLIAM GAY | CHL |
| 07/08/2009 | 8:49:34 | DOCK | NOTICE SENT: 07/08/2009 DANIELS C WILLIAM JR | CHL |
| 07/08/2009 | 8:49:36 | DOCK | NOTICE SENT: 07/08/2009 BAXLEY WILLIAM J | CHL |
| 07/08/2009 | 8:49:39 | DOCK | NOTICE SENT: 07/08/2009 DILLARD JOEL E | CHL |
| 07/08/2009 | 8:49:42 | DOCK | NOTICE SENT: 07/08/2009 BOWRON EDWARD G | CHL |
| 07/08/2009 | 8:49:45 | DOCK | NOTICE SENT: 07/08/2009 SULLIVAN CARROLL H | CHL |
| 07/08/2009 | 8:49:48 | DOCK | NOTICE SENT: 07/08/2009 MASTERSON KEVIN FRANCIS | CHL |
| 07/08/2009 | 8:49:51 | DOCK | NOTICE SENT: 07/08/2009 HALL MATTHEW BRUCE | CHL |
| 07/08/2009 | 8:49:52 | DOCK | NOTICE SENT: 07/08/2009 POTTS CHARLES J | CHL |
| 07/08/2009 | 8:49:54 | DOCK | NOTICE SENT: 07/08/2009 ELLIOTT EDGAR M IV | CHL |
| 07/08/2009 | 8:49:57 | DOCK | NOTICE SENT: 07/08/2009 JOHNSON JOHN W II | CHL |
| 07/08/2009 | 8:50:00 | DOCK | NOTICE SENT: 07/08/2009 TOZZI RIK STANFORD | CHL |
| 07/08/2009 | 8:50:01 | DOCK | NOTICE SENT: 07/08/2009 SCIVLEY MICHAEL THOMAS | CHL |
| 07/09/2009 | 9:15:30 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 07/09/2009 | 9:15:50 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 07/10/2009 | 10:45:59 | EMOT | D007-SUMMARY JUDGMENT FILED. | MAS021 |
| 07/10/2009 | 10:46:03 | EMOT | MOTION - TRANSMITTAL | MAS021 |
| 07/10/2009 | 11:16:36 | JEORDE | ORDER E-FILED - ORDER - ORDER SETTING MOTIONS FOR HEARING - RENDERED & ENTERED: 7/10/2009 11:16:36 AM | JA |
| 07/10/2009 | 11:17:00 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 07/13/2009 | 8:37:20 | EMOT | D007-SUMMARY JUDGMENT /DOCKETED | CHL |
| 07/13/2009 | 9:34:57 | EMOT | D007-SUMMARY JUDGMENT /DOCKETED | CAC |
| 07/13/2009 | 10:21:59 | ENOTA | NOTICE OF APPEARANCE E-FILED | TOZ001 |
| 07/13/2009 | 10:22:09 | ENOTA | MISCELLANEOUS - TRANSMITTAL | TOZ001 |
| 07/13/2009 | 10:26:30 | ENOTA | NOTICE OF APPEARANCE E-FILED | TOZ001 |
| 07/13/2009 | 10:26:42 | ENOTA | MISCELLANEOUS - TRANSMITTAL | TOZ001 |
| 07/13/2009 | 3:14:59 | EMOT | T002-SEVER FILED. | TOZ001 |
| 07/13/2009 | 3:23:01 | EMOT | MOTION - TRANSMITTAL | TOZ001 |
| 07/13/2009 | 3:59:51 | EMOT | T002-SEVER /DOCKETED | DID |
| 07/13/2009 | 4:28:16 | JEMOT | T002-SEVER /SET FOR 7/31/2009 9:00:00 AM, LOCATION = 6600 | JA |
| 07/13/2009 | 4:31:14 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 07/14/2009 | 9:26:14 | T002 | T002 ADDR1 CHANGED FROM: 2000 INTERSTATE PARK | NOC |
| 07/14/2009 | 9:26:15 | T002 | T002 ADDR CITY CHANGED FROM: MONTGOMERY    (AV02) | NOC |
| 07/14/2009 | 9:26:16 | T002 | T002 ADDR2 CHANGED FROM: SUITE 204      (AV02) | NOC |
| 07/14/2009 | 9:40:06 | DAT2 | SET FOR: T002 MOTION TO SEVER ON 07/31/2009 AT 090 | NOC |
| 07/14/2009 | 5:11:40 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 07/14/2009 | 5:11:51 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 07/15/2009 | 2:22:51 | EMISC | RULE 26 EXPERT DISCLOSURE E-FILED | SUL013 |
| 07/15/2009 | 3:56:28 | EMISC | MISCELLANEOUS - TRANSMITTAL | SUL013 |
| 07/15/2009 | 4:23:42 | EMISC | RULE 26 EXPERT DISCLOSURE E-FILED | DAN023 |
| 07/15/2009 | 4:24:03 | EMISC | MISCELLANEOUS - TRANSMITTAL | DAN023 |
| 07/16/2009 | 3:42:57 | JEMOT | D007-SUMMARY JUDGMENT /SET FOR 8/21/2009 9:00:00 AM, LOCATION = 6600 | JA |
| 07/16/2009 | 3:43:41 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 07/16/2009 | 3:44:23 | JEORDE | ORDER E-FILED - ORDER - ORDER SETTING SJ HEARING - RENDERED & ENTERED: 7/16/2009 3:44:23 PM | JA |
| 07/16/2009 | 3:49:39 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 07/17/2009 | 8:10:09 | DAT3 | SET FOR: DEFT MOTION SUM JUDG ON 08/21/2009 AT 090 | NOC |
| 07/17/2009 | 1:11:25 | EMISC | PHV STATEMENT E-FILED | MAS021 |
| 07/17/2009 | 1:11:31 | EMISC | MISCELLANEOUS - TRANSMITTAL | MAS021 |
| 07/21/2009 | 12:20:48 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 07/21/2009 | 12:21:03 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 07/21/2009 | 3:57:01 | EMOT | MOTION - TRANSMITTAL | DAN023 |

| 07/21/2009 | 3:57:05 | EMOT | D004-OTHER - MOTION TO EXCLUDE EXPERT'S OPINIONS FILED. | DAN023 |
|---|---|---|---|---|
| 07/21/2009 | 4:07:50 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 07/21/2009 | 4:08:44 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 07/21/2009 | 4:35:00 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 07/21/2009 | 4:35:09 | EMOT | D005-SUPPLEMENT TO PENDING MOTION FILED. | SUL013 |
| 07/22/2009 | 7:11:45 | EMOT | D005-SUPPLEMENT TO PENDING MOTION /DOCKETED | CHL |
| 07/22/2009 | 7:12:00 | EMOT | D004-OTHER /DOCKETED | CHL |
| 07/22/2009 | 7:12:21 | EMOT | D004-OTHER /DOCKETED | CHL |
| 07/22/2009 | 5:10:43 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 07/22/2009 | 5:11:04 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 07/27/2009 | 2:45:02 | EMOT | D004-RESPONSE IN OPPOSITION OF MOTION FILED. | DAN023 |
| 07/27/2009 | 2:45:39 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 07/28/2009 | 7:27:34 | EMOT | D004-COMPEL /DOCKETED | CHL |
| 07/29/2009 | 10:34:03 | EMOT | C001-C002-C003-C004-AFFIDAVIT IN OPPOSITION TO MOTION FILED. | MOR007 |
| 07/29/2009 | 10:34:05 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 07/29/2009 | 10:48:45 | EMOT | C001-C002-C003-C004-BRIEF FILED. | MOR007 |
| 07/29/2009 | 10:48:50 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 07/29/2009 | 12:33:58 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 07/29/2009 | 12:34:07 | EMOT | C001-CONTINUE FILED. | HOR026 |
| 07/30/2009 | 7:44:31 | EMOT | C001-CONTINUE /DOCKETED | RUP |
| 07/30/2009 | 7:44:56 | EMOT | C001-C002-C003-C004-SUPPLEMENT TO PENDING MOTION /DOCKETED | RUP |
| 07/30/2009 | 7:45:13 | EMOT | C001-C002-C003-C004-SUMMARY JUDGMENT /DOCKETED | RUP |
| 07/30/2009 | 10:01:02 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 07/30/2009 | 10:01:11 | JEORDE | ORDER GENERATED FOR CONTINUE - RENDERED & ENTERED: 7/30/2009 10:01:10 AM - ORDER | JA |
| 07/30/2009 | 2:18:14 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 07/30/2009 | 2:18:43 | EMOT | D005-OTHER - MOTION TO EXCLUDE FILED. | SUL013 |
| 07/30/2009 | 4:17:23 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 07/30/2009 | 4:17:37 | EMOT | D005-OTHER - ADDITIONAL RECORD EXCERPTS IN SUPPORT OF YOUNG'S GENERAL CONTRACTING, INC.'S MOTION TO DISMISS, ETC. FILED. | SUL013 |
| 07/31/2009 | 7:51:19 | EMOT | D005-OTHER /DOCKETED | RUP |
| 07/31/2009 | 7:51:32 | EMOT | D005-OTHER /DOCKETED | RUP |
| 08/03/2009 | 6:47:41 | EDISC | DISCOVERY - TRANSMITTAL | BOW024 |
| 08/03/2009 | 6:47:54 | EDISC | NOTICE OF DISCOVERY E-FILED. | BOW024 |
| 08/04/2009 | 3:11:36 | EMOT | MOTION - TRANSMITTAL | POT007 |
| 08/04/2009 | 3:11:50 | EMOT | D007-RESPONSE TO MOTION FILED. | POT007 |
| 08/05/2009 | 7:04:25 | EMOT | D007-SEVER /DOCKETED | CHL |
| 08/05/2009 | 12:14:55 | EMOT | C001-RESPONSE IN OPPOSITION OF MOTION FILED. | MOR007 |
| 08/05/2009 | 12:15:23 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 08/05/2009 | 1:30:10 | EMOT | C001-AFFIDAVIT IN OPPOSITION TO MOTION FILED. | MOR007 |
| 08/05/2009 | 1:30:14 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 08/05/2009 | 1:45:00 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 08/05/2009 | 1:45:11 | EMOT | C001-RESPONSE IN OPPOSITION OF MOTION FILED. | MOR007 |
| 08/05/2009 | 1:54:20 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 08/05/2009 | 1:54:35 | EMOT | C001-RESPONSE IN OPPOSITION OF MOTION FILED. | MOR007 |
| 08/05/2009 | 2:29:02 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 08/05/2009 | 2:29:29 | EMOT | C001-RESPONSE IN OPPOSITION OF MOTION FILED. | MOR007 |
| 08/05/2009 | 3:28:17 | EMOT | D007-D008-OTHER - MOTION TO EXCLUDE EXPERT TESTIMONY FILED. | MAS021 |
| 08/05/2009 | 3:28:28 | EMOT | MOTION - TRANSMITTAL | MAS021 |
| 08/06/2009 | 7:55:53 | EMOT | D007-D008-OTHER /DOCKETED | RUP |
| 08/06/2009 | 7:56:06 | EMOT | C001-OTHER /DOCKETED | RUP |
| 08/06/2009 | 7:56:18 | EMOT | C001-SUMMARY JUDGMENT /DOCKETED | RUP |
| 08/06/2009 | 7:56:35 | EMOT | C001-SUMMARY JUDGMENT /DOCKETED | RUP |
| 08/06/2009 | 7:56:51 | EMOT | C001-OTHER /DOCKETED | RUP |
| 08/06/2009 | 7:57:02 | EMOT | C001-SUMMARY JUDGMENT /DOCKETED | RUP |
| 08/06/2009 | 2:08:48 | JEORDE | ORDER - TRANSMITTAL | JSJ |

| | | | | |
|---|---|---|---|---|
| 08/06/2009 | 2:09:07 | JEORDE | ORDER E-FILED - ORDER - JURY INSTRUCTION ORDER - RENDERED & ENTERED: 8/6/2009 2:09:06 PM | JA |
| 08/06/2009 | 3:12:42 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 08/06/2009 | 3:12:50 | EMOT | C001-C002-C003-C004-RESPONSE IN OPPOSITION OF MOTION FILED. | MOR007 |
| 08/07/2009 | 8:01:58 | EMOT | C001-C002-C003-C004-OTHER /DOCKETED | RUP |
| 08/07/2009 | 2:33:24 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 08/07/2009 | 2:33:45 | EMOT | D004-REPLY TO RESPONSE TO MOTION FILED. | DAN023 |
| 08/07/2009 | 2:45:17 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 08/07/2009 | 2:45:40 | EMOT | D004-REPLY TO RESPONSE TO MOTION FILED. | DAN023 |
| 08/07/2009 | 4:02:35 | EMOT | D004-SUMMARY JUDGMENT /DOCKETED | NOC |
| 08/07/2009 | 4:54:01 | EORD | D001 E-ORDER FLAG SET TO "N"        (AV02) | NOC |
| 08/10/2009 | 8:08:26 | EMOT | D004-SUMMARY JUDGMENT /DOCKETED | RUP |
| 08/10/2009 | 3:25:38 | JEORDE | ORDER E-FILED - ORDER - NEW LEAF'S SJ - RENDERED & ENTERED: 8/10/2009 3:25:38 PM | JA |
| 08/10/2009 | 3:29:14 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 08/10/2009 | 4:04:35 | EORD | D008 E-ORDER FLAG SET TO "Y"        (AV02) | RUP |
| 08/10/2009 | 4:04:36 | PDIS | D008 DISPOSED BY (SUMMARY JUDGMT)  ON 08/10/2009 | RUP |
| 08/11/2009 | 1:20:23 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 08/11/2009 | 1:20:56 | EMOT | D004-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) FILED. | DAN023 |
| 08/12/2009 | 7:53:36 | EMOT | D004-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | RUP |
| 08/13/2009 | 10:55:32 | PRTY | PARTY ADDED X009  PAUL TRAVIS MD        (AW21) | LAA |
| 08/13/2009 | 10:55:33 | ISSD | PARTY X009 ISSUED DATE: 08132009 TYPE: SHERIFF | LAA |
| 08/13/2009 | 10:55:53 | PRTY | PARTY ADDED X010  NORTH BALDWIN INFIRMARY  (AW21) | LAA |
| 08/13/2009 | 10:55:54 | ISSD | PARTY X010 ISSUED DATE: 08132009 TYPE: SHERIFF | LAA |
| 08/13/2009 | 10:56:18 | PRTY | PARTY ADDED  X011  OGDEN MELISSA PH D, OFFICE O | LAA |
| 08/13/2009 | 10:56:19 | ISSD | PARTY X011 ISSUED DATE: 08132009 TYPE: SHERIFF | LAA |
| 08/13/2009 | 10:56:37 | PRTY | PARTY ADDED X012  UNIV OF SOUTH ALA HOSPITAL | LAA |
| 08/13/2009 | 10:56:38 | ISSD | PARTY X012 ISSUED DATE: 08132009 TYPE: SHERIFF | LAA |
| 08/13/2009 | 10:57:06 | PRTY | PARTY ADDED  X013  ARATA CATALINA M, OFFICE OF | LAA |
| 08/13/2009 | 10:57:07 | ISSD | PARTY X013 ISSUED DATE: 08132009 TYPE: SHERIFF | LAA |
| 08/13/2009 | 10:57:27 | PRTY | PARTY ADDED  X014  IMC HAND AVE FAMILY PRACTICE | LAA |
| 08/13/2009 | 10:57:28 | ISSD | PARTY X014 ISSUED DATE: 08132009 TYPE: SHERIFF | LAA |
| 08/13/2009 | 10:57:48 | PRTY | PARTY ADDED  X015  RADIOLOGISTS PC        (AW21) | LAA |
| 08/13/2009 | 10:57:49 | ISSD | PARTY X015 ISSUED DATE: 08132009 TYPE: SHERIFF | LAA |
| 08/17/2009 | 11:23:54 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 08/17/2009 | 11:24:45 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 08/17/2009 | 2:47:16 | SERC | SERVICE OF PROCESS SERVER  ON 08142009 FOR X009 (A | LAA |
| 08/17/2009 | 2:47:17 | SERC | SERVICE OF PROCESS SERVER  ON 08142009 FOR X010 (A | LAA |
| 08/17/2009 | 2:48:34 | SERC | SERVICE OF PROCESS SERVER  ON 08142008 FOR X012 (A | LAA |
| 08/17/2009 | 2:48:35 | SERC | SERVICE OF PROCESS SERVER  ON 08142009 FOR X013 (A | LAA |
| 08/17/2009 | 2:48:36 | SERC | SERVICE OF PROCESS SERVER  ON 08142009 FOR X014 (A | LAA |
| 08/17/2009 | 2:48:37 | SERC | SERVICE OF PROCESS SERVER  ON 08142009 FOR X015 (A | LAA |
| 08/17/2009 | 2:48:53 | SERC | SERVICE OF PROCESS SERVER  ON 08142009 FOR X011 (A | LAA |
| 08/17/2009 | 3:59:05 | EMISC | RULE 26 EXPERT DISCLOSURE E-FILED | HOR026 |
| 08/17/2009 | 3:59:46 | EMISC | MISCELLANEOUS - TRANSMITTAL | HOR026 |
| 08/19/2009 | 10:12:29 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 08/19/2009 | 10:13:12 | JEORDE | ORDER E-FILED - ORDER - MEDIATION ORDER - RENDERED & ENTERED: 8/19/2009 10:13:12 AM | JA |
| 08/19/2009 | 1:59:12 | JEMOT | SET FOR HEARING - TRANSMITTAL | JSJ |
| 08/19/2009 | 1:59:52 | JEMOT | D004-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /SET FOR 9/4/2009 9:00:00 AM, LOCATION = 6600 | JA |
| 08/19/2009 | 2:04:01 | JEMOT | D007-D008-OTHER /NO ACTION | JA |
| 08/19/2009 | 4:23:20 | EDISC | NOTICE OF DISCOVERY E-FILED. | BOW024 |
| 08/19/2009 | 4:28:55 | EDISC | DISCOVERY - TRANSMITTAL | BOW024 |
| 08/20/2009 | 4:46:56 | EDISC | NOTICE OF DISCOVERY E-FILED. | HOR026 |
| 08/20/2009 | 4:57:36 | EDISC | DISCOVERY - TRANSMITTAL | HOR026 |
| 08/21/2009 | 4:28:55 | EMISC | WITNESS LIST E-FILED | HOR026 |
| 08/21/2009 | 4:31:45 | EMISC | MISCELLANEOUS - TRANSMITTAL | HOR026 |

| 08/21/2009 | 5:32:20 | EMOT | D005-OTHER - EXHIBIT LIST FILED. | SUL013 |
|---|---|---|---|---|
| 08/21/2009 | 5:33:18 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 08/21/2009 | 5:33:47 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 08/21/2009 | 5:34:39 | EMOT | D005-OTHER - WITNESS LIST FILED. | SUL013 |
| 08/21/2009 | 6:30:09 | EMISC | MISCELLANEOUS - TRANSMITTAL | DAN023 |
| 08/21/2009 | 6:30:56 | EMISC | EXHIBIT LIST E-FILED | DAN023 |
| 08/24/2009 | 7:14:17 | EMOT | D005-OTHER /DOCKETED | CHL |
| 08/24/2009 | 7:14:23 | EMOT | D005-OTHER /DOCKETED | CHL |
| 08/24/2009 | 10:58:50 | STAT | CASE ASSIGNED STATUS OF: MEDIATIO       (AV25) | CHL |
| 08/24/2009 | 10:58:51 | MEDT | MEDIATION DATE SET TO: 08/19/2009       (AV25) | CHL |
| 08/24/2009 | 10:58:52 | MEDT | MEDIATOR ASSIGNED: MILLER CHARLES LEO JR   (AV25) | CHL |
| 08/24/2009 | 10:58:53 | MEDI | MEDIATION INITIATED BY: JUDGE       (AV25) | CHL |
| 08/24/2009 | 1:13:55 | JEMOT | D005-OTHER /NO ACTION | JA |
| 08/24/2009 | 1:14:25 | JEMOT | D005-OTHER /NO ACTION | JA |
| 08/24/2009 | 2:27:18 | ENOTA | NOTICE OF APPEARANCE E-FILED | BUT021 |
| 08/24/2009 | 2:28:59 | ENOTA | MISCELLANEOUS - TRANSMITTAL | BUT021 |
| 08/24/2009 | 2:30:19 | ATTY | LISTED AS ATTORNEY FOR T002: BUTLER M WARREN(AV02) | AJA |
| 08/24/2009 | 3:35:53 | EMISC | MISCELLANEOUS - TRANSMITTAL | GER023 |
| 08/24/2009 | 3:36:26 | EMISC | WITNESS LIST E-FILED | GER023 |
| 08/24/2009 | 3:37:22 | EMISC | EXHIBIT LIST E-FILED | GER023 |
| 08/24/2009 | 3:39:22 | EMISC | MISCELLANEOUS - TRANSMITTAL | GER023 |
| 08/24/2009 | 4:14:31 | EMISC | MISCELLANEOUS - TRANSMITTAL | MAS021 |
| 08/24/2009 | 4:15:12 | EMISC | EXHIBIT LIST E-FILED | MAS021 |
| 08/24/2009 | 4:15:39 | EMISC | MISCELLANEOUS - TRANSMITTAL | MAS021 |
| 08/24/2009 | 4:16:43 | EMISC | WITNESS LIST E-FILED | MAS021 |
| 08/25/2009 | 1:56:32 | EMOT | MOTION - TRANSMITTAL | JOH183 |
| 08/25/2009 | 1:57:15 | EMOT | T001-OTHER - MOTION TO BE EXCUSED FROM MEDIATION FILED. | JOH183 |
| 08/25/2009 | 2:47:48 | EMISC | WITNESS LIST E-FILED | THU002 |
| 08/25/2009 | 2:48:35 | EMISC | MISCELLANEOUS - TRANSMITTAL | THU002 |
| 08/25/2009 | 2:49:27 | EMISC | EXHIBIT LIST E-FILED | THU002 |
| 08/25/2009 | 2:50:22 | EMISC | MISCELLANEOUS - TRANSMITTAL | THU002 |
| 08/25/2009 | 3:32:56 | EDISC | DISCOVERY - TRANSMITTAL | DAN023 |
| 08/25/2009 | 3:33:36 | EDISC | NOTICE OF DISCOVERY E-FILED. | DAN023 |
| 08/25/2009 | 3:51:02 | EMOT | T002-OTHER - MOTION TO BE EXCUSED FROM MEDIATION FILED. | SCI003 |
| 08/25/2009 | 3:56:24 | EMOT | MOTION - TRANSMITTAL | SCI003 |
| 08/26/2009 | 7:46:03 | EMOT | T002-OTHER /DOCKETED | RUP |
| 08/26/2009 | 7:51:36 | EMOT | T001-OTHER /DOCKETED | RUP |
| 08/26/2009 | 10:33:20 | EMOT | MOTION - TRANSMITTAL | GER023 |
| 08/26/2009 | 10:34:24 | EMOT | D002-OTHER - THIRD-PARTY DEFENDANT COLONEL MCCRARY TRUCKING, LLC'S MOTION AND REQUEST TO BE EXCUSED FROM MEDIATIO FILED. | GER023 |
| 08/26/2009 | 1:37:22 | EMOT | MOTION - TRANSMITTAL | SCI003 |
| 08/26/2009 | 1:38:18 | EMOT | T002-OTHER - JOINT MOTION FOR RELIEF FROM OBLIGATIONS UNDER PRE-TRIAL ORDER FILED. | SCI003 |
| 08/26/2009 | 2:02:48 | ATTY | LISTED AS ATTORNEY FOR T002: SALTER SCOTT M (AV02) | COR |
| 08/26/2009 | 7:09:20 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 08/26/2009 | 7:10:04 | EMOT | D004-RESPONSE IN SUPPORT OF MOTION FILED. | DAN023 |
| 08/27/2009 | 7:38:03 | EMOT | T002-OTHER /DOCKETED | RUP |
| 08/27/2009 | 7:38:23 | EMOT | D002-OTHER /DOCKETED | RUP |
| 08/27/2009 | 7:38:46 | EMOT | D004-SUMMARY JUDGMENT /DOCKETED | RUP |
| 08/27/2009 | 10:04:30 | PRTY | PARTY ADDED W001  JOHNSON SAM       (AW21) | LAA |
| 08/27/2009 | 10:04:31 | ISSD | PARTY W001 ISSUED DATE: 08272009  TYPE: PROCESS SE | LAA |
| 08/27/2009 | 12:39:05 | EMOT | D005-SUPPLEMENT TO PENDING MOTION FILED. | SUL013 |
| 08/27/2009 | 12:40:06 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 08/27/2009 | 1:44:10 | EMOT | MOTION - TRANSMITTAL | GER023 |
| 08/27/2009 | 1:44:51 | EMOT | D002-OTHER - THIRD-PARTY DEFENDANT COLONEL MCCRARY TRUCKING LLC'S REQUEST AND MTN FOR RELIEF FROM COURT'S PRE-TRI FILED. | GER023 |

| | | | | |
|---|---|---|---|---|
| 08/27/2009 | 3:58:28 | EMOT | MOTION - TRANSMITTAL | MAS021 |
| 08/27/2009 | 3:59:31 | EMOT | D007-AFFIDAVIT IN SUPPORT OF MOTION FILED. | MAS021 |
| 08/28/2009 | 7:38:29 | EMOT | D007-AFFIDAVIT IN SUPPORT OF MOTION /DOCKETED | RUP |
| 08/28/2009 | 7:38:39 | EMOT | D002-OTHER /DOCKETED | RUP |
| 08/28/2009 | 7:38:51 | EMOT | D005-SUPPLEMENT TO PENDING MOTION /DOCKETED | RUP |
| 08/28/2009 | 7:41:14 | PRTY | PARTY ADDED  W002  JOHNSON JOE EDWARD        (AW21) | LAA |
| 08/28/2009 | 7:41:15 | ISSD | PARTY W002 ISSUED DATE: 08272009 TYPE: PROCESS SE | LAA |
| 08/28/2009 | 11:47:01 | JEORDE | ORDER GENERATED FOR OTHER - MOTION TO BE EXCUSED FROM MEDIATION - RENDERED & ENTERED: 8/28/2009 11:47:00 AM - ORDER | JA |
| 08/28/2009 | 11:48:54 | JEORDE | ORDER GENERATED FOR OTHER - MOTION TO BE EXCUSED FROM MEDIATION - RENDERED & ENTERED: 8/28/2009 11:48:53 AM - ORDER | JA |
| 08/28/2009 | 11:49:40 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 08/28/2009 | 11:54:44 | JEORDE | ORDER GENERATED FOR OTHER - THIRD-PARTY DEFENDANT COLONEL MCCRARY TRUCKING, LLC'S MOTION AND REQUEST TO BE EXCUSED FROM MEDIATIO - RENDERED & ENTERED: 8/28/2009 11:54:43 AM - ORDER | JA |
| 08/28/2009 | 11:58:40 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 08/28/2009 | 11:59:52 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/01/2009 | 4:11:07 | EMOT | C001-C002-C003-C004-RESPONSE IN OPPOSITION OF MOTION FILED. | MOR007 |
| 09/01/2009 | 4:24:28 | EMOT | MOTION - TRANSMITTAL | MOR007 |
| 09/01/2009 | 4:36:25 | EANSW | D005 - AMENDED ANSWER E-FILED. | SUL013 |
| 09/01/2009 | 4:43:02 | ANSW | ANSWER OF OTHER ON 09/01/2009 FOR D005      (AV02) | AJA |
| 09/01/2009 | 4:55:47 | EANSW | ANSWER - TRANSMITTAL | SUL013 |
| 09/02/2009 | 7:38:37 | EMOT | C001-C002-C003-C004-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | RUP |
| 09/02/2009 | 1:36:23 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/02/2009 | 1:37:08 | ESUBP | SUBPOENA FOR JOSEPH EDWARD JOHNSON E-FILED BY D007 - CATEGORY 5 MANAGEMENT GROUP, | MAS021 |
| 09/02/2009 | 1:37:51 | PRTY | PARTY ADDED  W003  JOSEPH JOHNSON        (AW21) | AJA |
| 09/02/2009 | 1:37:52 | ISSD | PARTY W003 ISSUED DATE: 09022009 TYPE: SHERIFF | AJA |
| 09/02/2009 | 4:34:57 | EDISC | NOTICE OF DISCOVERY E-FILED. | SUL013 |
| 09/02/2009 | 4:38:13 | EDISC | DISCOVERY - TRANSMITTAL | SUL013 |
| 09/03/2009 | 8:05:47 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/03/2009 | 8:06:51 | EMOT | D004-REPLY TO RESPONSE TO MOTION FILED. | DAN023 |
| 09/03/2009 | 11:57:41 | PNME | PARTY W003 NAME CHANGED FROM: JOSEPH JOHNSON(AW21) | LAA |
| 09/03/2009 | 4:14:47 | EDISC | NOTICE OF DISCOVERY E-FILED. | BOW024 |
| 09/03/2009 | 4:16:59 | EDISC | DISCOVERY - TRANSMITTAL | BOW024 |
| 09/03/2009 | 5:16:59 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/03/2009 | 5:17:59 | EMOT | D004-IN LIMINE FILED. | DAN023 |
| 09/04/2009 | 7:10:31 | EMOT | D004-MOT. TO DISMISS, OR IN THE ALT. SUM. JUDG.($50.00) /DOCKETED | CHL |
| 09/04/2009 | 7:10:39 | EMOT | D004-IN LIMINE /DOCKETED | CHL |
| 09/04/2009 | 2:05:13 | EDISC | DISCOVERY - TRANSMITTAL | SUL013 |
| 09/04/2009 | 2:06:08 | EDISC | NOTICE OF DISCOVERY E-FILED. | SUL013 |
| 09/08/2009 | 9:28:09 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 09/08/2009 | 9:29:27 | EMOT | C001-OTHER - MOTION TO ENFORCE SCHEDULING ORDER FILED. | HOR026 |
| 09/08/2009 | 2:41:14 | EMISC | EXHIBIT LIST E-FILED | SUL013 |
| 09/08/2009 | 2:41:54 | EMISC | MISCELLANEOUS - TRANSMITTAL | SUL013 |
| 09/08/2009 | 5:09:48 | EMISC | EXHIBIT LIST E-FILED | DAN023 |
| 09/08/2009 | 5:11:44 | EMISC | MISCELLANEOUS - TRANSMITTAL | DAN023 |
| 09/09/2009 | 8:00:09 | EMOT | C001-OTHER /DOCKETED | RUP |
| 09/09/2009 | 2:26:53 | JEORDE | ORDER GENERATED FOR OTHER - MOTION TO ENFORCE SCHEDULING ORDER - RENDERED & ENTERED: 9/9/2009 2:26:53 PM - ORDER | JA |
| 09/09/2009 | 2:29:52 | EMISC | EXHIBIT LIST E-FILED | SUL013 |
| 09/09/2009 | 3:33:41 | EANSW | D007 - AMENDED ANSWER E-FILED. | MAS021 |
| 09/09/2009 | 3:36:23 | EMISC | EXHIBIT LIST E-FILED | MAS021 |
| 09/09/2009 | 3:37:10 | ANSW | ANSWER OF OTHER ON 09/09/2009 FOR D007      (AV02) | AJA |
| 09/09/2009 | 3:59:17 | EANSW | ANSWER - TRANSMITTAL | MAS021 |
| 09/09/2009 | 4:47:30 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/09/2009 | 5:02:05 | EMISC | MISCELLANEOUS - TRANSMITTAL | SUL013 |
| 09/09/2009 | 5:58:21 | EMISC | MISCELLANEOUS - TRANSMITTAL | MAS021 |

| 09/14/2009 | 12:02:31 | JEORDE | ORDER E-FILED - ORDER - ORDER SETTING DEADLINE AND HEARING ON MOTIONS IN LIMINE - RENDERED & ENTERED: 9/14/2009 12:02:31 PM | JA |
|---|---|---|---|---|
| 09/14/2009 | 12:09:27 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/14/2009 | 6:17:52 | EMOT | D004-OTHER - OBJECTION TO AGENCY ALLEGATIONS AND DENIAL OF DUTY TO PLAINTIFFS FILED. | DAN023 |
| 09/14/2009 | 6:34:46 | EMOT | D004-IN LIMINE FILED. | DAN023 |
| 09/14/2009 | 6:42:03 | EMOT | D004-OTHER - MOTION TO EXCLUDE FILED. | DAN023 |
| 09/15/2009 | 7:40:33 | EMOT | D004-OTHER /DOCKETED | RUP |
| 09/15/2009 | 7:40:46 | EMOT | D004-IN LIMINE /DOCKETED | RUP |
| 09/15/2009 | 7:41:00 | EMOT | D004-OTHER /DOCKETED | RUP |
| 09/15/2009 | 11:00:37 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/15/2009 | 11:08:50 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/15/2009 | 11:25:17 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/15/2009 | 11:36:52 | JEORDE | ORDER E-FILED - ORDER - ORDER ON CAT 5'S MSJ - RENDERED & ENTERED: 9/15/2009 11:36:52 AM | JA |
| 09/15/2009 | 11:38:45 | JEORDE | ORDER E-FILED - ORDER ON YOUNG'S MTN TO DISMISS - RENDERED & ENTERED: 9/15/2009 11:38:45 AM | JA |
| 09/15/2009 | 11:41:29 | JEORDE | ORDER E-FILED - ORDER - ORDER ON CERES MOTION TO DISMISS FOR LACK OF STANDING - RENDERED & ENTERED: 9/15/2009 11:41:29 AM | JA |
| 09/15/2009 | 1:58:00 | JEORDE | ORDER E-FILED - ORDER - ORDER ON CERES ENVIRONMENTAL'S MSJ - RENDERED & ENTERED: 9/15/2009 1:57:59 PM | JA |
| 09/15/2009 | 2:29:23 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/15/2009 | 2:35:10 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/15/2009 | 2:38:36 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/15/2009 | 4:04:59 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/15/2009 | 6:25:08 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/15/2009 | 6:25:25 | EMOT | D004-IN LIMINE FILED. | DAN023 |
| 09/15/2009 | 6:26:36 | EMOT | D004-IN LIMINE FILED. | DAN023 |
| 09/15/2009 | 7:29:45 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/16/2009 | 8:24:01 | EMOT | D004-IN LIMINE /DOCKETED | RUP |
| 09/16/2009 | 8:24:11 | EMOT | D004-IN LIMINE /DOCKETED | RUP |
| 09/16/2009 | 9:11:01 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/16/2009 | 9:11:20 | EMOT | D005-STAY FILED. | SUL013 |
| 09/16/2009 | 12:11:38 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/16/2009 | 12:12:04 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/16/2009 | 12:12:12 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/16/2009 | 12:12:13 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/16/2009 | 12:12:14 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/16/2009 | 12:12:20 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/16/2009 | 12:12:24 | ESUBP | SUBPOENA FOR MATTHEW T. BARNHILL PH.D. E-FILED BY D005 - YOUNG'S GENERAL CONTRACTING, | SUL013 |
| 09/16/2009 | 12:12:25 | ESUBP | SUBPOENA FOR CATALINA M. ARATA PH.D. E-FILED BY D005 - YOUNG'S GENERAL CONTRACTING, | SUL013 |
| 09/16/2009 | 12:12:26 | ESUBP | SUBPOENA FOR OFFICER JONATHAN DAVIDSON E-FILED BY D005 - YOUNG'S GENERAL CONTRACTING, | SUL013 |
| 09/16/2009 | 12:12:27 | ESUBP | SUBPOENA FOR SGT. LESTER BANFIELD E-FILED BY D005 - YOUNG'S GENERAL CONTRACTING, | SUL013 |
| 09/16/2009 | 12:12:28 | ESUBP | SUBPOENA FOR SAM JOHNSON E-FILED BY D005 - YOUNG'S GENERAL CONTRACTING, | SUL013 |
| 09/16/2009 | 12:12:29 | ESUBP | SUBPOENA FOR OFFICER STANLEY PORTENGA E-FILED BY D005 - YOUNG'S GENERAL CONTRACTING, | SUL013 |
| 09/16/2009 | 12:12:30 | ESUBP | SUBPOENA FOR MARY CHASTANG E-FILED BY D005 - YOUNG'S GENERAL CONTRACTING, | SUL013 |
| 09/16/2009 | 12:12:55 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/16/2009 | 12:12:59 | PRTY | PARTY ADDED  W004  MATTHEW BARNHILL      (AW21) | AJA |
| 09/16/2009 | 12:13:00 | ISSD | PARTY W004 ISSUED DATE: 09162009 TYPE: PROCESS SE | AJA |
| 09/16/2009 | 12:13:05 | PRTY | PARTY ADDED  W005  CATALINA ARATA        (AW21) | AJA |
| 09/16/2009 | 12:13:06 | ISSD | PARTY W005 ISSUED DATE: 09162009 TYPE: PROCESS SE | AJA |
| 09/16/2009 | 12:13:13 | PRTY | PARTY ADDED  W006  SAM JOHNSON           (AW21) | AJA |
| 09/16/2009 | 12:13:14 | ISSD | PARTY W006 ISSUED DATE: 09162009 TYPE: PROCESS SE | AJA |
| 09/16/2009 | 12:13:19 | PRTY | PARTY ADDED  W007  OFFICER JONATHAN DAVIDSON(AW21) | AJA |
| 09/16/2009 | 12:13:20 | ISSD | PARTY W007 ISSUED DATE: 09162009 TYPE: PROCESS SE | AJA |
| 09/16/2009 | 12:13:26 | PRTY | PARTY ADDED  W008  SGT. LESTER BANFIELD    (AW21) | AJA |
| 09/16/2009 | 12:13:27 | ISSD | PARTY W008 ISSUED DATE: 09162009 TYPE: PROCESS SE | AJA |
| 09/16/2009 | 12:13:31 | PRTY | PARTY ADDED  W009  OFFICER STANLEY PORTENGA (AW21) | AJA |

| 09/16/2009 | 12:13:32 | ISSD | PARTY W009 ISSUED DATE: 09162009 TYPE: PROCESS SE | AJA |
|---|---|---|---|---|
| 09/16/2009 | 12:13:38 | PRTY | PARTY ADDED W010 MARY CHASTANG        (AW21) | AJA |
| 09/16/2009 | 12:13:39 | ISSD | PARTY W010 ISSUED DATE: 09162009 TYPE: PROCESS SE | AJA |
| 09/16/2009 | 2:05:06 | EMOT | C001-AFFIDAVIT IN OPPOSITION TO MOTION FILED. | HOR026 |
| 09/16/2009 | 2:06:19 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 09/16/2009 | 3:54:48 | ESUBP | SUBPOENA FOR HOLLYE  GALLOWAY E-FILED BY C001 - STEWART DAVID GUARDIAN/CONSE | HOR026 |
| 09/16/2009 | 3:54:57 | ESUBP | SUBPOENA FOR MARY  MILSTEAD E-FILED BY C001 - STEWART DAVID GUARDIAN/CONSE | HOR026 |
| 09/16/2009 | 3:54:59 | ESUBP | SUBPOENA FOR SGT. TIM  PARKER E-FILED BY C001 - STEWART DAVID GUARDIAN/CONSE | HOR026 |
| 09/16/2009 | 3:55:33 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/16/2009 | 3:55:56 | ISSD | PARTY W011 ISSUED DATE: 09162009 TYPE: PROCESS SE | AJA |
| 09/16/2009 | 3:55:57 | PRTY | PARTY ADDED W011 HOLLYE GALLOWAY        (AW21) | AJA |
| 09/16/2009 | 3:56:02 | PRTY | PARTY ADDED W012 MARY MILSTEAD        (AW21) | AJA |
| 09/16/2009 | 3:56:03 | ISSD | PARTY W012 ISSUED DATE: 09162009 TYPE: PROCESS SE | AJA |
| 09/16/2009 | 3:56:08 | PRTY | PARTY ADDED W013 SGT. TIM PARKER        (AW21) | AJA |
| 09/16/2009 | 3:56:09 | ISSD | PARTY W013 ISSUED DATE: 09162009 TYPE: PROCESS SE | AJA |
| 09/16/2009 | 4:10:35 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/16/2009 | 4:12:40 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/16/2009 | 6:48:08 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/16/2009 | 6:49:26 | EMOT | D004-IN LIMINE FILED. | DAN023 |
| 09/17/2009 | 7:16:56 | EMOT | D004-IN LIMINE /DOCKETED | CHL |
| 09/17/2009 | 7:17:04 | EMOT | D005-STAY /DOCKETED | CHL |
| 09/17/2009 | 7:17:09 | EMOT | C001-STAY /DOCKETED | CHL |
| 09/17/2009 | 10:54:52 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/17/2009 | 10:56:23 | EMOT | D005-REPLY TO RESPONSE TO MOTION FILED. | SUL013 |
| 09/17/2009 | 1:07:44 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/17/2009 | 1:09:05 | JEORDE | ORDER GENERATED FOR STAY - RENDERED & ENTERED: 9/17/2009 1:09:04 PM - ORDER | JA |
| 09/18/2009 | 7:42:25 | EMOT | D005-STAY /DOCKETED | RUP |
| 09/18/2009 | 8:11:01 | EMOT | MOTION - TRANSMITTAL | DAN023 |
| 09/18/2009 | 8:12:25 | EMOT | D004-OTHER - MOTION TO EXCLUDE EXPERT FILED. | DAN023 |
| 09/18/2009 | 8:29:15 | SERC | SERVICE OF SERVED PERSON  ON 09142009 FOR W003 (A | LAA |
| 09/18/2009 | 11:55:45 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/18/2009 | 11:57:16 | JEORDE | ORDER E-FILED - ORDER - ORDER ON ACE AMERICAN'S MOTION TO SEVER - RENDERED & ENTERED: 9/18/2009 11:57:15 AM | JA |
| 09/18/2009 | 11:58:01 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/18/2009 | 11:59:18 | JEORDE | ORDER E-FILED - ORDER - ORDER ON NATIONAL CASUALTY'S MOTION TO SEVER - RENDERED & ENTERED: 9/18/2009 11:59:18 AM | JA |
| 09/18/2009 | 12:00:20 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/18/2009 | 12:01:38 | JEORDE | ORDER E-FILED - ORDER - ORDER ON COLONEL MCCRARY TRUCKING'S MTN TO SEVER - RENDERED & ENTERED: 9/18/2009 12:01:38 PM | JA |
| 09/18/2009 | 12:53:40 | EMOT | MOTION - TRANSMITTAL | BOW024 |
| 09/18/2009 | 12:54:54 | EMOT | D004-OTHER - BIFURCATE TRIAL FILED. | BOW024 |
| 09/18/2009 | 1:46:14 | EMOT | D004-OTHER /DOCKETED | CHL |
| 09/18/2009 | 1:46:20 | EMOT | D004-OTHER /DOCKETED | CHL |
| 09/18/2009 | 1:51:03 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/18/2009 | 1:52:10 | JEORDE | ORDER E-FILED - ORDER - ORDER FOR PRO HAC ADMISSION-JAMES BUTLER III - RENDERED & ENTERED: 9/18/2009 1:52:10 PM | JA |
| 09/18/2009 | 2:47:05 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/18/2009 | 2:47:25 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/18/2009 | 2:47:54 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/18/2009 | 2:48:19 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/18/2009 | 2:48:26 | ESUBP | SUBPOENA FOR CATALINA M. ARATA PH.D. E-FILED BY D004 - CERES ENVIRONMENTAL SERVICES | BOW024 |
| 09/18/2009 | 2:48:27 | ESUBP | SUBPOENA FOR OFCR. JONATHON  DAVIDSON E-FILED BY D004 - CERES ENVIRONMENTAL SERVICES | BOW024 |
| 09/18/2009 | 2:48:28 | ESUBP | SUBPOENA FOR TIM  PARKER E-FILED BY D004 - CERES ENVIRONMENTAL SERVICES | BOW024 |
| 09/18/2009 | 2:48:29 | ESUBP | SUBPOENA FOR MARY CHASTANG E-FILED BY D004 - CERES ENVIRONMENTAL SERVICES | BOW024 |
| 09/18/2009 | 2:48:30 | ESUBP | SUBPOENA FOR C. E. HARPER E-FILED BY D004 - CERES ENVIRONMENTAL SERVICES | BOW024 |
| 09/18/2009 | 2:48:31 | ESUBP | SUBPOENA FOR JOSEPH EDWARD JOHNSON E-FILED BY D004 - CERES ENVIRONMENTAL SERVICES | BOW024 |

| 09/18/2009 | 2:48:32 | ESUBP | SUBPOENA FOR STANLEY  PORTENGA E-FILED BY D004 - CERES ENVIRONMENTAL SERVICES | BOW024 |
|---|---|---|---|---|
| 09/18/2009 | 2:48:33 | ESUBP | SUBPOENA FOR CHAT  ELEOGO E-FILED BY D004 - CERES ENVIRONMENTAL SERVICES | BOW024 |
| 09/18/2009 | 2:48:34 | ESUBP | SUBPOENA FOR MELISSA  OGDEN PH.D. E-FILED BY D004 - CERES ENVIRONMENTAL SERVICES | BOW024 |
| 09/18/2009 | 2:48:35 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/18/2009 | 2:48:36 | ESUBP | SUBPOENA FOR SGT. LESTER  BANFIELD E-FILED BY D004 - CERES ENVIRONMENTAL SERVICES | BOW024 |
| 09/18/2009 | 2:48:42 | PRTY | PARTY ADDED W014 CATALINA ARATA         (AW21) | AJA |
| 09/18/2009 | 2:48:43 | ISSD | PARTY W014 ISSUED DATE: 09182009 TYPE: PROCESS SE | AJA |
| 09/18/2009 | 2:48:48 | PRTY | PARTY ADDED W015 MELISSA OGDEN         (AW21) | AJA |
| 09/18/2009 | 2:48:49 | ISSD | PARTY W015 ISSUED DATE: 09182009 TYPE: PROCESS SE | AJA |
| 09/18/2009 | 2:48:54 | PRTY | PARTY ADDED  W016 SGT. LESTER BANFIELD    (AW21) | AJA |
| 09/18/2009 | 2:48:55 | ISSD | PARTY W016 ISSUED DATE: 09182009 TYPE: PROCESS SE | AJA |
| 09/18/2009 | 2:49:01 | PRTY | PARTY ADDED W017 OFCR. JONATHON DAVIDSON (AW21) | AJA |
| 09/18/2009 | 2:49:02 | ISSD | PARTY W017 ISSUED DATE: 09182009 TYPE: PROCESS SE | AJA |
| 09/18/2009 | 2:49:07 | PRTY | PARTY ADDED W018 STANLEY PORTENGA          (AW21) | AJA |
| 09/18/2009 | 2:49:08 | ISSD | PARTY W018 ISSUED DATE: 09182009 TYPE: PROCESS SE | AJA |
| 09/18/2009 | 2:49:13 | PRTY | PARTY ADDED W019 CHAT ELEOGO          (AW21) | AJA |
| 09/18/2009 | 2:49:14 | ISSD | PARTY W019 ISSUED DATE: 09182009 TYPE: PROCESS SE | AJA |
| 09/18/2009 | 2:49:19 | PRTY | PARTY ADDED W020 TIM PARKER          (AW21) | AJA |
| 09/18/2009 | 2:49:20 | ISSD | PARTY W020 ISSUED DATE: 09182009 TYPE: PROCESS SE | AJA |
| 09/18/2009 | 2:49:25 | PRTY | PARTY ADDED W021 C. E. HARPER          (AW21) | AJA |
| 09/18/2009 | 2:49:26 | ISSD | PARTY W021 ISSUED DATE: 09182009 TYPE: PROCESS SE | AJA |
| 09/18/2009 | 2:49:32 | PRTY | PARTY ADDED W022 JOSEPH JOHNSON          (AW21) | AJA |
| 09/18/2009 | 2:49:33 | ISSD | PARTY W022 ISSUED DATE: 09182009 TYPE: PROCESS SE | AJA |
| 09/18/2009 | 2:49:38 | PRTY | PARTY ADDED W023 MARY CHASTANG          (AW21) | AJA |
| 09/18/2009 | 2:49:39 | ISSD | PARTY W023 ISSUED DATE: 09182009 TYPE: PROCESS SE | AJA |
| 09/18/2009 | 2:51:42 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/18/2009 | 2:52:51 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/18/2009 | 3:07:06 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/18/2009 | 3:11:23 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/18/2009 | 3:12:06 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/21/2009 | 9:04:20 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/21/2009 | 9:04:49 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/21/2009 | 9:04:49 | ESUBP | SUBPOENA - TRANSMITTAL | |
| 09/21/2009 | 9:05:50 | ESUBP | SUBPOENA FOR CURT E. HARPER PH.D. E-FILED BY D005 - YOUNG'S GENERAL CONTRACTING, | SUL013 |
| 09/21/2009 | 9:05:51 | ESUBP | SUBPOENA FOR CHAT  ELEOGO E-FILED BY D005 - YOUNG'S GENERAL CONTRACTING, | SUL013 |
| 09/21/2009 | 9:05:52 | ESUBP | SUBPOENA FOR MELISSA  OGDEN PH.D. E-FILED BY D005 - YOUNG'S GENERAL CONTRACTING, | SUL013 |
| 09/21/2009 | 9:06:11 | PRTY | PARTY ADDED W024 CURT HARPER          (AW21) | AJA |
| 09/21/2009 | 9:06:12 | ISSD | PARTY W024 ISSUED DATE: 09212009 TYPE: PROCESS SE | AJA |
| 09/21/2009 | 9:06:17 | PRTY | PARTY ADDED W025 CHAT ELEOGO          (AW21) | AJA |
| 09/21/2009 | 9:06:18 | ISSD | PARTY W025 ISSUED DATE: 09212009 TYPE: PROCESS SE | AJA |
| 09/21/2009 | 9:06:23 | PRTY | PARTY ADDED W026 MELISSA OGDEN          (AW21) | AJA |
| 09/21/2009 | 9:06:24 | ISSD | PARTY W026 ISSUED DATE: 09212009 TYPE: PROCESS SE | AJA |
| 09/21/2009 | 4:00:32 | EMISC | MISCELLANEOUS - TRANSMITTAL | MAS021 |
| 09/21/2009 | 4:01:50 | EMISC | EXHIBIT LIST E-FILED | MAS021 |
| 09/24/2009 | 10:48:36 | EMISC | MISCELLANEOUS - TRANSMITTAL | SUL013 |
| 09/24/2009 | 10:50:04 | EMISC | EXHIBIT LIST E-FILED | SUL013 |
| 09/24/2009 | 11:21:58 | EMOT | C001-IN LIMINE FILED. | HOR026 |
| 09/24/2009 | 11:26:50 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 09/24/2009 | 11:38:58 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 11:40:34 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:42:24 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:44:18 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:46:00 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:47:41 | EMOT | D005-IN LIMINE FILED. | SUL013 |

| 09/24/2009 | 11:48:06 | EMOT | MOTION - TRANSMITTAL | SUL013 |
|---|---|---|---|---|
| 09/24/2009 | 11:48:21 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:49:00 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:49:11 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 11:49:43 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:49:48 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 11:50:11 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:50:48 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:51:14 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:52:01 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:52:38 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:52:40 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 11:53:40 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 11:54:15 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 11:54:30 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:54:35 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 11:54:43 | EMOT | D005-IN LIMINE FILED. | SUL013 |
| 09/24/2009 | 11:58:43 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 11:59:28 | EMOT | D005-OTHER - MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF JOHN GUY FISHER III FILED. | SUL013 |
| 09/24/2009 | 12:00:03 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 12:01:41 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 12:06:02 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 12:07:29 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 12:13:27 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 12:15:30 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 12:18:09 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 09/24/2009 | 2:53:24 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 09/24/2009 | 2:54:20 | EMOT | C001-OTHER - PLAINTIFF MOTION TO DISMISS FOR FAILURE TO STATE CLAIM FILED. | HOR026 |
| 09/24/2009 | 3:29:06 | EMOT | C001-OTHER - OBJECTION TO YOUNGS EXHIBIT 31 FILED. | HOR026 |
| 09/24/2009 | 3:33:40 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 09/24/2009 | 3:58:59 | EMOT | C001-OTHER /DOCKETED | RUP |
| 09/24/2009 | 3:59:11 | EMOT | C001-OTHER /DOCKETED | RUP |
| 09/24/2009 | 3:59:28 | EMOT | D005-OTHER /DOCKETED | RUP |
| 09/24/2009 | 3:59:41 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 3:59:56 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:00:04 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:00:11 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:00:18 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:00:27 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:00:34 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:00:44 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:00:51 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:01:04 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:01:22 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:01:45 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:02:01 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:02:12 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:02:19 | EMOT | D005-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 4:02:25 | EMOT | C001-IN LIMINE /DOCKETED | RUP |
| 09/24/2009 | 5:05:12 | ENOTA | NOTICE OF APPEARANCE E-FILED | GEO005 |
| 09/24/2009 | 5:06:05 | ATTY | LISTED AS ATTORNEY FOR D005: GEORGE CHRISTOPHER L | AJA |
| 09/24/2009 | 5:13:06 | EMOT | C001-OTHER - PLAINTIFF OBJECTION TO JURY CHARGES FILED. | HOR026 |
| 09/24/2009 | 5:13:31 | ENOTA | MISCELLANEOUS - TRANSMITTAL | GEO005 |
| 09/24/2009 | 5:14:59 | ENOTA | NOTICE OF APPEARANCE E-FILED | GEO005 |

| 09/24/2009 | 5:17:02 | EMOT | D005-OTHER - NOTICE OF SUBSTITUTION FILED. | GEO005 |
|---|---|---|---|---|
| 09/24/2009 | 5:17:54 | EMOT | MOTION - TRANSMITTAL | GEO005 |
| 09/24/2009 | 5:19:03 | EMISC | MISCELLANEOUS - TRANSMITTAL | GEO005 |
| 09/24/2009 | 5:19:59 | EMOT | MOTION - TRANSMITTAL | HOR026 |
| 09/24/2009 | 5:20:31 | EMISC | EXHIBIT LIST E-FILED | GEO005 |
| 09/24/2009 | 5:29:01 | ENOTA | MISCELLANEOUS - TRANSMITTAL | GEO005 |
| 09/24/2009 | 5:47:31 | EDISC | NOTICE OF DISCOVERY E-FILED. | GEO005 |
| 09/25/2009 | 7:25:00 | EMOT | D005-OTHER /DOCKETED | CHL |
| 09/25/2009 | 7:25:07 | EMOT | C001-OTHER /DOCKETED | CHL |
| 09/25/2009 | 8:14:12 | SERC | SERVICE OF PROCESS SERVER  ON 09212009 FOR W005 (A | LAA |
| 09/25/2009 | 8:14:41 | SERC | SERVICE OF PROCESS SERVER  ON 09212009 FOR W026 (A | LAA |
| 09/25/2009 | 8:14:42 | SERC | SERVICE OF PROCESS SERVER  ON 09212009 FOR W024 (A | LAA |
| 09/25/2009 | 8:16:38 | SERC | SERVICE OF PROCESS SERVER  ON 09222009 FOR W004 (A | LAA |
| 09/25/2009 | 8:16:39 | SERC | SERVICE OF PROCESS SERVER  ON 09192009 FOR W006 (A | LAA |
| 09/25/2009 | 8:16:40 | SERC | SERVICE OF PROCESS SERVER  ON 09212009 FOR W007 (A | LAA |
| 09/25/2009 | 8:16:41 | SERC | SERVICE OF PROCESS SERVER  ON 09212009 FOR W008 (A | LAA |
| 09/25/2009 | 8:16:42 | SERC | SERVICE OF PROCESS SERVER  ON 09212009 FOR W009 (A | LAA |
| 09/25/2009 | 8:16:43 | SERC | SERVICE OF PROCESS SERVER  ON 09192009 FOR W010 (A | LAA |
| 09/25/2009 | 8:16:48 | SERC | SERVICE OF PROCESS SERVER  ON 09212009 FOR W025 (A | LAA |
| 09/25/2009 | 10:01:22 | EDISC | DISCOVERY - TRANSMITTAL | GEO005 |
| 09/25/2009 | 11:52:33 | EMISC | OFFER OF JUDGMENT E-FILED | BOW024 |
| 09/25/2009 | 12:46:13 | EMISC | MISCELLANEOUS - TRANSMITTAL | BOW024 |
| 09/25/2009 | 1:16:10 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:17:32 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 1:17:32 PM - ORDER | JA |
| 09/25/2009 | 1:20:34 | JEORDE | ORDER GENERATED FOR OTHER - OBJECTION TO AGENCY ALLEGATIONS AND DENIAL OF DUTY TO PLAINTIFFS - RENDERED & ENTERED: 9/25/2009 1:20:34 PM - ORDER | JA |
| 09/25/2009 | 1:21:13 | JEMOT | D007-AFFIDAVIT IN SUPPORT OF MOTION /NO ACTION | JA |
| 09/25/2009 | 1:22:20 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 1:22:19 PM - ORDER | JA |
| 09/25/2009 | 1:22:23 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:22:51 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 1:22:51 PM - ORDER | JA |
| 09/25/2009 | 1:23:09 | JEORDE | ORDER GENERATED FOR OTHER - MOTION TO EXCLUDE - RENDERED & ENTERED: 9/25/2009 1:23:09 PM - ORDER | JA |
| 09/25/2009 | 1:23:27 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 1:23:27 PM - ORDER | JA |
| 09/25/2009 | 1:24:44 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:29:41 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:29:57 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:37:19 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 1:37:18 PM - ORDER | JA |
| 09/25/2009 | 1:37:46 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 1:37:45 PM - ORDER | JA |
| 09/25/2009 | 1:39:55 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:39:56 | JEORDE | ORDER GENERATED FOR OTHER - MOTION TO EXCLUDE EXPERT - RENDERED & ENTERED: 9/25/2009 1:39:56 PM - ORDER | JA |
| 09/25/2009 | 1:40:00 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:40:38 | JEORDE | ORDER GENERATED FOR OTHER - BIFURCATE TRIAL - RENDERED & ENTERED: 9/25/2009 1:40:38 PM - ORDER | JA |
| 09/25/2009 | 1:44:06 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 1:44:05 PM - ORDER | JA |
| 09/25/2009 | 1:47:14 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:47:29 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:47:44 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:50:35 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 1:50:35 PM - ORDER | JA |
| 09/25/2009 | 1:52:12 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 1:52:11 PM - ORDER | JA |
| 09/25/2009 | 1:54:43 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:55:26 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:56:09 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 1:56:09 PM - ORDER | JA |
| 09/25/2009 | 1:56:11 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 1:57:45 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 1:57:45 PM - ORDER | JA |
| 09/25/2009 | 2:00:55 | JEORDE | ORDER - TRANSMITTAL | JSJ |

| 09/25/2009 | 2:02:27 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 2:02:27 PM - ORDER | JA |
| 09/25/2009 | 2:03:44 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 2:03:44 PM - ORDER | JA |
| 09/25/2009 | 2:04:56 | JEORDE | ORDER GENERATED FOR IN LIMINE - RENDERED & ENTERED: 9/25/2009 2:04:56 PM - ORDER | JA |
| 09/25/2009 | 2:06:00 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 2:07:21 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 2:14:12 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 2:22:26 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/25/2009 | 2:59:13 | EMOT | D007-OTHER - MOTION TO RE-CONSIDER FILED. | POT007 |
| 09/25/2009 | 3:15:03 | EMOT | MOTION - TRANSMITTAL | POT007 |
| 09/25/2009 | 3:53:56 | EMOT | D007-OTHER /DOCKETED | CHL |
| 09/25/2009 | 6:05:23 | EMOT | MOTION - TRANSMITTAL | GEO005 |
| 09/25/2009 | 6:06:46 | EMOT | D005-OTHER - DEFENDANT YOUNG'S GENERAL CONTRACTING, INC.'S OBJECTIONS TO PLAINTIFFS' EXHIBITS FILED. | GEO005 |
| 09/27/2009 | 1:24:25 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/27/2009 | 1:25:28 | JEORDE | ORDER E-FILED - ORDER REGARDING MOTIONS IN LIMINE - ORDER REGARDING MOTIONS IN LIMINE - RENDERED & ENTERED: 9/27/2009 1:25:28 PM | J |
| 09/27/2009 | 1:25:52 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/27/2009 | 1:27:18 | JEORDE | ORDER E-FILED - ORDER DENYING DEFENDANT YOUNG'S MOTION TO DISMISS - ORDER DENYING DEFENDANT YOUNG'S MOTION TO DISMISS - RENDERED & ENTERED: 9/27/2009 1:27:18 PM | J |
| 09/28/2009 | 7:19:07 | EMOT | D005-OTHER /DOCKETED | CHL |
| 09/28/2009 | 9:01:47 | EMOT | T001-OTHER - NOTICE OF FILING NOTICE OF REMOVAL FILED. | JOH183 |
| 09/28/2009 | 9:19:57 | JEORDE | ORDER E-FILED - ORDER - CONSENT JUDGMENT AND PRO AMI SETTLEMENT AS TO CERES - RENDERED & ENTERED: 9/28/2009 9:19:56 AM | JA |
| 09/28/2009 | 10:13:48 | EMOT | MOTION - TRANSMITTAL | JOH183 |
| 09/28/2009 | 10:21:34 | TEXT | CROSS-CLAIM DEFT COL MCCRARY TRUCKING; THIRD | CHL |
| 09/28/2009 | 10:21:35 | TEXT | PARTY DEFENDANTS ACE AMERICAN INSURANCE AND | CHL |
| 09/28/2009 | 10:21:36 | TEXT | NATIONAL CASUALTY INSURANCE COMPANY REMOVED | CHL |
| 09/28/2009 | 10:21:37 | TEXT | TO U S DISTRICT COURT | CHL |
| 09/28/2009 | 10:26:22 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/28/2009 | 3:59:27 | JEORDE | ORDER E-FILED - ORDER - ORDER AMENDING NUNC PRO TUNC - RENDERED & ENTERED: 9/28/2009 3:59:27 PM | JA |
| 09/28/2009 | 4:05:48 | JEORDE | ORDER - TRANSMITTAL | JSJ |
| 09/29/2009 | 7:28:59 | EMOT | T001-OTHER /DOCKETED | CHL |
| 09/29/2009 | 4:54:00 | EMOT | D002-OTHER - NOTICE OF FILING FILED. | GER023 |
| 09/29/2009 | 4:58:45 | EMOT | D002-OTHER - NOTICE OF FILING FILED. | GER023 |
| 09/29/2009 | 11:18:04 | EMOT | MOTION - TRANSMITTAL | GER023 |
| 09/29/2009 | 11:38:25 | EMOT | MOTION - TRANSMITTAL | GER023 |
| 09/30/2009 | 7:46:08 | EMOT | D002-OTHER /DOCKETED | RUP |
| 09/30/2009 | 7:47:34 | EMOT | D002-OTHER /DOCKETED | RUP |
| 10/13/2009 | 11:34:44 | EMOT | C001-C002-C004-D005-OTHER - JOINT PETITION FOR APPROVAL OF PRO TANTO, PRO AMI SETTLEMENT FILED. | SUL013 |
| 10/13/2009 | 11:35:56 | EMOT | MOTION - TRANSMITTAL | SUL013 |
| 10/14/2009 | 7:55:46 | EMOT | C001-C002-C004-D005-OTHER /DOCKETED | RUP |
| 10/14/2009 | 7:58:11 | EORD | C001 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/14/2009 | 7:58:23 | EORD | C004 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/14/2009 | 8:02:38 | EORD | C002 E-ORDER FLAG SET TO "N"          (AV02) | AJA |
| 10/15/2009 | 2:27:34 | JEORDE | ORDER GENERATED FOR OTHER - JOINT PETITION FOR APPROVAL OF PRO TANTO, PRO AMI SETTLEMENT - RENDERED & ENTERED: 10/15/2009 2:27:33 PM - ORDER | JA |
| 10/15/2009 | 2:28:03 | JEMOT | D002-OTHER /NO ACTION | JA |
| 10/15/2009 | 2:28:21 | JEMOT | ORDER - TRANSMITTAL | JSJ |
| 10/15/2009 | 2:40:33 | JEMOT | D002-OTHER /NO ACTION | JA |
| 10/15/2009 | 2:40:44 | JEMOT | T001-OTHER /NO ACTION | JA |
| 10/19/2009 | 1:50:32 | JEMOT | D005-OTHER /NO ACTION | JA |
| 10/22/2009 | 8:33:14 | O015 | O015 PARTY ADDED: DAVID & PATRICIA STEWART AS GUAR | CHC |
| 10/22/2009 | 8:33:15 | PDIS | O015 DISPOSED BY (OTHER) ON 10/21/2009          (AV02) | CHC |
| 10/22/2009 | 8:33:16 | EORD | O015 E-ORDER FLAG SET TO "N"          (AV02) | CHC |

CERTIFIED AS A TRUE COPY
This 22 Day of Oct. 20 09   pages 1-33

JoJo Schwarzauer
JoJo Schwarzauer
Clerk, Circuit Court of Mobile County, Alabama

**RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS,
WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE
PROPERTY IN JEFFERSON PARISH**

THIS AGREEMENT made and entered into this <u>29</u> day of <u>JUNE</u>
<u>2007</u>, by and between **Category 5 Management Group, LLC (CAT5)** hereinafter
known as the "Contractor," located at 527 Bobwhite Court, Pensacola, Florida 32514
and <u>COLONEL MCCRARY TRUCKING LLC</u>, hereinafter known as the
"Sub-contractor," whose principal office is <u>1691 PHOENIX BLVD</u>
<u>SUITE 130, ATLANTA, GA 30349</u>

Telephone number (s) <u>770-907-0876</u>
Tax ID# <u>65-1253218</u> or SS# _____

## 1. GENERAL
### ROE's RIGHT OF ENTRY on PRIVATE PROPERTY
1.1  The purpose of this contract is for the disposal of Trees, Hangers, White Goods,
Vegetation, Stumps, and C & D on Private Property (ROEs), located in Jefferson Parish.
The Subcontractor shall provide all labor, materials, equipment, transportation, travel,
per-diem, supervision, licenses, tools, services, expertise required and all other expenses.

## 2. SERVICES
2.1  The Subcontractor shall cut down trees and debris on private property based on lists
provided by the Contracting Officer. (The subcontractor shall confirm the GPS
coordinates provided in all lists provided with task orders issued.) The trees should be
cut to within 1.5 inches of the ground surface. The Subcontractor shall conduct the work
so as not to interfere with any public utilities. The Subcontractor shall take all necessary
precautions, including obtaining permits, and all approvals required to remove said
debris. Also the use of flagman to direct traffic in the vicinity of work area(s) to provide
a safe work area for debris removal crew and facilitate safe and smooth flow of traffic
around the work area. Debris reduced and hauled to landfills in Jefferson Parish shall be
disposed in such a manner that meets all local, state and federal disposal requirements.

2.2  The woody debris shall be reduced and hauled to a tree storage site approved by the
Corp of Engineers in Jefferson Parish and shall be disposed in such a manner that meets
all local, state, and federal disposal requirements. All other debris shall be hauled to a
certified landfill approved by the Corp of Engineers in Jefferson Parish and shall be
disposed in such a manner that meets all local, state, and federal disposal requirements.

2.3 a.  Measurement and Payment: Payment for ROEs shall be based on a set rate for
each ROE. The single price for each ROE shall include the cost of cutting, reduction,
hauling and disposal of trees, hangers, white goods, vegetation, stumps, and C & D. **The
Subcontractor is responsible for all dumping fees.** The Contractor makes no guarantee
of quantities under this contract.

EXHIBIT 2

### RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH

2/3 b.  Payment Schedule

Schedule:

| Item #1 | Description | Unit Price |
|---|---|---|
| | **ROEs** | |
| | <u>Private Property Debris Removal:</u> | |
| | Vegetative Debris; C & D; Standing | |
| | Trees; Leaning Trees; Hangers; HHW; | $   550.00/ROE |
| | White Goods; E-Waste; GPE/SMB; | |
| | And Stumps. | |

2.4  The work shall consist of hauling eligible debris to a certified landfill approved by the Corp of Engineers including all labor, materials, equipment, transportation, travel, per-diem, supervision, licenses, tools, services, expertise required and all other expenses to provide for tree abatement and debris removal according to task orders issued on private property, as identified and directed by the Corp of Engineers, within Jefferson Parish. Ineligible debris will not be loaded, hauled, or dumped under this contract.

2.5  The Subcontractor will be under the direct supervision of the Contractor. The Subcontractor shall not move from one designated work area to another designated work area without prior approval from the Contractor. The Sub-contractor shall make necessary passes through the designated areas as required and directed by the Corp of Engineers.

2.6  The Sub-contractor shall conduct the work so as not to interfere with the disaster response and recovery activities of federal, state, and local governments or agencies, or of any public utilities.

2.7  The Corp of Engineers and the Contractor reserves the right to inspect the site, verify quantities, and review operations at any time.

2.8  The Sub-contractor shall comply with OSHA Standards.

2.9  The Sub-contractor should exercise due care to minimize any damages to trees, shrubs, landscaping and general property. The Sub-contractor shall repair any damages caused by the Sub-contractor's equipment in a timely manner. The Sub-contractor is liable for damage to all city streets, curbs and private property. The debris work area shall be left undamaged by the Sub-contractor's equipment, and clear of debris and clean, as reasonably and practical under the conditions of this project.

## RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH

2.10   Debris that is classified Hazardous or Toxic or freon or oil containing appliances such as air conditioners, refrigerators and freezers will be transported by this contract.

## 3. DUMPSITES

3.1   The Subcontractor shall use only debris dumpsites designated in Section 2.2, unless otherwise approved by the Corp of Engineers.

3.2   All dumping operations shall be directed by the dumpsite operator. The Subcontractor shall cooperate with the dumpsite operator to facilitate effective dumping operations.

3.3   Contractor makes no representations regarding the turn-around time at the dumpsites. **Dumping fees are the responsibility of the subcontractor.**

## 4. EQUIPMENT

4.1   All trucks and other equipment must be in compliance with all applicable federal, state, and local rules and regulations.

4.2   Trucks or equipment that are designated for use under this contract shall not be used for any other work during the working hours of this contract. The Subcontractor shall not solicit work from private citizens or others to be performed in the designated work area during the period of this contract. Under no circumstances will the Subcontractor mix debris hauled for others with debris hauled under this contract.

4.3   The Subcontractor shall provide all equipment necessary for the performance of this contract. All equipment repairs and operating costs shall be the responsibility of the Subcontractor. Any truck or equipment deemed unsuitable by the Corp of Engineers shall not be used in this contract. The decision of the Corp of Engineer's will be final.

4.4   The Subcontractor shall be responsible to locate areas where equipment may be stored, serviced or repaired. No equipment shall be left overnight, for any reason, on private property.

4.5   Subcontractor shall assure that all loads are adequately secured to avoid spillage on route to the landfill. Sub-contractor shall monitor and pickup main hauling routes, and keep them clear of spilled debris.

**RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH**

## 5. REPORTING

5.1  The Subcontractor shall submit a report for each crew the following morning of each workday to a designated Contractor representative.

5.2  This report shall be delivered to Contractor no later than 8:00 a.m. the next workday. Discrepancies between the daily report and the corresponding ROE tickets will be reconciled no later than the following day.

## 6. OTHER CONSIDERATIONS

6.1  The subcontractor shall supervise and direct the work, using qualified labor and power equipment for all tasks. Safety of the subcontractor's personnel and equipment is the responsibility of the Subcontractor. Additionally, the Subcontractor shall pay for all materials, personnel, taxes, and fees necessary to perform under the terms of this contract. This contracts incorporates the Davis Bacon Act - Wage Determination No. 1980-0614. See attachment A.

6.2  The Subcontractor must be duly licensed in accordance with the State's statutory requirements to perform the work. The Subcontractor shall obtain all permits necessary to complete the work.

6.3  The Subcontractor shall be responsible for taking corrective action for any notices of violations issued as a result of the Subcontractors actions or operations during the performance of this contract. Corrections for any such violations shall be at no additional cost to the Contractor.

6.4  The Subcontractor shall be responsible for control of pedestrian and vehicular traffic in the work area. The Sub-contractor shall provide all flag persons, signs, equipment, and other devices necessary to meet federal, state, and local requirements. The Sub-contractor will maintain the proper safeguards, barricades and lights on the work and every portion thereof to insure the highest degree of safety to the public. The Sub-contractor will hold the Contractor and the Corp of Engineers harmless in all suits for damages brought against either of the parties to this contract on account of the negligent acts, omissions or default of said Sub-contractor, their agents or servants in the prosecution of the work on said improvement.

6.5  Any damage to City and/or private property shall be reported to the Contractor immediately following its occurrence.

6.6  Contractor shall have the right to require the Subcontractor to redo any work that is not done satisfactorily and in accordance with the specifications and/or standards stated.

6.7  Such work needed to be redone shall be performed promptly and at no additional cost to the Contractor, either during or as reasonable directed by the Contractor after the expiration of this contract.

RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS,
WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE
PROPERTY IN JEFFERSON PARISH

6.8   The Subcontractor is responsible for the preservation of all public and private
property. If any direct or indirect damage occurs to public or private property, on
account of any act, omission, neglect, or misconduct in the execution of the work on the
part of the Sub-contractor, such property shall be restored by the Sub-contractor at his
expense to a condition similar or equal to that existing before such damage or injury, or
shall repair such damage in a manner acceptable to Contractor.

6.9   The Subcontractor in doing any hazardous tree removal and hazardous limb removal
work and debris removal for the City shall not utilize inadequately or improperly trained
personnel or unapproved equipment. Personnel shall not perform tree work beyond their
known capacity, training, or ability to do so.

6.10   Unless the work area is totally barricaded or otherwise kept safe, at least one (1)
representative of the Subcontractor's crew(s) shall serve to coordinate safe operation on
the ground at all times while City tree work is in progress. Whenever large tree sections
are being cut in a treetop, which may endanger persons or property, such materials shall
be secured by ropes and lowered safely to the ground in a controlled manner.

6.11   The Subcontractor shall be responsible for correcting any notices of violations
issued as a result of the Sub-contractor's actions or operations during the performance of
this contract. Corrections for any such violations shall be at no additional cost.

6.12   Contractor may suspend Subcontractor operations due to inclement weather.

6.13   Contractor reserves the right to terminate this contract at its convenience.

6.14   For good cause, and as consideration for executing this contract, the Sub-
contractor, acting herein by and through its authorized agent, hereby conveys, sells,
assigns, and transfers to Contractor all right, title, and interest in and to all causes of
action it may now or hereafter acquire under the anti-trust laws of the United States and
the State of Louisiana relating to the particular product, products, or services purchased
or acquired by Contractor pursuant to this contract.

6.15   Compliance with Laws. Sub-contractor shall comply with all laws, statutes and
ordinances, which may pertain to the providing of services under this contract.

6.16   No Assignment. The services to be provided by the Sub-contractor under this
contract are personal and cannot be assigned, delegated, sublet or transferred without the
specific written consent of the Contractor.

6.17   **Dispute Resolution** - Arbitration of any dispute shall be at the sole discretion of
the Contractor and subject to the Contractor's provision of written consent. The
arbitration shall be conducted in Poplar Bluff, Missouri, in accordance with the
Construction Industry Arbitration Rules of the American Arbitration Association,
provided, however, that:

### RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH

A. The claim shall be decided by one arbitrator who shall be selected by mutual agreement of the parties. If the parties cannot agree, such arbitrator shall be selected by the law firm of Spain Merrell & Miller in Poplar Bluff, Missouri, or if such selection cannot be made, then in accordance with the Construction Industry Dispute Resolution Procedures of the American Arbitration Association:

B. No provision of, or the exercise of any rights under, this subparagraph A shall limit a party's right to obtain provisional or ancillary remedies, including, without limitation, injunctive relief, attachment, the appointment of a receiver, or enforcement of this arbitration provision from a court have jurisdiction before, during or after the pendency of any arbitration

6.18  Governing Law. This contract shall be interpreted according to the laws of the State of Louisiana

### 7. PAYMENT

7.1  This agreement is a per ROE agreement and invoices should be **paid on a Bi-weekly** payment contingent of payment by the Corp of Engineers to Auguillard and from Auguillard to YGCI and from YGCI to Category 5 Management Group, LLC.

7.2  Payment for work completed may be invoiced on a weekly basis, payable bi-weekly. Invoices will be based on verified quantities from the daily operational reports.  Payment will be made after all required documentation is received.  This contract incorporates the Davis-Bacon Act – Wage Determination No. 1980-0614 (see attachment A).  Certified Payroll is Mandatory.  **Payment will not be made without Certified Payrolls up-to-date and correct.**

7.3  Payment will be based on the per ROE basis as per the requirements of this contract.

7.4  Ten percent of total gross earnings will be withheld until completion of the project. Sub-contractors who work until completion will receive the withheld amount once YGCI receives their payment from Auguillard Construction, approximately 30 to 90 days after project completion.

7.5  **I/We, the Sub-contractor understand that 10% is being withheld until project completion. I/We also understand if I/We do not complete project, I/We forfeit said 10%.**    _CMT_

Initials of Subcontractor          Initials of Cat5
_WM_

RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS,
WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE
PROPERTY IN JEFFERSON PARISH

8. INDEMNIFICATION AND INSURANCE

8.1   The Sub-contractor shall save and hold Contractor and the Corp of Engineers
harmless against all suits, claims, damages and losses for injuries to persons or property
arising from or caused by errors, omissions or negligent acts of the Subcontractor, its
officers, agents, servants, or employees, occurring in the performance of its services
under this contract, or arising from any defect in the materials or workmanship of any
product provided in the performance of this contract.

8.2   The Subcontractor will carry insurance coverage during the term of this contract and
any extensions thereof in the amounts and manner provided as follows:

8.3   The Subcontractor is required to provide the following insurance coverage as a
minimum:  Workers Compensation minimum $1,000,000.00,  Comprehensive General
Liability, Broad Form Property Damage and Contractual Liability  General Liability
$1,000,000.00 per occurrence, Automobile Liability ~Comprehensive form including all
owned, hired and non-owned vehicles - $500,000.00 per person, $1,000,000.00 per
occurrence $50,000.00 per occurrence for property damage.

8.4   The Subcontractor, in performing the work required under this contract, agrees to
comply with the provisions of the "Revised Non-Discrimination and Equal Employment
Opportunity Statement for Contracts or Agreement" of the State of Louisiana

ATTACHMENTS

A.   Wage Determination 1980-0614

I/We, the Sub-contractor have received a copy of Attachment A- Wage
Determination.

*CMT*

_____
Initials of Subcontractor

*fJM*

_____
Initials of Cat5

RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS,
WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE
PROPERTY IN JEFFERSON PARISH

## 9. SIGNATURES

**Representative's Authority to Contract.** By signing this contract, the representative of
the Subcontractor or vendor represents that he or she is duly authorized by the Sub-
contractor or vendor to execute this contract, and that the Subcontractor or vendor has
agreed to be bound by all its provisions.

APPROVED AS TO FORM:        Date  6-29-07

CALONEL MC CRARY TRUCK'N G LLC  Category 5 Management Group, LLC
(Sub-contractor company name)

_____        _____
Signature                        Signature – Cat5 Authorized Signature

FRED McLAUGHLIN  VP              Dorothy G. Sims
Print Signature Name/Title       Cat5 – Print Signature Name

## RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH

THIS ADDENDUM made and entered into the __29__ day of __JUNE__ __2007__, by and between AAA Category 5 Management Group, LLC "Cat5" herein after known as the "General Contractor" and/or "Contractor" and COLONEL MCCRARY TRUCKING C hereinafter referred to as "Sub-contractor" whose principal office is 1691 PHOENIX BLVD SUITE 13, ATLANTA GA 30349 is an Addendum to the "RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH" and is effective and binding upon the parties as of February 8, 2007, the date the parties entered into the before mentioned contract.

I.     The parties hereto desire to amend and supplement Section 7 of the Subcontract Agreement by adding the following paragraphs:

7.19   The Sub-contractor shall comply with all applicable state and federal laws governing this project including but not exclusively the provisions found in the Davis Bacon Act 40 U.S.C.A. § 3141 *et. seq.* which are adopted and inserted herein. In accordance with the Davis Bacon Act, the Sub-contractor will pay prevailing wages to its employees. The following provisions of 29 C.F.R. § 5.5(a) are inserted herein in accordance with the applicable law and the Sub-contractor agrees to be bound by these provisions and to insert such provisions in any contract it enters into for materials, services and equipment regarding this project binding the parties to these provisions.

(1) Minimum wages.

(i) All laborers and mechanics employed or working upon the site of the work (or under the United States Housing Act of 1937 or under the Housing Act of 1949 in the construction or development of the project), will be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act (29 CFR Part 3) ), the full amount of wages and bona fide fringe benefits (or cash equivalents thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged to exist between the contractor and such laborers and mechanics.

Contributions made or costs reasonably anticipated for bona fide fringe benefits under section 1(b)(2) of the Davis-Bacon Act on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of paragraph (a)(1)(iv) of this section; also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs which cover the particular weekly period, are deemed to be constructively made or incurred during such weekly period. Such laborers and mechanics shall be paid the appropriate

Category 5 Subcontractor Addendum

## RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH

wage rate and fringe benefits on the wage determination for the classification of work actually performed, without regard to skill, except as provided in § 5.5(a)(4). Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein: *Provided,* That the employer's payroll records accurately set forth the time spent in each classification in which work is performed. The wage determination (including any additional classification and wage rates conformed under paragraph (a)(1)(ii) of this section) and the Davis-Bacon poster (WH-1321) shall be posted at all times by the contractor and its subcontractors at the site of the work in a prominent and accessible place where it can be easily seen by the workers.

(ii)(A) The contracting officer shall require that any class of laborers or mechanics, including helpers, which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination. The contracting officer shall approve an additional classification and wage rate and fringe benefits therefore only when the following criteria have been met:

(1) The work to be performed by the classification requested is not performed by a classification in the wage determination; and

(2) The classification is utilized in the area by the construction industry; and

(3) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

(B) If the contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and the contracting officer agree on the classification and wage rate (including the amount designated for fringe benefits were appropriate), a report of the action taken shall be sent by the contracting officer to the Administrator of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, Washington, D.C. 20210. The Administrator, or an authorized representative, will approve, modify, or disapprove every additional classification action within 30 days of receipt and so advise the contracting officer or will notify the contracting officer within the 30-day period that additional time is necessary.

(C) In the event the contractor, the laborers or mechanics to be employed in the classification or their representatives, and the contracting officer do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), the contracting officer shall refer the questions, including the views of all interested parties and the recommendation of the contracting officer, to the Administrator for determination. The Administrator, or an authorized representative, will issue a determination within 30 days of receipt and so advise the contracting officer or will notify the contracting officer within the 30-day period that additional time is necessary.

## RIGHT OF ENTRY (ROE) CONTRACT  TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH

(D) The wage rate (including fringe benefits where appropriate) determined pursuant to subparagraphs (1)(B) or (C) of this paragraph, shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

(iii) Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

(iv) If the contractor does not make payments to a trustee or other third person, the contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program, *Provided,* That the Secretary of Labor has found, upon the written request of the contractor, that the applicable standards of the Davis-Bacon Act have been met. The Secretary of Labor may require the contractor to set aside in a separate account assets for the meeting of obligations under the plan or program.

(2) Withholding. The Corp of Engineers shall upon its own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld from the contractor under this contract or any other Federal contract with the same prime contractor, or any other Federally-assisted contract subject to Davis-Bacon prevailing wage requirements, which is held by the same prime contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers, employed by the contractor or any subcontractor the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work (or under the United States Housing Act of 1937 or under the Housing Act of 1949 in the construction or development of the project), all or part of the wages required by the contract, the (Agency) may, after written notice to the contractor, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

(3) Payrolls and basic records.

(i) Payrolls and basic records relating thereto shall be maintained by the contractor during the course of the work and preserved for a period of three years thereafter for all laborers and mechanics working at the site of the work (or under the United States Housing Act of 1937, or under the Housing Act of 1949, in the construction or development of the project). Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in section 1(b)(2)(B) of the Davis-Bacon Act), daily and weekly number of hours worked, deductions made and actual wages paid. Whenever the

Category 5 Subcontractor Addendum

3

## RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH

Secretary of Labor has found under 29 CFR 5.5(a)(1)(iv) that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in section 1(b)(2)(B) of the Davis-Bacon Act, the contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

(ii)(A) The contractor shall submit weekly for each week in which any contract work is performed a copy of all payrolls to the Corp of Engineers if the agency is a party to the contract, but if the agency is not such a party, the contractor will submit the payrolls to the applicant, sponsor, or owner, as the case may be, for transmission to the Corp of Engineers. The payrolls submitted shall set out accurately and completely all of the information required to be maintained under § 5.5(a)(3)(i) of Regulations, 29 CFR Part 5. This information may be submitted in any form desired. Optional Form WH-347 is available for this purpose and may be purchased from the Superintendent of Documents (Federal Stock Number 029-005- 00014-1), U.S. Government Printing Office, Washington, D.C. 20402. The prime contractor is responsible for the submission of copies of payrolls by all subcontractors.

(B) Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify the following:

(1) That the payroll for the payroll period contains the information required to be maintained under § 5.5(a)(3)(i) of Regulations, 29 CFR Part 5 and that such information is correct and complete;

(2) That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in Regulations, 29 CFR Part 3;

(3) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

(C) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirement for submission of the "Statement of Compliance" required by paragraph (a)(3)(ii)(B) of this section.

### RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH

(D) The falsification of any of the above certifications may subject the contractor or subcontractor to civil or criminal prosecution under Section 1001 of Title 18 and Section 231 of Title 31 of the United States Code.

(iii) The contractor or subcontractor shall make the records required under paragraph (a)(3)(i) of this section available for inspection, copying, or transcription by authorized representatives of the (write the name of the agency) or the Department of Labor, and shall permit such representatives to interview employees during working hours on the job. If the contractor or subcontractor fails to submit the required records or to make them available, the Federal agency may, after written notice to the contractor, sponsor, applicant, or owner, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

(4) Apprentices and Trainees--

(i) Apprentices. Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Office of Apprenticeship Training, Employer and Labor Services, or with a State Apprenticeship Agency recognized by the Office, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the Office of Apprenticeship Training, Employer and Labor Services or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice. The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the contractor as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated above, shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeymen hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable

Category 5 Subcontractor Addendum                                                    5

## RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH

classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination. In the event the Office of Apprenticeship Training, Employer and Labor Services, or a State Apprenticeship Agency recognized by the Office, withdraws approval of an apprenticeship program, the contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(ii) Trainees. Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration. Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full amount of fringe benefits listed on the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate on the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the Employment and Training Administration shall be paid not less than the applicable wage rate on the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. In the event the Employment and Training Administration withdraws approval of a training program, the contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(iii) Equal employment opportunity. The utilization of apprentices, trainees and journeymen under this part shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended, and 29 CFR Part 30.

(5) Compliance with Copeland Act requirements. The contractor shall comply with the requirements of 29 CFR Part 3, which are incorporated by reference in this contract.

(6) Subcontracts. The contractor or subcontractor shall insert in any subcontracts the clauses contained in 29 CFR 5.5(a)(1) through (10) and such other clauses as the Corp of Engineers may be appropriate instructions require, and also a clause requiring the subcontractors to include these clauses in any lower tier subcontracts. The prime

## RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH

contractor shall be responsible for the compliance by any subcontractor or lower tier subcontractor with all the contract clauses in 29 CFR 5.5.

(7) Contract termination; debarment. A breach of the contract clauses in 29 CFR 5.5 may be grounds for termination of the contract, and for debarment as a contractor and a subcontractor as provided in 29 CFR 5.12.

(8) Compliance with Davis-Bacon and Related Act requirements. All rulings and interpretations of the Davis-Bacon and Related Acts contained in 29 CFR Parts 1, 3, and 5 are herein incorporated by reference in this contract.

(9) Disputes concerning labor standards. Disputes arising out of the labor standards provisions of this contract shall not be subject to the general disputes clause of this contract. Such disputes shall be resolved in accordance with the procedures of the Department of Labor set forth in 29 CFR Parts 5, 6, and 7. Disputes within the meaning of this clause include disputes between the contractor (or any of its subcontractors) and the contracting agency, the U.S. Department of Labor, or the employees or their representatives.

(10) Certification of Eligibility.

(i) By entering into this contract, the contractor certifies that neither it (nor he or she) nor any person or firm who has an interest in the contractor's firm is a person or firm ineligible to be awarded Government contracts by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(ii) No part of this contract shall be subcontracted to any person or firm ineligible for award of a Government contract by virtue of section 3(a) of the Davis-Bacon Act or 29 CFR 5.12(a)(1).

(iii) The penalty for making false statements is prescribed in the U.S. Criminal Code, 18 U.S.C. 1001.

7.20   To the extent that any law or regulation conflicts with any provision in the contract documents thus, making the provision of the contract void or ambiguous such law and provision shall take precedence over the contract provision except that the contract provision shall be interpreted, if possible, to prevent such a conflict. Requirements differing in degree are not conflicts and the Sub-contractor shall comply with the more onerous requirement.

7.21   The partial or complete invalidity of any one or more provisions of the Agreement shall not affect the validity or continuing force and effect of any other provision. The failure of either party hereto to insist, in any one or more instances, upon the performance of any of the terms, covenants or conditions of this Agreement, or to

RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS,
WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE
PROPERTY IN JEFFERSON PARISH

exercise any right herein, shall not be construed as a waiver or relinquishment of
such term, covenant, condition or right as respects further performance.

II.    The parties hereto desire to amend and supplement Section 9 of the Subcontract
Agreement by adding the following paragraphs:

9.1.1.  To the fullest extent allowed by law, the Sub-contractor shall defend, indemnify
and hold harmless the Prime Contractor and its respective agents and employees
from and against all claims, forfeitures, penalties, damages, losses and expenses
including attorney's fees arising out of and/or resulting from the obligations of the
Sub-contractor under the Davis Bacon Act and/or arising out of and/or resulting
from the Sub-contractor's obligation to provide accurate and valid information
regarding its employees and its payrolls and/or the obligation of the Sub-
contractor to pay prevailing wages to its employees in accordance with the Davis
Bacon Act.

9.1.2.  If any type of dispute, claim and/or litigation arises between the Department of
Labor and the Contractor and/or Sub-contractor resulting from and/or arising out
of errors, omissions, miscalculations and/or discrepancies in the Sub-contractor's
payroll and/or employee information, and/or resulting from and/or arising out of
the Sub-contractors' failure to pay prevailing wages, and/or arising out of the
Sub-contractor's violation of any provision of the Davis Bacon Act, 40 U.S.C.A.
§ 3141 *et. seq*, the Sub-contractor obligates itself to defend, indemnify and hold
harmless the Contractor and its respective agents, officers and employees against
such disputes, claims and/or litigation including paying for all attorney's fees
incurred by the Contractor and/or its agents, officers and employees. Also, until
the disputes, claims and/or litigation is resolved, the Contractor has the right to
withhold all payments due to the Sub-contractor which equals the amount in
dispute plus attorney's fees, expenses and costs incurred by the Contractor in an
effort to resolve the disputes, claims and/or litigation.

9.1.3.  If any type of dispute, claim and/or litigation arises between the Contractor and/or
Sub-contractor resulting from and/or arising out of errors, omissions,
miscalculations and/or discrepancies in the Sub-contractor's payroll and/or
employee information, and/or resulting from and/or arising out of the Sub-
contractors' failure to pay prevailing wages, and/or arising out of the Sub-
contractor's violation of any provision of the Davis Bacon Act, 40 U.S.C.A. §
3141 *et. seq*, the Sub-contractor obligates itself to pay the Contractor's attorney's
fees, costs and expenses incurred in resolving this dispute, claim and/or litigation.

9.1.4.  The Subcontractors duties and/or Obligations under Section 9.1.1., 9.1.2 and
9.1.3. extend to any such claim, disputes, litigation, loss or expense attributable to
or arising out of any act or omission of any person, firm, entity and/or corporation

Category 5 Subcontractor Addendum

8

### RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH

providing services, equipment or materials at the request of the Sub-contractor or anyone for whose acts and omissions Sub-contractor is legally liable.

III.    In all other respects, the Subcontract Agreement between Contractor and Subcontractor remains in full force and effect and binding upon the parties.

Category 5 Subcontractor Addendum

9

RIGHT OF ENTRY (ROE) CONTRACT TO DISPOSE OF TREES, HANGERS, WHITE GOODS, VEGETATION, STUMPS, AND C & D ON PRIVATE PROPERTY IN JEFFERSON PARISH

By signing this addendum to the contract, the representative of the Sub-contractor or vendor and Contractor represents that he or she is duly authorized by the Sub-contractor or vendor and Contractor to execute this contract, and that the Sub-contractor or vendor and the Contractor has agreed to be bound by all its provisions.

APPROVED TO FORM:                    DATE: ___6.29.07___

SUBCONTRACTOR                        GENERAL CONTRACTOR/CONTRACTOR

COLONEL MCCRARY TRUCKING LLC   Category 5 Management Group, LLC

_____          _____
SIGNATURE                            SIGNATURE

FRED MCLAUGHLIN   VP                 Dorothy G. Sims   Partner
PRINT SIGNATURE NAME/TITLE           PRINT SIGNATURE NAME/TITLE