# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CATEGORY 5 MANAGEMENT GROUP, LLC,** | * * * |
| Plaintiff, | * * |
| vs. | * Civil Action: 09-00633-CG-B * |
| **NATIONAL CASUALTY INSURANCE, COMPANY, et al.,** | * * * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Therefore, the Plaintiff's Motion to Remand (Doc. 43) is **DENIED**.

**DONE and ORDERED** this 8th day of June, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE