IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CATEGORY 5 MANAGEMENT GROUP, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 09-0633-CG-B |
| NATIONAL CASUALTY INSURANCE COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendants, National Casualty Insurance Company, ACE American Insurance Company, and Colonel McCrary Trucking, Inc., and against plaintiff, Category 5 Management Group, LLC. Therefore, plaintiff's claims against said defendants are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 5th day of October, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE